**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

B & R SUPERMARKET, INC., d/b/a
MILAM'S MARKET, a Florida
corporation, et al., Individually and on
Behalf of All Others Similarly Situated,

                          Plaintiffs,

           -against-

VISA, INC., VISA U.S.A., INC., MASTERCARD
INTERNATIONAL INC., AMERICAN EXPRESS
COMPANY, and DISCOVER FINANCIAL
SERVICES,

                        Defendants.

Case No. 1:17-cv-02738-MKB-JO

**NOTICE OF APPEAL**

Notice is hereby given that American Express Company ("Amex"), Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum & Order entered on August 14, 2024 (ECF No. 936) insofar as that Order refused American Express Company's request for a stay pending arbitration of all proceedings on claims brought by plaintiffs that are bound by Amex's standard card acceptance agreement (ECF No. 844).

August 27, 2024

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

By

_____
/s/ Peter T. Barbur

Peter T. Barbur
Damaris Hernández
Members of the Firm

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

*Counsel for Defendant American Express
Company*

APPEAL

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:17−cv−02738−MKB−JAM

B & R Supermarket, Inc., et al v. Visa, Inc. et al

Assigned to: Chief Judge Margo K. Brodie

Referred to: Magistrate Judge Joseph A. Marutollo

Case in other court:  California Northern, 3:16−cv−01150

Cause: 15:1 Antitrust Litigation

Date Filed: 05/05/2017

Jury Demand: Plaintiff

Nature of Suit: 410 Anti−Trust

Jurisdiction: Federal Question

**Plaintiff**

**B & R Supermarket, Inc.**
*doing business as*
Milam's Market

represented by  **Alexandra S. Bernay**
Coughlin Stoia Geller Rudman & Robbins
LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619)231−1058
Fax: (619)231−7423
Email: xanb@rgrdlaw.com
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen A. Medici**
Scott&Scott Attorneys at Law LLP
600 W. Broadway
Suite 3300
San Diego, CA 92101
619−233−4565
Fax: 619−233−0508
Email: cmedici@scott−scott.com
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Mikolajczyk**
Robbins Geller et al
655 W. Broadway
Suite 1900
San Diego, CA 92101
619−231−1058
Email: genemik@msn.com
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619−231−1058
Fax: 619−231−7423
Email: tome@rgrdlaw.com
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
(See above for address)
*TERMINATED: 07/11/2017*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra S. Bernay**
(See above for address)
*TERMINATED: 07/11/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Angel Puimei Lau**
Robbins Geller Rudman Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619–231–1058
Fax: 619–231–7423
Email: alau@rgrdlaw.com
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Armen Zohrabian**
Robbins Geller Rudman and Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, Ca 94104
United Sta
415–288–4545
Fax: 415–288–4534
Email: AZohrabian@hedinhall.com
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Ashley R. Rifkin**
Robbins LLP
5060 Shoreham Place
Suite 300
San Diego, CA 92122
619–525–3990
Fax: 619–525–3991
Email: arifkin@robbinsllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carmen Anthony Medici**
Robbins Geller Rudman Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101–3301
619–231–1058
Fax: 619–685–6920
Email: cmedici@rgrdlaw.com
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**David W. Mitchell**
Coughlin Stoia Geller Rudman & Robbins
LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619–231–1058
Fax: 619–231–7423
Email: DavidM@rgrdlaw.com
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Eric M. Carrino**
Robbins Arroyo LLP
600 B Street
Suite 1900
San Diego, CA 92101
619–525–3990
Fax: 619–525–3991
Email: ecarrino@robbinsarroyo.com
*TERMINATED: 06/25/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George C. Aguilar**
Robbins LLP
5060 Shoreham Place
Suite 300
San Diego, CA 92122
619–525–3990
Fax: 619–525–3991
Email: GAguilar@robbinsllp.com
*ATTORNEY TO BE NOTICED*

**Gregory E. Del Gaizo**
Robbins LLP
5060 Shoreham Place
Suite 300
San Diego, CA 92122
619–525–3990
Fax: 619–525–3991
Email: gdelgaizo@robbinsllp.com
*ATTORNEY TO BE NOTICED*

**Jacob W. Ogbozo**
Robbins LLP
5040 Shoreham Place
San Diego, CA 92122
619–525–3990
Fax: 619–525–3991
Email: jogbozo@robbinsllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenny L Dixon**
Dixon Williams LLP
6265 Greenwich Dr., Ste. 100
San Diego, CA 92122
858–371–4995
Fax: 858–357–8690
Email: jenny@dixonwilliamslaw.com
*TERMINATED: 04/08/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Devine**
Devine Goodman Rasco WattsFitzGerald
LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, Fl 33134
305–374–8200
Fax: 305–374–8208
Email: jdevine@devinegoodman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Dean Goodman**
Devine Goodman Rasco WattsFitzgerald LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, Fl 33134
305–374–8200
Fax: 305–374–828
Email: lgoodman@devinegoodman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lindsey C. Herzik**
Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA 92101
619–525–3990
Fax: 619–525–3991
Email: lherzik@robbinsarroyo.com
*TERMINATED: 09/21/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lonnie Anthony Browne**
Robbins Geller Rudman and Dowd LLP
655 W Broadway
Ste 1900
San Diego, CA 92101
619–231–1058
Fax: 619–231–7423
Email: LBrowne@rgrdlaw.com *(Inactive)*
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Michael Nicoud**
Robbins LLP
5060 Shoreham Place
Suite 300
San Diego, CA 92122
619–525–3990
Fax: 619–525–3991
Email: mnicoud@robbinsllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Barry Patterson , Jr.**
Law Offices of Thomas G. Amon
156 West 56th Street
Ste. 1102
New York, NY 10019
212–810–2430
Fax: 212–810–2427
Email: ppatterson@amonlaw.com
*ATTORNEY TO BE NOTICED*

**Randi D. Bandman**
Robbins Geller Rudman & Dowd LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
415–288–4545
Fax: 415– 288–4534
Email: randib@rgrdlaw.com
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Robert J Kuntz , Jr.**
Rivero Mestre LLP
2525 Ponce De Leon Boulevard
Ste 1000
Coral Gables, FL 33134
305–445–2500
Fax: 305–445–2505
Email: rkuntz@riveromestre.com
*TERMINATED: 02/02/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas G. Amon**
Law Offices of Thomas G. Amon
156 West 56th Street
Ste. 1102
New York, NY 10019
(212) 810–2430
Fax: 212–810–2427
Email: tamon@amonlaw.com
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Coughlin**
Scott&Scott Attorneys at Law LLP
600 W. Broadway
Ste 3300
San Diego, CA 92101
619–233–4565
Fax: 619–233–0508
Email: pcoughlin@scott–scott.com
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grove Liquors LLC**          represented by   **Alexandra S. Bernay**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen A. Medici**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Mikolajczyk**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra S. Bernay**
(See above for address)
*TERMINATED: 07/11/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Angel Puimei Lau**
(See above for address)
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Armen Zohrabian**
(See above for address)
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Ashley R. Rifkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carmen Anthony Medici**
(See above for address)
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**David W. Mitchell**
(See above for address)
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Eric M. Carrino**
(See above for address)
*TERMINATED: 06/25/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George C. Aguilar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory E. Del Gaizo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob W. Ogbozo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenny L Dixon**
(See above for address)
*TERMINATED: 04/08/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Devine**
Devine Goodman Rasco WattsFitzGerald
LLP
2800 Ponce De Leon Boulevard
Suite 1400
Coral Gables, FL 33134
305−374−8200
Fax: 305−374−8208

Email: jdevine@devinegoodman.com
*ATTORNEY TO BE NOTICED*

**Lawrence Dean Goodman**
Devine Goodman Rasco WattsFitzgerald
LLP
2800 Ponce De Leon Boulevard
Suite 1400
Coral Gables, FL 33134
305−374−8200
Fax: 305−374−8208
Email: lgoodman@devinegoodman.com
*ATTORNEY TO BE NOTICED*

**Lindsey C. Herzik**
(See above for address)
*TERMINATED: 09/21/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lonnie Anthony Browne**
(See above for address)
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Michael Nicoud**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Barry Patterson , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randi D. Bandman**
(See above for address)
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Robert J Kuntz , Jr.**
(See above for address)
*TERMINATED: 02/02/2022*
*ATTORNEY TO BE NOTICED*

**Thomas G. Amon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Coughlin**
(See above for address)
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Strouk Group LLC**
*doing business as*
Monsieur Marcel

represented by **Alexandra S. Bernay**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra S. Bernay**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Armen Zohrabian**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen A. Medici**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Anthony Medici**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David W. Mitchell**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Mikolajczyk**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lonnie Anthony Browne**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley R. Rifkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric M. Carrino**
(See above for address)
*TERMINATED: 06/25/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George C. Aguilar**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Gregory E. Del Gaizo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob W. Ogbozo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenny L Dixon**
(See above for address)
*TERMINATED: 04/08/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Devine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Dean Goodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey C. Herzik**
(See above for address)
*TERMINATED: 09/21/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Nicoud**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Barry Patterson , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J Kuntz , Jr.**
(See above for address)
*TERMINATED: 02/02/2022*
*ATTORNEY TO BE NOTICED*

**Thomas G. Amon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Coughlin**
(See above for address)
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**rue21, Inc.**                    represented by **rue21, Inc.**
*TERMINATED: 05/06/2021*                    Attn: Benjamin Gross
                                            800 Commonwealth Drive
                                            Warrendale, PA 15086
                                            724–741–9623
                                            PRO SE

                                            **Patrick Joseph Coughlin**
                                            (See above for address)

*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Palero Food Corp. and Cagueyes Food Corp.**
*doing business as*
Fine Fare Supermarket

represented by **Alexandra S. Bernay**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra S. Bernay**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Armen Zohrabian**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen A. Medici**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Anthony Medici**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David W. Mitchell**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Mikolajczyk**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lonnie Anthony Browne**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Egler**
(See above for address)
*TERMINATED: 07/11/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ashley R. Rifkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric M. Carrino**
(See above for address)
*TERMINATED: 06/25/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George C. Aguilar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory E. Del Gaizo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob W. Ogbozo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenny L Dixon**
(See above for address)
*TERMINATED: 04/08/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Devine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Dean Goodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey C. Herzik**
(See above for address)
*TERMINATED: 09/21/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Nicoud**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Barry Patterson , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J Kuntz , Jr.**
(See above for address)
*TERMINATED: 02/02/2022*
*ATTORNEY TO BE NOTICED*

**Thomas G. Amon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Coughlin**

(See above for address)
*TERMINATED: 07/11/2017*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Visa Inc.**                    represented by    **Robert John Vizas**
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111–4024
415–471–3100
Email: robert.vizas@apks.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen Otto**
Arnold & Porter LLP
601 Massachusetts Ave, Nw
Washington, DC 20001
202–942–5389
Fax: 202–942–5999
Email: karen.otto@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura J. Butte**
Department of Justice
450 Fifth Street NW
20530
Washington, DC 20001
202–431–6619
Email: laura.butte@apks.com
*TERMINATED: 10/21/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark R. Merley**
Arnold & Porter LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202–942–5000
Fax: 202–942–5999
Email: mark.merley@aporter.com
*TERMINATED: 01/04/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Eisenstein**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202–942–5000
Fax: 202–942–5999
Email: matthew.eisenstein@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Rubin**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
202–942–5000

Email: michael.rubin@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
212–836–8077
Fax: 212–836–8689
Email: robert.mason@arnoldporter.com
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Ron Ghatan**
Arnold & Porter LLP
601 Massachusetts Ave, Nw
Washington, DC 20001
202–942–5966
Fax: 202–942–5999
Email: ron.ghatan@aporter.com
*TERMINATED: 04/11/2020*
*ATTORNEY TO BE NOTICED*

**Rosemary Szanyi**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, Nw
Washington, DC 20001
202–942–5000
Fax: 202–942–5999
Email: Rosemary.Szanyi@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharon Douglass Mayo**
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center
Ste Tenth Floor
San Francisco, CA 94111
415–471–3296
Fax: 415–471–3400
Email: Sharon.Mayo@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie Ilana Fine**
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, Floor 10
San Francisco, CA 94111
415–471–3140
Fax: 415–471–3400
Email: stephanie.fine@apks.com
*TERMINATED: 10/21/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Visa U.S.A. Inc,** | represented by | **Robert John Vizas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Karen Otto**<br>(See above for address) |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura J. Butte**
(See above for address)
*TERMINATED: 10/21/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark R. Merley**
(See above for address)
*TERMINATED: 01/04/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Eisenstein**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C. Mason**
(See above for address)
*TERMINATED: 07/11/2023*
*ATTORNEY TO BE NOTICED*

**Ron Ghatan**
(See above for address)
*TERMINATED: 04/11/2020*
*ATTORNEY TO BE NOTICED*

**Rosemary Szanyi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharon Douglass Mayo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie Ilana Fine**
(See above for address)
*TERMINATED: 10/21/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Mastercard International Incorporated** | represented by | **Brette Morgan Tannenbaum**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019–6064<br>212–373–3000<br>Email: <u>btannenbaum@paulweiss.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Craig Aaron Benson**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP

2001 K Street, Nw
Washington, DC 20006
202−223−7300
Fax: 202−223−7420
Email: cbenson@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yahonnes Sadiki Cleary**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue Of The Americas
New York, NY 10019
212−373−3000
Fax: 212−757−3990
Email: ycleary@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adrienne J Lighten**
Paul, Weiss, Rifkind, Wharton and
Garrison LLP
2001 K Street NW
Washington, DC 20006
202−223−7442
Email: alighten@paulweiss.com
*TERMINATED: 02/03/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine M Yang**
Paul, Weiss, Rifkind, Wharton, and
Garrison LLP
2001 K Street, NW
Washington, DC 20006
202−223−7300
Email: CYang@paulweiss.com
*TERMINATED: 01/03/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cheryl Ann Cauley**
Taylor & Patchen, LLP
One Ferry Building
Suite 355
San Francisco, CA 94111
415−788−8200
Fax: 415−788−8208
Email: ccauley@taylorpatchen.com
*ATTORNEY TO BE NOTICED*

**Christopher Tom**
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
212−446−2300
Email: ctom@bsfllp.com
*TERMINATED: 07/10/2019*
*ATTORNEY TO BE NOTICED*

**Craig Aaron Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diana Viggiano Valdivia**

DOJ–USAO
555 4th Street NW
Civil Division
Washington, DC 20530
202–252–2545
Email: diana.valdivia@usdoj.gov
*TERMINATED: 01/10/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica A. Morton**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202–843–1642
Email: jmorton@democracyforward.org
*TERMINATED: 01/22/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth A. Gallo**
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
2001 K Street, N.W.
Washington, DC 20006
202–223–7356
Fax: 202–204–7356
Email: kgallo@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lina Dagnew**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street Nw
Washington, DC 20006
202–223–7300
Fax: 202–223–7420
Email: ldagnew@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa Alpert**
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
412–355–3779
Email: Melissa.Alpert@klgates.com
*TERMINATED: 02/04/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Parikh**
Paul, Weiss, Rifkind, Wharton and Garrison LLP
2001 K Street, NW
Washington, DC 20006
202–223–7300
Email: MParikh@paulweiss.com
*TERMINATED: 03/29/2021*
*ATTORNEY TO BE NOTICED*

**Michelle Katherine Parikh**
DOJ–Crm
1331 F Street NW

Washington, DC 20005
202–353–0726
Email: michelle.parikh@usdoj.gov
*TERMINATED: 03/29/2021*
*ATTORNEY TO BE NOTICED*

**Rosa V. Gilcrease–Garcia**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street, Nw
Washington, DC 20006
202–223–7300
Fax: 202–223–7420
Email: rgilcreasegarcia@paulweiss.com
*TERMINATED: 12/26/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ross E Weingarten**
Paul, Weiss, Rifkind, Wharton, and
Garrison LLP
2001 K Street, NW
Washington, DC 20006–1047
202–223–7317
Email: RWeingarten@paulweiss.com
*TERMINATED: 01/17/2018*
*ATTORNEY TO BE NOTICED*

**Stephen E. Taylor**
Taylor & Patchen, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
415–788–8200
Fax: 415–788–8208
Email: staylor@taylorpatchen.com
*ATTORNEY TO BE NOTICED*

**William Yates Durbin**
Paul, Weiss, Rifkind, Wharton, and
Garrison LLP
2001 K Street, NW
Washington, DC 20006
202–223–7300
Email: WDurbin@paulweiss.com
*TERMINATED: 02/16/2017*
*PRO HAC VICE*

**Defendant**

**American Express Company**
*TERMINATED: 06/27/2016*

represented by **Damaris Hernandez**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: dhernandez@cravath.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rowan D. Wilson**
Associate Judge of the New York Court of
Appeals
20 Eagle Street
New York, NY 12207
518–455–7700

Email: rdwilson@nycourts.gov
*TERMINATED: 02/08/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ali Klein**
Cravath, Swaine and Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000
Fax: 212–474–3700
Email: aklein@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher James Steskal**
Fenwick & West LLP
555 California Street
12th Floor
San Francisco, CA 94104
415–875–2439
Fax: 415–281–1350
Email: csteskal@fenwick.com
*ATTORNEY TO BE NOTICED*

**Isaac Daniel Chaput**
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105–2533
415–591–7020
Email: ichaput@cov.com
*TERMINATED: 10/15/2018*
*ATTORNEY TO BE NOTICED*

**Kelsie Ann Docherty**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
212–474–1768
Fax: 212–474–1000
Email: kdocherty@cravath.com
*ATTORNEY TO BE NOTICED*

**Lauren Kelley Ross**
825 Eighth Avenue
New York, NY 10019
212–474–1820
*ATTORNEY TO BE NOTICED*

**Peter T. Barbur**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: pbarbur@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Discover Financial Services**          represented by **Dana Lynn Cook–Milligan**
Winston and Strawn LLP

101 California Street
San Francisco, CA 94111
United Sta
415–591–1583
Email: dlcook@winston.com
*ATTORNEY TO BE NOTICED*

**Elizabeth P Papez**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036
202–955–8608
Fax: 202–282–5100
Email: epapez@gibsondunn.com
*TERMINATED: 03/08/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eva W. Cole**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212–294–4609
Fax: 212–294–4700
Email: ewcole@winston.com
*ATTORNEY TO BE NOTICED*

**James Franklin Herbison**
Winston and Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
United Sta
(312) 558–5909
Email: jherbiso@winston.com
*ATTORNEY TO BE NOTICED*

**Jeanifer Ellen Parsigian**
Winston and Strawn
101 California St.
San Francisco, CA 94114
415–591–1469
Email: jparsigian@winston.com
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212–294–6700
Fax: 212–294–4700
Email: jkessler@winston.com
*ATTORNEY TO BE NOTICED*

**Johanna Rae Hudgens**
Winston & Strawn LLP
200 Park Ave
New York, NY 10166
212–294–6734
Fax: 212–294–4700
Email: jhudgens@winston.com
*ATTORNEY TO BE NOTICED*

**Joseph Laurence Motto**
Winston and Strawn LLP
35 West Wacker Drive

39th Floor
Chicago, IL 60601
312–558–3728
Fax: 312–558–5700
Email: JMotto@winston.com
*ATTORNEY TO BE NOTICED*

**Kelli Lynn Lanski**
Winston & Strawn
200 Park Ave
New York, NY 10166
212–294–4762
Fax: 212–294–4700
Email: kelli.lanski@gmail.com
*TERMINATED: 01/27/2021*
*ATTORNEY TO BE NOTICED*

**Robert Yale Sperling**
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601–9703
312–558–7941
Fax: 312–558–5700
Email: rsperling@winston.com
*TERMINATED: 05/30/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean D. Meenan**
Winston and Strawn
101 California Street
San Francisco, CA 94111
415–591–1000
Fax: 415–591–1400
Email: smeenan@winston.com
*TERMINATED: 02/01/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America N.A.**　　　represented by　**Penelope Athene Preovolos**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–7187
Fax: 415–268–7522
Email: ppreovolos@mofo.com
*TERMINATED: 05/24/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Eve Laks**
Morrison and Foerster LLP
425 Market Street
San Francisco, CA 94105
415–268–6710
Email: alaks@mofo.com
*TERMINATED: 05/24/2017*
*ATTORNEY TO BE NOTICED*

**Jane Petersen Bentrott**
Morrison Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

202–887–6954
Fax: 202–887–0764
Email: jbentrott@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark P. Ladner**
Morrison & Foerster
250 West 55th Street
New York, NY 10019
212–468–8000
Fax: 212–468–7900
Email: mladner@mofo.com
*TERMINATED: 12/29/2020*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael B. Miller**
Morrison & Foerster LLP
250 West 55 Street
New York, NY 10019
212–468–8000
Fax: 212–468–7900
Email: mbmiller@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Anne Fleming Nolen**
Morrison and Foerster, LLP
2000 Pennsylvania Avenue NW
District of Columbia, DC 20006
202–887–1551
Email: nflemingnolen@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tiffani B Figueroa**
Morrison Foerster
250 W 55th Street
New York, NY 10019
212–336–4360
Fax: 212–468–7900
Email: tfigueroa@mofo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Barclays Bank Delaware**<br>*TERMINATED: 07/22/2016* | represented by | **Benjamin Klebanoff**<br>Allen Overy Shearman Sterling US LLP<br>599 Lexington Ave.<br>New York<br>New York, NY 10022<br>212–848–4000<br>Fax: 646–848–7316<br>Email: benjamin.klebanoff@aoshearman.com<br>*TERMINATED: 07/22/2016* |

**Brian Calandra**
Pomerantz LLP
600 Third Avenue
Ste 20th Floor
New York, NY 10016
212–661–1100
Email: bcalandra@pomlaw.com

*TERMINATED: 07/22/2016*

**James P. Tallon**
Shearman & Sterling
599 Lexington Avenue
Suite 548
New York, NY 10022
212–848–4650
Fax: 646–848–4650
Email: jtallon@shearman.com
*TERMINATED: 07/22/2016*

**Mikael A. Abye**
Shearman & Sterling LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
415–616–1197
Email: mabye@shearman.com
*TERMINATED: 07/22/2016*

**Patrick David Robbins**
Shearman & Sterling LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
415–616–1100
Fax: 415–616–1199
Email: probbins@shearman.com
*TERMINATED: 07/22/2016*

**Defendant**

**Capital One Financial Corporation**     represented by **D. Bruce Hoffman**
Hunton and Williams LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
202–955–1500
Fax: 202–778–2201
Email: bhoffman@cgsh.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Eliot Beerbower**
2200 Pennsylvania Ave. NW
Washington, DC 20037
(202) 955–1841
*ATTORNEY TO BE NOTICED*

**Leslie Kostyshak**
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
202–955–1500
Fax: 202–778–2201
Email: lkostyshak@huntonak.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan A Shores**
Hunton and Williams LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
202–955–1500
Fax: 202–778–2201
*ATTORNEY TO BE NOTICED*

**Susan S. Joo**
Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, CA 94105
(415) 975–3705
Fax: (415) 975–3701
Email: sjoo@hunton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chase Bank USA, National Association**    represented by    **Raoul Dion Kennedy**
Skadden Arps Slate Meagher & Flom LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301
650–470–4500
Fax: 650–470–4570
Email: raoul.kennedy@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Boris Bershteyn**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001–8602
212–735–3834
Email: boris.bershteyn@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Evan Kreiner**
Skadden, Arps, Slate, Meagher &Flom LLP
4 Times Square
New York, NY 10036
212–735–3000
Email: evan.kreiner@skadden.com
*ATTORNEY TO BE NOTICED*

**Harry P Koulos**
Four Times Square
New York, NY 10036
212–735–2607
Email: harry.koulos@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter E Greene**
Four Times Square
New York, NY 10036
212–735–3620
Email: peter.greene@skadden.com
*TERMINATED: 05/22/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citibank (South Dakota) N.A.**    represented by    **Benjamin Robert Nagin**
Sidley Austin LLP
787 7th Avenue
NY, NY 10019
212–839–5911
Email: bnagin@sidley.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Graham**
Sidley Austin Brown & Wood LLP
1 S Dearborn Street
Chicago, IL 60603
312–853–7000
Fax: 312–853–7036
Email: dgraham@sidley.com
*ATTORNEY TO BE NOTICED*

**David F. Graham**
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
312–853–7000
Fax: 312–853–7036
Email: dgraham@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Michelle Wong**
Sidley Austin LLP
787 Seventh Ave, 25th Floor
New York, NY 10019
212–839–5842
Email: jennifer.wong@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa Colon–Bosolet**
Sidley Austin LLP
787 Seventh Avenue
Ny, NY 10019
212–839–5543
Fax: 212–835–5100
Email: mcolon–bosolet@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Belonick**
Sidley Austin
555 California Street
San Francisco, CA 94104
415–772–7411
Email: pbelonick@sidley.com
*ATTORNEY TO BE NOTICED*

**Peter K. Huston**
Latham & Watkins
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
415–391–0600
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citibank N.A.**                    represented by  **Benjamin Robert Nagin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Graham**
(See above for address)

*ATTORNEY TO BE NOTICED*

**David F. Graham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Michelle Wong**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa Colon–Bosolet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Belonick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter K. Huston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PNC Bank National Association**    represented by **Ashley Lynn Shively**
Reed Smith LLP
101 2nd St
Suite 1800
SF, CA 94105
415–543–8700
Fax: 415–391–8269
Email: ashively@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Conor Michael Shaffer**
Reed Smith LLP
Reed Smith Centre
225 5th Ave
Suite 1200
Pittsburgh, PA 15222–2724
412–288–3802
Fax: 412–288–3063
Email: cshaffer@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Courtney Bedell Averbach**
Reed Smith LLP
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222–2716
412–288–3148
Fax: 412–288–3063
Email: caverbach@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel I Booker**
Reed Smith LLP
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222–2716

412–288–3132
Fax: 412–288–3063
Email: dbooker@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frederick N. Egler**
Reed Smith
225 Fifth Avenue
Pittsburgh, PA 15222
412–288–3396
Fax: 412–288–3063
Email: fegler@reedsmith.com
*TERMINATED: 04/12/2019*
*ATTORNEY TO BE NOTICED*

**Michelle Ann Mantine**
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
412–288–4268
Fax: 412–288–3063
Email: mmantine@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott D. Baker**
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415–543–8700
Fax: 415–391–8269
Email: sbaker@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**USAA Savings Bank**
*TERMINATED: 07/22/2016*

represented by **Bradley Robert Love**
Barnes and Thornbrug LLP
11 South Meridian Street
Indianapolis, IN 46204–3535
United Sta
317–236–1313
Fax: 317–231–7433
Email: bradley.love@btlaw.com
*TERMINATED: 07/22/2016*
*LEAD ATTORNEY*

**Alicia M Raines**
Barnes and Thornburg
11 South Meridian Street
Indianapolis, IN 46204
317–231–7398
Email: araines@btlaw.com
*TERMINATED: 07/22/2016*
*PRO HAC VICE*

**Ethan Craig**
Barnes and Thornburg LLP
11 S Meridian Street
Indianapolis, IN 46204
317–236–1313

Email: ecraig@btlaw.com
*TERMINATED: 07/22/2016*
*PRO HAC VICE*

**Kendall Millard**
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317–236–1313
Fax: 317–231–7433
Email: kmillard@btlaw.com
*TERMINATED: 07/22/2016*
*PRO HAC VICE*

**Roya Rahmanpour**
Barnes and Thornburg LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067
310–284–3892
Fax: 310–284–3894
Email: roya.rahmanpour@btlaw.com
*TERMINATED: 07/22/2016*

**Defendant**

**U.S. Bancorp National Association**      represented by   **Andrew Baldwin Brantingham**
*TERMINATED: 07/22/2016*                                    Dorsey and Whitney LLP
50 South 6th Street
Suite 1500
Minneapolis, MN 55402
Hennepin
612–340–2600
Fax: 612–340–2868
Email: brantingham.andrew@dorsey.com
*TERMINATED: 07/22/2016*
*PRO HAC VICE*

**Angela Maryssa Porter**
Dorsey and Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
612–492–6765
Fax: 612–340–2868
Email: porter.angela@dorsey.com
*TERMINATED: 07/22/2016*
*PRO HAC VICE*

**Frederick Matthew Ralph**
Dorsey and Whitney LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402–1498
UNITED STA
612–492–6964
Fax: 952–516–5574
Email: ralph.matthew@dorsey.com
*TERMINATED: 07/22/2016*
*PRO HAC VICE*

**Martha Corcoran Luemers**
Dorsey & Whitney LLP
305 Lytton Avenue
Palo Alto, CA 94301
650 857–1717

Fax: 650 857−1288
Email: eFilingPA@dorsey.com
*TERMINATED: 07/22/2016*

**Richard Qiguang Liu**
Jones Day
90 South 7th Street, Suite 4950
Minneapolis, MN 55402
612−217−8852
Fax: 844−345−3178
Email: rliu@jonesday.com
*TERMINATED: 07/22/2016*

**Defendant**

**Wells Fargo Bank N.A.**                    represented by    **David Carlyle Powell**
McGuireWoods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
(415) 844−9944
Fax: (415) 844−9922
Email: dpowell@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Casey Erin Lucier**
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219−3916
(804) 775−1000
Email: clucier@mcguirewoods.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Howard Feller**
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219−4030
804−775−4393
Fax: 804−698−2051
Email: hfeller@mcguirewoods.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Brent Justus**
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219−4030
804−775−1018
Fax: 804−698−2026
Email: bjustus@mcguirewoods.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamie Danielle Wells**
Scale LLP
315 Montgomery St
Ste Fl 10
San Francisco, CA 94104−1823
415−735−5933
Email: jamie.wells@scalefirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EMVCo, LLC**                                    represented by   **Paul Jeffrey Riehle**
Sedgwick LLP
333 Bush Street
30th Floor
San Francisco, CA 94104
415−781−7900
Fax: 415−781−2635
Email: paul.riehle@sedgwicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Guney**
Sedgwick LLP
333 Bush Street
30th Floor
San Francisco, CA 94104
415−627−1421
Email: alexander.guney@sedgwicklaw.com
*ATTORNEY TO BE NOTICED*

**Dennis Francis Murphy**
Sedgwick LLP
333 Bush Street, 30th Flr.
San Francisco, CA 94104
415−781−7900
Fax: 415−781−2635
Email: dennis.murphy@sedgwicklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JCB Co. Ltd**
*TERMINATED: 06/16/2016*

**Defendant**

**UnionPay**
*TERMINATED: 06/16/2016*

**Defendant**

**U.S Bank National Association**            represented by   **Andrew Baldwin Brantingham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Angela Maryssa Porter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frederick Matthew Ralph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martha Corcoran Luemers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Qiguang Liu**
(See above for address)
*TERMINATED: 10/25/2016*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Elavon, Inc.**                          represented by  **Martha Corcoran Luemers**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**7–Eleven, Inc.**                        represented by  **Adam Owen Glist**
                                                          Constantine Cannon LLP
                                                          6 East 43rd Street
                                                          Ste 26th Floor
                                                          New York, NY 10017
                                                          212–350–2776
                                                          Fax: 212–350–2701
                                                          Email: oglist@constantinecannon.com
                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**PNC Bank, National Association**        represented by  **Conor Michael Shaffer**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2016 | 1 | COMPLAINT *for Violations of the Sherman Antitrust Act, Violations of the Clayton Antitrust Act, California's Cartwright Act and Unjust Enrichment* against American Express Company, Bank of America, N.A., Barclays Bank Delaware, Capital One Financial Corporation, Chase Bank USA, National Association, Citibank (South Dakota), N.A., Citibank, N.A., Discover Financial Services, EMVCo, LLC, JCB Co. Ltd, Mastercard International Incorporated, PNC Bank, National Association, U.S. Bancorp National Association, USAA Savings Bank, UnionPay, Visa USA, Inc., Visa, Inc., Wells Fargo Bank, N.A. ( Filing fee $ 400, receipt number 0971–10272953.). Filed byGrove Liquors LLC, B & R Supermarket, Inc., d/b/a Milam's Market. (Attachments: # 1 Civil Cover Sheet)(Coughlin, Patrick) (Filed on 3/8/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/08/2016) |
| 03/08/2016 | 2 | Proposed Summons. (Coughlin, Patrick) (Filed on 3/8/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/08/2016) |
| 03/08/2016 | 3 | Certificate of Interested Entities by B & R Supermarket, Inc., d/b/a Milam's Market, Grove Liquors LLC (Coughlin, Patrick) (Filed on 3/8/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/08/2016) |
| 03/09/2016 | 4 | Case assigned to Magistrate Judge Donna M. Ryu. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://www.cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5–1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. by 3/23/2016. (haS, COURT STAFF) (Filed on 3/9/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/09/2016) |
| 03/09/2016 | 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 6/8/2016. Case Management Conference set for 6/15/2016 01:30 PM. (vlkS, COURT STAFF) (Filed on 3/9/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/09/2016)** |

| | | |
|---|---|---|
| 03/09/2016 | 6 | Summons Issued as to American Express Company, Bank of America, N.A., Barclays Bank Delaware, Capital One Financial Corporation, Chase Bank USA, National Association, Citibank (South Dakota), N.A., Citibank, N.A., Discover Financial Services, EMVCo, LLC, JCB Co. Ltd, Mastercard International Incorporated, PNC Bank, National Association, U.S. Bancorp National Association, USAA Savings Bank, UnionPay, Visa USA, Inc., Visa, Inc., Wells Fargo Bank, N.A.. (vlkS, COURT STAFF) (Filed on 3/9/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/09/2016) |
| 03/10/2016 | 7 | NOTICE of Appearance by Alexandra Senya Bernay (Bernay, Alexandra) (Filed on 3/10/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/10/2016) |
| 03/10/2016 | 8 | NOTICE of Appearance by Carmen Anthony Medici (Medici, Carmen) (Filed on 3/10/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/10/2016) |
| 03/10/2016 | 9 | NOTICE of Appearance by David W. Mitchell (Mitchell, David) (Filed on 3/10/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/10/2016) |
| 03/11/2016 | 10 | MOTION for Preliminary Injunction filed by B & R Supermarket, Inc., Grove Liquors LLC. Motion Hearing set for 4/28/2016 11:00 AM in Courtroom 4, 3rd Floor, Oakland before Magistrate Judge Donna M. Ryu. Responses due by 3/25/2016. Replies due by 4/1/2016. (Attachments: # 1 Declaration Carmen A. Medici in support thereof, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order, # 5 Certificate/Proof of Service)(Medici, Carmen) (Filed on 3/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/11/2016) |
| 03/11/2016 | 11 | CLERK'S NOTICE Re: Consent or Declination: Plaintiffs filed the complaint on 3/8/2016, and filed a Motion for Preliminary Injunction on 3/11/2016. Accordingly, the parties are instructed to file either the consent or declination form within seven (7) calendar days of the date of this notice, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. If the parties do not consent, the case will be randomly assigned to a District Judge of this court. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (This is a text–only entry, there is no document associated with this entry.) (dmrlc1, COURT STAFF) (Filed on 3/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/11/2016) |
| 03/14/2016 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by B & R Supermarket, Inc., Grove Liquors LLC.. (Attachments: # 1 Certificate/Proof of Service)(Medici, Carmen) (Filed on 3/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2016) |
| 03/14/2016 | 13 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (igS, COURT STAFF) (Filed on 3/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2016) |
| 03/14/2016 | 14 | **ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William Alsup for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Signed by the Executive Committee on March 14, 2016. (cjlS, COURT STAFF) (Filed on 3/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2016)** |
| 03/14/2016 | 15 | **NOTICE REGARDING FACTORS TO BE EVALUATED FOR ANY PROPOSED CLASS SETTLEMENT. Signed by Judge Alsup on 3/14/2016.** |

| | | |
|---|---|---|
| | | (whalc2, COURT STAFF) (Filed on 3/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2016) |
| 03/14/2016 | 16 | Renotice motion hearing re 10 MOTION for Preliminary Injunction filed byB & R Supermarket, Inc., Grove Liquors LLC. (Attachments: # 1 Declaration of Carmen A. Medici in support thereof, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order, # 5 Certificate/Proof of Service)(Related document(s) 10 ) (Medici, Carmen) (Filed on 3/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2016) |
| 03/14/2016 | | Set/Reset Deadlines as to Motion Hearing set for 4/21/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (dl, COURT STAFF) (Filed on 3/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/18/2016) |
| 03/15/2016 | | Set Deadline as to 10 MOTION for Preliminary Injunction. Motion Hearing set for 4/21/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. (jmdS, COURT STAFF) (Filed on 3/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/15/2016) |
| 03/15/2016 | 17 | CLERKS NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT.Initial Case Management Conference set for 6/9/2016 11:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Supplemental Order) (jmdS, COURT STAFF) (Filed on 3/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/15/2016) |
| 03/16/2016 | 18 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Visa, Inc. served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 19 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Visa USA, Inc. served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 20 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Mastercard International Incorporated served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 21 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. American Express Company served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 22 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Discover Financial Services served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 23 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Bank of America, N.A. served on 3/9/2016, answer due 3/30/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 24 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Capital One Financial Corporation served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 25 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Citibank, N.A. served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 26 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Citibank (South Dakota), N.A. served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |

| 03/16/2016 | 27 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Chase Bank USA, National Association served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
|---|---|---|
| 03/16/2016 | 28 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Wells Fargo Bank, N.A. served on 3/9/2016, answer due 3/30/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 29 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. EMVCo, LLC served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 30 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. PNC Bank, National Association served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 31 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. Barclays Bank Delaware served on 3/10/2016, answer due 3/31/2016. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 32 | AFFIDAVIT of Service for Clerks Notice Scheduling Initial Case Management Conference on Reassignment (Dkt. Nos. 17 and 17–1) served on All Named Defendants (not appearing on the Notice of Electronic Filing) on 3/15/16, filed by Grove Liquors LLC. (Medici, Carmen) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 33 | NOTICE of Appearance by Robert John Vizas (Vizas, Robert) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 34 | NOTICE of Appearance by Sharon D. Mayo (Mayo, Sharon) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 35 | Certificate of Interested Entities by Visa USA, Inc., Visa, Inc. (Mayo, Sharon) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/16/2016 | 36 | **ORDER DENYING 10 MOTION FOR PRELIMINARY INJUNCTION AND ADVANCING DATE FOR CASE MANAGEMENT CONFERENCE.(whalc2, COURT STAFF) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016)** |
| 03/16/2016 | | Set/Reset Hearing Initial Case Management Conference set for 4/21/2016 11:00 AM in Courtroom 8, 19th Floor, San Francisco. (whalc2, COURT STAFF) (Filed on 3/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2016) |
| 03/17/2016 | 37 | **CASE MANAGEMENT ORDER RE LAW FIRM PLAN FOR IN COURT OPPORTUNITIES FOR YOUNG ATTORNEYS Responses due by 4/14/2016.. Signed by Judge Alsup on 3/17/2016. (whalc2, COURT STAFF) (Filed on 3/17/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/17/2016)** |
| 03/17/2016 | 38 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. U.S. Bancorp National Association served on 3/17/2016, answer due 4/7/2016. (Medici, Carmen) (Filed on 3/17/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/17/2016) |
| 03/17/2016 | 39 | NOTICE of Appearance by Armen Zohrabian (Attachments: # 1 Certificate/Proof of Service)(Zohrabian, Armen) (Filed on 3/17/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/17/2016) |
| 03/17/2016 | 40 | AFFIDAVIT of Service for Dkt Nos. 36 and 37 (Orders) served on All Named Defendants (not appearing on the Notice of Electronic Filing) on 3/17/2016, filed by B & R Supermarket, Inc., Grove Liquors LLC. (Medici, Carmen) (Filed on 3/17/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/17/2016) |

| 03/18/2016 | 41 | **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 17 Clerk's Notice. Signed by Judge William Alsup on 3/17/16. (dl, COURT STAFF) (Filed on 3/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/18/2016)** |
|---|---|---|
| 03/18/2016 | 42 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10301198.) filed by B & R Supermarket, Inc.. (Attachments: # 1 Exhibit A)(Kuntz, Robert) (Filed on 3/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/18/2016) |
| 03/18/2016 | 43 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10301284.) filed by B & R Supermarket, Inc.. (Attachments: # 1 Exhibit A)(Goodman, Lawrence) (Filed on 3/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/18/2016) |
| 03/18/2016 | 44 | NOTICE of Appearance by Raoul Dion Kennedy (Kennedy, Raoul) (Filed on 3/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/18/2016) |
| 03/18/2016 | 45 | AFFIDAVIT of Service for Dkt No. 41 served on All Named Defendants (not appearing on the Notice of Electronic Filing) on 03/18/2016, filed by B & R Supermarket, Inc., Grove Liquors LLC. (Medici, Carmen) (Filed on 3/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/18/2016) |
| 03/21/2016 | 46 | NOTICE of Appearance by Bradley Robert Love (Love, Bradley) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
| 03/21/2016 | 47 | **ORDER GRANTING 42 MOTION FOR PRO HAC VICE.(whalc2, COURT STAFF) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016)** |
| 03/21/2016 | 48 | **ORDER GRANTING 43 MOTION FOR PRO HAC VICE.(whalc2, COURT STAFF) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016)** |
| 03/21/2016 | 49 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10303796.) filed by B & R Supermarket, Inc.. (Attachments: # 1 Exhibit a)(Devine, John) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
| 03/21/2016 | 50 | Certificate of Interested Entities by Discover Financial Services (Parsigian, Jeanifer) (Filed on 3/21/2016) Modified on 3/21/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
| 03/21/2016 | 51 | NOTICE of Appearance by Jeanifer Ellen Parsigian (Parsigian, Jeanifer) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
| 03/21/2016 | 52 | NOTICE of Appearance by Sean D. Meenan ( Meenan, Sean) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
| 03/21/2016 | 53 | NOTICE of Appearance by Penelope Athene Preovolos *Notice of Appearance on Behalf of Defendant Bank of America, N.A.* (Preovolos, Penelope) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
| 03/21/2016 | 54 | MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 305, receipt number 0971–10306257.) filed by Bank of America, N.A.. (Ladner, Mark) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
| 03/21/2016 | 55 | MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 305, receipt number 0971–10306344.) filed by Bank of America, N.A.. (Miller, Michael) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
| 03/21/2016 | 56 | MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 305, receipt number 0971–10306429.) filed by Bank of America, N.A.. (Fleming Nolen, Natalie) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |

| 03/21/2016 | 57 | Certificate of Interested Entities by Bank of America, N.A. (Preovolos, Penelope) (Filed on 3/21/2016) Modified on 3/21/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
|---|---|---|
| 03/21/2016 | 58 | Certificate of Interested Entities by Chase Bank USA, National Association identifying Corporate Parent JPMorgan Chase & Co. for Chase Bank USA, National Association. (Kennedy, Raoul) (Filed on 3/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2016) |
| 03/22/2016 | 59 | NOTICE of Appearance by Stephen E. Taylor (Taylor, Stephen) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 60 | NOTICE of Appearance by Cheryl Ann Galvin (Galvin, Cheryl) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 61 | Certificate of Interested Entities by Mastercard International Incorporated identifying Corporate Parent Mastercard Incorporated for Mastercard International Incorporated. *Local Rule 3–15 and Fed. R. Civ. P. 7.1 Disclosure.* (Taylor, Stephen) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 62 | NOTICE of Appearance by Scott D. Baker (Baker, Scott) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 63 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10309375.) filed by PNC Bank, National Association. (Attachments: # 1 Exhibit Certificate of Good Standing)(Booker, Daniel) (Filed on 3/22/2016) Modified on 3/22/2016 (dtmS, COURT STAFF). Modified on 3/22/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 64 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10309517.) filed by PNC Bank, National Association. (Attachments: # 1 Exhibit Certificate of Good Standing)(Mantine, Michelle) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 65 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10309633.) filed by Discover Financial Services. (Attachments: # 1 Exhibit Certificate of Good Standing)(Papez, Elizabeth) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 66 | MOTION for leave to appear in Pro Hac Vice *for Peter Greene* ( Filing fee $ 305, receipt number 0971−10309752.) filed by Chase Bank USA, National Association. (Attachments: # 1 Certificate of Good Standing)(Greene, Peter) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 67 | MOTION for leave to appear in Pro Hac Vice *for Boris Bershteyn* ( Filing fee $ 305, receipt number 0971−10309782.) filed by Chase Bank USA, National Association. (Attachments: # 1 Certificate of Good Standing)(Bershteyn, Boris) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 68 | MOTION for leave to appear in Pro Hac Vice *for Evan Kreiner* ( Filing fee $ 305, receipt number 0971−10309803.) filed by Chase Bank USA, National Association. (Attachments: # 1 Certificate of Good Standing)(Kreiner, Evan) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 69 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10309813.) filed by Discover Financial Services. (Attachments: # 1 Exhibit Certificate of Good Standing)(Sperling, Robert) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 70 | MOTION for leave to appear in Pro Hac Vice *Harroy Koulos* ( Filing fee $ 305, receipt number 0971−10309884.) filed by Chase Bank USA, National Association. (Attachments: # 1 Certificate of Good Standing)(Koulos, Harry) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | 71 | MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 305, receipt number 0971−10309913.) filed by Bank of America, N.A.. (Figueroa, Tiffani) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |

| 03/22/2016 | <u>72</u> | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10309902.) filed by Discover Financial Services. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing)(Motto, Joseph) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| --- | --- | --- |
| 03/22/2016 | <u>73</u> | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10310066.) filed by USAA Savings Bank. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing)(Millard, Kendall) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | <u>74</u> | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10310075.) filed by Mastercard International Incorporated. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing)(Benson, Craig) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | <u>75</u> | NOTICE of Appearance by Randi D. Bandman (Bandman, Randi) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/22/2016 | <u>76</u> | Certificate of Interested Entities by USAA Savings Bank (Love, Bradley) (Filed on 3/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/22/2016) |
| 03/23/2016 | <u>77</u> | **ORDER GRANTING <u>54</u> MOTION FOR PRO HAC VICE.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | <u>78</u> | **ORDER GRANTING <u>55</u> MOTION FOR PRO HAC VICE.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | <u>79</u> | **ORDER GRANTING <u>71</u> MOTION FOR PRO HAC VICE.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | <u>80</u> | **ORDER DENYING <u>49</u> <u>56</u> <u>63</u> <u>64</u> <u>65</u> <u>66</u> <u>67</u> <u>68</u> <u>69</u> <u>70</u> <u>72</u> <u>73</u> <u>74</u> PRO HAC VICE APPLICATIONS OF ATTORNEYS JOHN DEVINE, NATALIE NOLEN, DANIEL BOOKER, MICHELLE MANTINE, ELIZABETH PAPEZ, PETER GREENE, BORIS BERSHTEYN, EVAN KREINER, ROBERT SPERLING, HARRY KOULOS, JOSEPH MOTTO, KENDALL MILLARD, AND CRAIG BENSON.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | <u>81</u> | Second MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 305, receipt number 25QKF5RS.) Filing fee previously paid on 03/21/2016 filed by Bank of America, N.A.. (Fleming Nolen, Natalie) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | <u>82</u> | Second MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Craig A. Benson* ( Filing fee $ 305, receipt number 0971−10310075.) Filing fee previously paid on 3/22/2016 filed by Mastercard International Incorporated. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing)(Benson, Craig) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | <u>83</u> | Second MOTION for leave to appear in Pro Hac Vice − *Elizabeth P. Papez* ( Filing fee $ 305, receipt number 0971−10309633.) Filing fee previously paid on 3/22/16 filed by Discover Financial Services. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing)(Papez, Elizabeth) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | <u>84</u> | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 25QL5BVD.) Filing fee previously paid on 03/22/2016 filed by USAA Savings Bank. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing)(Millard, Kendall) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | <u>85</u> | Second MOTION for leave to appear in Pro Hac Vice − *Robert Y. Sperling* ( Filing fee $ 305, receipt number 0971−10309813.) Filing fee previously paid on 3/22/16 filed by Discover Financial Services. (Attachments: # <u>1</u> Exhibit Certificate of Good Standing)(Sperling, Robert) (Filed on 3/23/2016) [Transferred from California |

| | | |
|---|---|---|
| | | Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 86 | SUMMONS Returned Executed by Grove Liquors LLC, B & R Supermarket, Inc.. USAA Savings Bank served on 3/9/2016, answer due 3/30/2016. (Medici, Carmen) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 87 | Second MOTION for leave to appear in Pro Hac Vice – *Joseph L. Motto* ( Filing fee $ 305, receipt number 0971−10309902.) Filing fee previously paid on 3/22/16 filed by Discover Financial Services. (Attachments: # 1 Exhibit Certificate of Good Standing)(Motto, Joseph) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 88 | MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Kenneth A. Gallo* ( Filing fee $ 305, receipt number 0971−10312254.) filed by Mastercard International Incorporated. (Attachments: # 1 Exhibit Certificate of Good Standing)(Gallo, Kenneth) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 89 | Second MOTION for leave to appear in Pro Hac Vice *for Peter Greene* ( Filing fee $ 305, receipt number 0971−10309752.) Filing fee previously paid on 3/22/2016 filed by Chase Bank USA, National Association. (Attachments: # 1 Certificate of Good Standing)(Greene, Peter) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 90 | Second MOTION for leave to appear in Pro Hac Vice *for Boris Bershteyn* ( Filing fee $ 305, receipt number 0971−10309782.) Filing fee previously paid on 3/22/2016 filed by Chase Bank USA, National Association. (Attachments: # 1 Certificate of Good Standing)(Bershteyn, Boris) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 91 | Second MOTION for leave to appear in Pro Hac Vice *for Evan Kreiner* ( Filing fee $ 305, receipt number 0971−10309803.) Filing fee previously paid on 3/22/2016 filed by Chase Bank USA, National Association. (Attachments: # 1 Certificate of Good Standing)(Kreiner, Evan) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 92 | Second MOTION for leave to appear in Pro Hac Vice *for Harry Koulos* ( Filing fee $ 305, receipt number 0971−10309884.) Filing fee previously paid on 3/22/2016 filed by Chase Bank USA, National Association. (Attachments: # 1 Certificate of Good Standing)(Koulos, Harry) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 93 | Second MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10303796.) Filing fee previously paid on 03/21/2016 filed by B & R Supermarket, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Devine, John) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 94 | Amended MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 305, receipt number 25QL25U1.) Filing fee previously paid on 3/22/2016 filed by PNC Bank, National Association. (Attachments: # 1 Exhibit Certificate of Good Standing)(Booker, Daniel) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 95 | Amended MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 305, receipt number 25QL2QNP.) Filing fee previously paid on 03/22/2016 filed by PNC Bank, National Association. (Attachments: # 1 Exhibit Certificate of Good Standing)(Mantine, Michelle) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016) |
| 03/23/2016 | 96 | **Order by Hon. William Alsup granting 81 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 97 | **Order by Hon. William Alsup granting 82 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |

| 03/23/2016 | 98 | **Order by Hon. William Alsup granting 83 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
|---|---|---|
| 03/23/2016 | 99 | **Order by Hon. William Alsup granting 84 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 100 | **Order by Hon. William Alsup granting 85 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 101 | **Order by Hon. William Alsup granting 87 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 102 | **Order by Hon. William Alsup granting 88 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 103 | **Order by Hon. William Alsup granting 89 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 104 | **Order by Hon. William Alsup granting 90 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 105 | **Order by Hon. William Alsup granting 91 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 106 | **Order by Hon. William Alsup granting 92 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 107 | **Order by Hon. William Alsup granting 93 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 108 | **Order by Hon. William Alsup granting 94 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/23/2016 | 109 | **Order by Hon. William Alsup granting 95 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/23/2016)** |
| 03/24/2016 | 110 | MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 305, receipt number 0971−10314797.) filed by PNC Bank, National Association. (Attachments: # 1 Exhibit Certificate of Good Standing)(Shaffer, Conor) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 111 | MOTION for leave to appear in Pro Hac Vice *submitted by Mark R. Merley* ( Filing fee $ 305, receipt number 0971−10315539.) filed by Visa USA, Inc., Visa, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Merley, Mark) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 112 | NOTICE of Appearance by Martha Corcoran Luemers *for U.S. Bank National Association* (Luemers, Martha) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 113 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10315255.) filed by U.S. Bancorp National Association. (Attachments: # 1 Exhibit Certificate of Good Standing issued by the Supreme Court for the State of Minnesota)(Ralph, Frederick) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |

| 03/24/2016 | 114 | NOTICE of Appearance by Rowan D. Wilson (Wilson, Rowan) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
|---|---|---|
| 03/24/2016 | 115 | NOTICE of Appearance by Lauren Kelley Ross (Ross, Lauren) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 116 | NOTICE of Appearance by Susan S. Joo (Joo, Susan) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 117 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10317174.) filed by Capital One Financial Corporation. (Attachments: # 1 Exhibit A: Certificate of Good Standing)(Kostyshak, Leslie) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 118 | NOTICE of Appearance by Peter K. Huston (Huston, Peter) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 119 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10317246.) filed by Capital One Financial Corporation. (Attachments: # 1 Exhibit A: Certificate of Good Standing)(Hoffman, D.) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 120 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10317297.) filed by Capital One Financial Corporation. (Attachments: # 1 Exhibit A: Certificate of Good Standing)(Shores, Ryan) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 121 | Certificate of Interested Entities by Capital One Financial Corporation (Joo, Susan) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 122 | STIPULATION *to Extend Time For Defendants Visa Inc., Visa U.S.A. Inc., Mastercard International Incorporated, American Express Company, Discover Financial Services, Bank Of America, N.A., Barclays Bank Delaware, Capital One Financial Corporation, Chase Bank USA, National Association, Citibank (South Dakota), N.A., Citibank, N.A., PNC Bank, National Association, USAA Savings Bank, U.S. Bank National Association and Wells Fargo Bank, N.A. To Answer Or Otherwise Respond To The Complaint [No Order Required Pursuant To L.R. 6–1]* filed by Visa USA, Inc., Visa, Inc.. (Mayo, Sharon) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/24/2016 | 123 | Certificate of Interested Entities by American Express Company identifying Other Affiliate Berkshire Hathaway, Inc. for American Express Company. (Wilson, Rowan) (Filed on 3/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/24/2016) |
| 03/25/2016 | 124 | Certificate of Interested Entities by American Express Company identifying Other Affiliate Berkshire Hathaway, Inc. for American Express Company. re 123 Certificate of Interested Entities (Wilson, Rowan) (Filed on 3/25/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/25/2016) |
| 03/25/2016 | 125 | MOTION for leave to appear in Pro Hac Vice *for Andrew Brantingham* ( Filing fee $ 305, receipt number 0971–10319277.) filed by U.S. Bancorp National Association. (Brantingham, Andrew) (Filed on 3/25/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/25/2016) |
| 03/25/2016 | 126 | Certificate of Interested Entities by U.S. Bancorp National Association identifying Corporate Parent U.S. Bancorp for U.S. Bancorp National Association. *(for U.S. Bank National Association, sued herein as U.S. Bancorp National Association)* (Luemers, Martha) (Filed on 3/25/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/25/2016) |
| 03/25/2016 | 127 | MOTION for leave to appear in Pro Hac Vice *for Angela Porter* ( Filing fee $ 305, receipt number 0971–10319811.) filed by U.S. Bancorp National Association. (Porter, Angela) (Filed on 3/25/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/25/2016) |

| | | |
|---|---|---|
| 03/25/2016 | 128 | NOTICE of Appearance by Mikael A. Abye (Abye, Mikael) (Filed on 3/25/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/25/2016) |
| 03/25/2016 | 129 | Certificate of Interested Entities by Barclays Bank Delaware (Abye, Mikael) (Filed on 3/25/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/25/2016) |
| 03/28/2016 | 130 | **Order by Hon. William Alsup granting 110 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016)** |
| 03/28/2016 | 131 | **Order by Hon. William Alsup granting 111 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016)** |
| 03/28/2016 | 132 | **Order by Hon. William Alsup granting 117 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016)** |
| 03/28/2016 | 133 | **Order by Hon. William Alsup granting 119 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016)** |
| 03/28/2016 | 134 | **Order by Hon. William Alsup granting 120 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016)** |
| 03/28/2016 | 135 | **ORDER DENYING 113 125 127 PRO HAC VICE APPLICATIONS OF ATTORNEYS FREDERICK RALPH, ANDREW BRANTINGHAM, AND ANGELA PORTER.(whalc2, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016)** |
| 03/28/2016 | 136 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10315255.) Filing fee previously paid on 03/24/2016 filed by U.S. Bancorp National Association. (Attachments: # 1 Exhibit Certificate of Good Standing from the Minnesota Supreme Court)(Ralph, Frederick) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 137 | Amended MOTION for leave to appear in Pro Hac Vice *for Andrew Brantingham* ( Filing fee $ 305, receipt number 0971–10319277.) Filing fee previously paid on 03/25/2016 filed by U.S. Bancorp National Association. (Attachments: # 1 Exhibit Certificate of Good Standing MN Supreme Court)(Brantingham, Andrew) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 138 | Amended MOTION for leave to appear in Pro Hac Vice *for Angela Porter* ( Filing fee $ 305, receipt number 0971–10319811.) Filing fee previously paid on 03/25/2016 filed by U.S. Bancorp National Association. (Attachments: # 1 Exhibit Certificate of Good Standing MN Supreme Court)(Porter, Angela) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 139 | **Order by Hon. William Alsup granting 136 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016)** |
| 03/28/2016 | 140 | **Order by Hon. William Alsup granting 137 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016)** |
| 03/28/2016 | 141 | NOTICE of Appearance by David Carlyle Powell *On Behalf of Defendant Wells Fargo Bank, N.A.* (Powell, David) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 142 | Certificate of Interested Entities by Wells Fargo Bank, N.A. identifying Corporate Parent Wells Fargo and Co. for Wells Fargo Bank, N.A.. re 141 Notice of Appearance (Powell, David) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 143 | MOTION for leave to appear in Pro Hac Vice *re Casey Erin Lucier* ( Filing fee $ 305, receipt number 0971–10324102.) filed by Wells Fargo Bank, N.A.. (Lucier, Casey) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: |

| | | |
|---|---|---|
| | | 03/28/2016) |
| 03/28/2016 | 144 | MOTION for leave to appear in Pro Hac Vice *re Howard Feller* ( Filing fee $ 305, receipt number 0971−10324125.) filed by Wells Fargo Bank, N.A.. (Feller, Howard) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | | Electronic filing error. Certificate of Good Standing Not Attached Re: 144 , 143 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10324102.) filed by Wells Fargo Bank, N.A. (dtmS, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 145 | MOTION for leave to appear in Pro Hac Vice *re Johnny Brent Justus* ( Filing fee $ 305, receipt number 0971−10324153.) filed by Wells Fargo Bank, N.A.. (Justus, J. Brent) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 146 | Amended MOTION for leave to appear in Pro Hac Vice *re: Howard Feller* ( Filing fee $ 305, receipt number 25QO3HM3.) Filing fee previously paid on 03/28/2016 filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Supplement Certificate of Good Standing re: Howard Feller)(Feller, Howard) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | | Electronic filing error. Certificate of Good Standing Not Attached Re: 145 MOTION for leave to appear in Pro Hac Vice filed by Wells Fargo Bank, N.A. (dtmS, COURT STAFF) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 147 | Amended MOTION for leave to appear in Pro Hac Vice *re: Casey Erin Lucier* ( Filing fee $ 305, receipt number 25QO3DHG.) Filing fee previously paid on 03/28/2016 filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Supplement Certificate of Good Standing re: Casey Erin Lucier)(Lucier, Casey) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 148 | Amended MOTION for leave to appear in Pro Hac Vice *re: J. Brent Justus* ( Filing fee $ 305, receipt number 25QO3ID3.) Filing fee previously paid on 03/28/2016 filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Supplement Certificate of Good Standing re: J. Brent Justus)(Justus, J. Brent) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 149 | MOTION for leave to appear in Pro Hac Vice *Submitted by Karen C. Otto* ( Filing fee $ 305, receipt number 0971−10324499.) filed by Visa USA, Inc., Visa, Inc.. (Otto, Karen) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 150 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10324497.) filed by Citibank (South Dakota), N.A., Citibank, N.A.. (Graham, David) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 151 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10324548.) filed by Citibank (South Dakota), N.A., Citibank, N.A.. (Colon−Bosolet, Melissa) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 152 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10324574.) filed by Citibank (South Dakota), N.A., Citibank, N.A.. (Wong, Jennifer) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/28/2016 | 153 | Certificate of Interested Entities by Citibank (South Dakota), N.A., Citibank, N.A. (Huston, Peter) (Filed on 3/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2016) |
| 03/29/2016 | 154 | **Order by Hon. William Alsup granting 138 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016)** |

| | | |
|---|---|---|
| 03/29/2016 | 155 | **Order by Hon. William Alsup granting 143 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016)** |
| 03/29/2016 | 156 | **Order by Hon. William Alsup granting 144 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016)** |
| 03/29/2016 | 157 | **Order by Hon. William Alsup granting 145 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016)** |
| 03/29/2016 | 158 | **Order by Hon. William Alsup granting 149 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016)** |
| 03/29/2016 | 159 | **Order by Hon. William Alsup granting 150 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016)** |
| 03/29/2016 | 160 | **Order by Hon. William Alsup granting 151 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016)** |
| 03/29/2016 | 161 | **Order by Hon. William Alsup granting 152 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016)** |
| 03/29/2016 | 162 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10328302.) filed by Citibank (South Dakota), N.A., Citibank, N.A.. (Nagin, Benjamin) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016) |
| 03/29/2016 | 163 | STIPULATION *to Extend Time For Defendant EMVCo, LLC to Answer or Otherwise Respond to the Complaint* filed by EMVCo, LLC. (Murphy, Dennis) (Filed on 3/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/29/2016) |
| 03/30/2016 | 164 | Certificate of Interested Entities by PNC Bank, National Association identifying Other Affiliate PNC Financial Services Group, Inc. for PNC Bank, National Association. (Baker, Scott) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2016) |
| 03/30/2016 | 165 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Benson, Craig) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2016) |
| 03/30/2016 | 166 | MOTION for leave to appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 305, receipt number 0971−10330735.) filed by Bank of America, N.A.. (Bentrott, Jane) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2016) |
| 03/30/2016 | 167 | **Order by Hon. William Alsup granting 162 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2016)** |
| 03/30/2016 | 168 | **Order by Hon. William Alsup granting 166 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2016)** |
| 03/30/2016 | 169 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *by U.S. Bank National Association* (Ralph, Frederick) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2016) |
| 03/30/2016 | 170 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *ADR Certification By Parties and Counsel* (Preovolos, Penelope) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2016) |
| 03/30/2016 | 171 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Nagin, Benjamin) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] |

| | | (Entered: 03/30/2016) |
|---|---|---|
| 03/30/2016 | 172 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *for Chase Bank USA, N.A.* (Greene, Peter) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2016) |
| 03/30/2016 | 173 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Papez, Elizabeth) (Filed on 3/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2016) |
| 03/31/2016 | 174 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *for USAA Savings Bank* (Millard, Kendall) (Filed on 3/31/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/31/2016) |
| 03/31/2016 | 175 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Mantine, Michelle) (Filed on 3/31/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/31/2016) |
| 03/31/2016 | 176 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Wilson, Rowan) (Filed on 3/31/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/31/2016) |
| 03/31/2016 | 177 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *submitted by parties and counsel for defendants Visa Inc. and Visa U.S.A.* (Mayo, Sharon) (Filed on 3/31/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/31/2016) |
| 03/31/2016 | 178 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *for Wells Fargo Bank, N.A.* (Justus, J. Brent) (Filed on 3/31/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/31/2016) |
| 03/31/2016 | 179 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *for Capital One Financial Corporation* (Hoffman, D.) (Filed on 3/31/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/31/2016) |
| 03/31/2016 | 180 | **ORDER RE ADR DEADLINES. Signed by Judge William Alsup on 3/31/2016. (whasec, COURT STAFF) (Filed on 3/31/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/31/2016)** |
| 03/31/2016 | 181 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Murphy, Dennis) (Filed on 3/31/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 03/31/2016) |
| 04/04/2016 | 182 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Robbins, Patrick) (Filed on 4/4/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/04/2016) |
| 04/04/2016 | 183 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10341523.) filed by Barclays Bank Delaware. (Attachments: # 1 Exhibit Certificate of Good Standing)(Klebanoff, Benjamin) (Filed on 4/4/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/04/2016) |
| 04/04/2016 | 184 | Certificate of Interested Entities by EMVCo, LLC re 181 ADR Certification (ADR L.R. 3–5 b)of discussion of ADR options, 163 Stipulation *Defendant EMVCO, LLC's Certification of Interested Entities or Persons and Corporate Disclosure Statement* (Riehle, Paul) (Filed on 4/4/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/04/2016) |
| 04/04/2016 | 185 | **Order by Hon. William Alsup granting 183 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 4/4/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/04/2016)** |
| 04/04/2016 | 186 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10343279.) filed by Barclays Bank Delaware. (Attachments: # 1 Certificate of Good Standing)(Calandra, Brian) (Filed on 4/4/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/04/2016) |
| 04/04/2016 | 187 | **Order by Hon. William Alsup granting 186 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 4/4/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/04/2016)** |

| | | |
|---|---|---|
| 04/07/2016 | 188 | NOTICE of Appearance by Ashley Lynn Shively *On Behalf Of PNC Bank, National Association* (Shively, Ashley) (Filed on 4/7/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2016) |
| 04/08/2016 | 189 | NOTICE of need for ADR Phone Conference (ADR L.R. 3–5 d) (Preovolos, Penelope) (Filed on 4/8/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/08/2016) |
| 04/11/2016 | 190 | ADR Clerk's Notice Setting ADR Phone Conference on April 19, 2016 at 10:00 AM Pacific time. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (cmf, COURT STAFF) (Filed on 4/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2016) |
| 04/11/2016 | 191 | NOTICE of Appearance by Erica M Connolly (Connolly, Erica) (Filed on 4/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2016) |
| 04/11/2016 | 192 | MOTION for leave to appear in Pro Hac Vice *for Alicia M. Raines* ( Filing fee $ 305, receipt number 0971–10359552.) filed by USAA Savings Bank. (Attachments: # 1 Exhibit Certificate of Good Standing)(Raines, Alicia) (Filed on 4/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2016) |
| 04/11/2016 | 193 | **Order by Hon. William Alsup granting 192 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 4/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2016)** |
| 04/11/2016 | 194 | NOTICE of Appearance by Alexandra Eve Laks *for Defendant Bank of America, N.A.* (Laks, Alexandra) (Filed on 4/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2016) |
| 04/11/2016 | 195 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10361012.) filed by USAA Savings Bank. (Attachments: # 1 Supplement)(Craig, Ethan) (Filed on 4/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2016) |
| 04/11/2016 | 196 | **Order by Hon. William Alsup granting 195 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 4/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2016)** |
| 04/11/2016 | 197 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *regarding Plaintiff B& R Supermarket, Inc.* (Bernay, Alexandra) (Filed on 4/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2016) |
| 04/11/2016 | 198 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *regarding Plaintiff Grove Liquors LLC* (Bernay, Alexandra) (Filed on 4/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2016) |
| 04/12/2016 | 199 | NOTICE of Appearance by Richard Qiguang Liu *for U.S. Bank National Association* (Liu, Richard) (Filed on 4/12/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/12/2016) |
| 04/12/2016 | 200 | NOTICE of Appearance by Angel Puimei Lau (Lau, Angel) (Filed on 4/12/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/12/2016) |
| 04/12/2016 | 201 | NOTICE of Appearance by Lonnie Anthony Browne (Browne, Lonnie) (Filed on 4/12/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/12/2016) |
| 04/12/2016 | 202 | RESPONSE to re 37 Order, Set Deadlines *[Robbins Geller Rudman & Dowd LLP's Response to the Court's Case Management Order Re: Law Firm Plan for in Court Opportunities for Young Attorneys]* by B & R Supermarket, Inc., Grove Liquors LLC. (Bernay, Alexandra) (Filed on 4/12/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/12/2016) |
| 04/13/2016 | 203 | RESPONSE to re 37 Order, Set Deadlines by B & R Supermarket, Inc.. (Goodman, Lawrence) (Filed on 4/13/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/13/2016) |
| 04/13/2016 | 204 | NOTICE of Appearance by Paul Belonick (Belonick, Paul) (Filed on 4/13/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/13/2016) |

| | | |
|---|---|---|
| 04/14/2016 | 205 | RESPONSE to re 37 Order, Set Deadlines *Discover Financial Services' Junior Attorney Opportunity Plan* by Discover Financial Services. (Papez, Elizabeth) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 206 | RESPONSE to re 37 Order, Set Deadlines *regarding Plan for Providing Opportunities for Junior Attorneys* by USAA Savings Bank. (Love, Bradley) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 207 | RESPONSE to re 37 Order, Set Deadlines *Shearman & Sterling LLP's Plan for Involvement of Junior Attorneys* by Barclays Bank Delaware. (Abye, Mikael) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 208 | Response re 37 Order, Set Deadlines *(Dorsey & Whitney LLP's Plan for In−Court Opportunities for Young Attorneys filed Defendant U.S. Bank National Association)* byU.S. Bancorp National Association. (Ralph, Frederick) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 209 | RESPONSE to re 37 Order, Set Deadlines *regarding Plan for Providing Opportunities for Junior Attorneys* by Bank of America, N.A.. (Preovolos, Penelope) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 210 | RESPONSE to re 37 Order, Set Deadlines , *PLAN RE YOUNG LAWYERS* by PNC Bank, National Association. (Shively, Ashley) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 211 | RESPONSE to re 37 Order, Set Deadlines *regarding Junior Attorney Opportunity Plan* by Capital One Financial Corporation. (Joo, Susan) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 212 | RESPONSE to re 37 Order, Set Deadlines *Statement of Sidley Austin LLPs plan for in court opportunities for young attorneys* by Citibank (South Dakota), N.A., Citibank, N.A.. (Nagin, Benjamin) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 213 | Response re 37 Order, Set Deadlines *[Paul, Weiss, Rifkind, Wharton & Garrison LLP's Response to the Court's Case Management Order Re: Law Firm Plan for in Court Opportunities for Young Attorneys]* byMastercard International Incorporated. (Gallo, Kenneth) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 214 | RESPONSE to re 37 Order, Set Deadlines *DEFENDANT AMERICAN EXPRESS COMPANY'S LAW FIRM PLAN FOR IN COURT OPPORTUNITIES FOR YOUNG ATTORNEYS* by American Express Company. (Wilson, Rowan) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 215 | RESPONSE to re 37 Order, Set Deadlines *Plan of Counsel for Defendant EMVCO, LLC for In Court Opportunities for Young Attorneys* by EMVCo, LLC. (Riehle, Paul) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 216 | RESPONSE to re 37 Order, Set Deadlines *Wells Fargo Bank, N.A.'s Plan for In−Court Opportunities for Young Attorneys* by Wells Fargo Bank, N.A.. (Powell, David) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 217 | RESPONSE to re 37 Order, Set Deadlines *Plan for In Court Opportunities for Young Lawyers* by Visa USA, Inc., Visa, Inc.. (Mayo, Sharon) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 218 | NOTICE of Appearance by Jamie Danielle Wells *on behalf of Defendant Wells Fargo Bank, N.A.* (Wells, Jamie) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/14/2016 | 219 | Response re 41 SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, 37 Order, Set Deadlines *TAYLOR & COMPANY LAW OFFICES, LLP'S CERTIFICATION REGARDING LAW FIRM SIZE* byMastercard International Incorporated. (Taylor, Stephen) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |

| 04/14/2016 | 220 | RESPONSE to re 37 Order, Set Deadlines *CHASE BANK USA, N.A. LAW FIRM PLAN FOR IN COURT OPPORTUNITIES FOR YOUNG ATTORNEYS* by Chase Bank USA, National Association. (Kennedy, Raoul) (Filed on 4/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
|---|---|---|
| 04/14/2016 | 221 | Joint CASE MANAGEMENT STATEMENT filed by B & R Supermarket, Inc., Grove Liquors LLC. (Bernay, Alexandra) (Filed on 4/14/2016) Modified on 4/15/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2016) |
| 04/15/2016 | 222 | MOTION for leave to appear in Pro Hac Vice *on behalf of PNC Bank* ( Filing fee $ 305, receipt number 0971–10373822.) filed by PNC Bank, National Association. (Attachments: # 1 Exhibit Certificate of Good Standing)(Averbach, Courtney) (Filed on 4/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/15/2016) |
| 04/15/2016 | 223 | **Order by Hon. William Alsup granting 222 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 4/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/15/2016)** |
| 04/15/2016 | 224 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10375134.) filed by Mastercard International Incorporated. (Attachments: # 1 Certificate of Good Standing)(Durbin, William) (Filed on 4/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/15/2016) |
| 04/15/2016 | 225 | **Order by Hon. William Alsup granting 224 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 4/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/15/2016)** |
| 04/18/2016 | 226 | NOTICE of Appearance by Alexander Guney *as Counsel for Defendant EMVCo, LLC* (Guney, Alexander) (Filed on 4/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/18/2016) |
| 04/18/2016 | 227 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10379471.) filed by Mastercard International Incorporated. (Attachments: # 1 Certificate of Good Standing)(Yang, Catherine) (Filed on 4/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/18/2016) |
| 04/18/2016 | 228 | MOTION to Dismiss *Plaintiffs' Complaint, and Memorandum of Law in Support* filed by Barclays Bank Delaware, Capital One Financial Corporation, Citibank (South Dakota), N.A., Citibank, N.A., PNC Bank, National Association, USAA Savings Bank, Wells Fargo Bank, N.A.. Motion Hearing set for 6/2/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 5/2/2016. Replies due by 5/9/2016. (Attachments: # 1 Proposed Order)(Booker, Daniel) (Filed on 4/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/18/2016) |
| 04/18/2016 | 229 | MOTION to Compel *Arbitration and Transfer Venue* filed by American Express Company. Motion Hearing set for 6/2/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 5/5/2016. Replies due by 5/12/2016. (Attachments: # 1 Proposed Order, # 2 Declaration of Lindsey Spellman, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Certificate/Proof of Service)(Wilson, Rowan) (Filed on 4/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/18/2016) |
| 04/18/2016 | 230 | **Order by Hon. William Alsup granting 227 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 4/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/18/2016)** |
| 04/18/2016 | 231 | MOTION to Dismiss filed by American Express Company, Bank of America, N.A., Chase Bank USA, National Association, Discover Financial Services, EMVCo, LLC, Mastercard International Incorporated, U.S. Bancorp National Association, Visa USA, Inc., Visa, Inc.. Motion Hearing set for 6/2/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 5/2/2016. Replies due by 5/9/2016. (Attachments: # 1 Memorandum of Law in Support of Certain Defendants' Joint Motion to Dismiss, # 2 Proposed Order Granting Certain Defendants' Joint Motion to Dismiss)(Gallo, Kenneth) (Filed on 4/18/2016) [Transferred from |

| | | |
|---|---|---|
| | | California Northern on 5/5/2017.] (Entered: 04/18/2016) |
| 04/19/2016 | 232 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10381695.) filed by Capital One Financial Corporation. (Beerbower, John) (Filed on 4/19/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/19/2016) |
| 04/19/2016 | | ADR Remark: ADR Phone Conference held on 4/19/2016 with Howard Herman. (cmf, COURT STAFF) (Filed on 4/19/2016) Modified on 4/19/2016 (cmf, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 04/19/2016) |
| 04/19/2016 | 233 | **Order by Hon. William Alsup granting 232 Motion for Pro Hac Vice.(whalc2, COURT STAFF) (Filed on 4/19/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/19/2016)** |
| 04/20/2016 | 234 | NOTICE of Appearance by Roya Rahmanpour (Rahmanpour, Roya) (Filed on 4/20/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/20/2016) |
| 04/21/2016 | 235 | **Minute Entry for proceedings held before Hon. William Alsup: Initial Case Management Conference held on 4/21/2016. Initial Disclosures due 5/13/2016; Amended Pleadings due by 11/30/2016. Discovery due by 6/30/2017. Dispositive Motions due by 8/3/2017. Class Action Certification due 12/8/2016. Final Pretrial Conference set for 10/18/2017 at 02:00 PM in Courtroom 8, 19th Floor, San Francisco. Jury Selection and Jury Trial set for 10/30/2017 at 07:30 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Motions to Dismiss set for 6/23/2016 at 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 5/19/2016. Replies due by 6/2/2016. Total Time in Court: 1:03.**<br>**Court Reporter: Debra Pas.**<br>**Plaintiff Attorneys: Alexandra S. Bernay, Carmen A. Medici, Lonnie A. Browne, John W. Devine, Armen Zohrabian, Lawrence D. Goodman.**<br>**Defendant Attorneys: Peter E. Greene, Boris Bershteyn, Raoul Kennedy, Noel C. Johnson, Kenneth A. Gallo, Stephen E. Taylor, Craig Benso, Bradley R. Love, Alicia M. Raines, Alexandra Eve S. Laks, Mark P. Ladner, Penelope A. Preovolos, Daniel I. Booker, Ashley L. Shively, James Tallon, Johah P. Ross, Rowan D. Wilson, Lauren K. Ross, F. Matthew Ralph, Benjamin R. Nagin, Peter K. Huston, Robert Y. Sperling, Sharon D. Mayo, Robert Vizas, Mark Merley, Dennis F. Murphy, Paul J. Riehle, Sean Meenan, Jeanifer E. Parsigian, Elizabeth P. Papez, Jamie D. Wells, Howard Feller, D. Bruce Hoffman, Leslie Kostyshak, Susan Joo, Angela Porter, Martha Luemers.**<br>**Attachment: Minute Order.(afmS, COURT STAFF) (Date Filed: 4/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/21/2016)** |
| 04/21/2016 | 236 | TRANSCRIPT ORDER for proceedings held on 4/21/2016 before Hon. William Alsup by B & R Supermarket, Inc., Grove Liquors LLC, for Court Reporter Debra Pas. (Browne, Lonnie) (Filed on 4/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/21/2016) |
| 04/21/2016 | 237 | TRANSCRIPT ORDER for proceedings held on 4/21/2016 before Hon. William Alsup by PNC Bank, National Association, for Court Reporter Debra Pas. (Shively, Ashley) (Filed on 4/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/21/2016) |
| 04/21/2016 | 238 | NOTICE of Appearance by Dana Lynn Cook−Milligan (Cook−Milligan, Dana) (Filed on 4/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/21/2016) |
| 04/22/2016 | 239 | TRANSCRIPT ORDER for proceedings held on 4/21/2016 before Hon. William Alsup by Mastercard International Incorporated, for Court Reporter Debra Pas. (Durbin, William) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 240 | TRANSCRIPT ORDER for proceedings held on 04/21/2016 before Hon. William Alsup by Discover Financial Services, for Court Reporter Debra Pas. (Cook−Milligan, Dana) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |

| | | |
|---|---|---|
| 04/22/2016 | 241 | TRANSCRIPT ORDER for proceedings held on 04/21/2016 before Hon. William Alsup by Visa USA, Inc., Visa, Inc., for Court Reporter Debra Pas. (Mayo, Sharon) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 242 | TRANSCRIPT ORDER for proceedings held on April 21, 2016 before Hon. William Alsup by USAA Savings Bank, for Court Reporter Debra Pas. (Raines, Alicia) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 243 | TRANSCRIPT ORDER for proceedings held on April 21, 2016 before Hon. William Alsup by Capital One Financial Corporation, for Court Reporter Debra Pas. (Kostyshak, Leslie) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 244 | TRANSCRIPT ORDER for proceedings held on April 21, 2016 before Hon. William Alsup by American Express Company, for Court Reporter Debra Pas. (Wilson, Rowan) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 245 | TRANSCRIPT ORDER for proceedings held on 4/21/2016 before Hon. William Alsup by EMVCo, LLC, for Court Reporter Debra Pas. (Guney, Alexander) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 246 | TRANSCRIPT ORDER for proceedings held on 4/21/2016 before Hon. William Alsup by Chase Bank USA, National Association, for Court Reporter Debra Pas. (Kennedy, Raoul) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 247 | TRANSCRIPT ORDER for proceedings held on 4/21/2016 before Hon. William Alsup by Bank of America, N.A., for Court Reporter Debra Pas. (Preovolos, Penelope) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 248 | TRANSCRIPT ORDER for proceedings held on 04/21/2016 before Hon. William Alsup by U.S. Bancorp National Association, for Court Reporter Debra Pas. (Luemers, Martha) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 249 | TRANSCRIPT ORDER for proceedings held on April 21, 2016 before Hon. William Alsup by Wells Fargo Bank, N.A., for Court Reporter Debra Pas. (Wells, Jamie) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 250 | TRANSCRIPT ORDER for proceedings held on 04/21/2016 before Hon. William Alsup by Citibank (South Dakota), N.A., Citibank, N.A., for Court Reporter Debra Pas. (Wong, Jennifer) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016) |
| 04/22/2016 | 251 | **CASE MANAGEMENT SCHEDULING ORDER: ORDER REFERRING CASE to Magistrate Judge Donna M. Ryu for Mediation/Settlement. Final Pretrial Conference set for 10/18/2017 02:00 PM in Courtroom 8, 19th Floor, San Francisco. Jury Trial set for 10/30/2017 07:30 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Discovery due by 6/30/2017. Motions due by 8/3/2017. Signed by Judge William Alsup on 4/21/2016. (whasec, COURT STAFF) (Filed on 4/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/22/2016)** |
| 04/28/2016 | 252 | Transcript of Proceedings held on 4–21–2016, before Judge William H. Alsup. Court Reporter/Transcriber Debra L. Pas, CRR, telephone number (415) 431–1477/Email: Debra_Pas@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 236 Transcript Order ) Release of Transcript Restriction set for 7/27/2016. (Related documents(s) 236 ) (Pas, Debra) (Filed on 4/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 04/28/2016) |

| | | |
|---|---|---|
| 05/06/2016 | 253 | Letter from Alexandra S. Bernay to Court seeking approval to file unopposed Motion to Intervene . (Bernay, Alexandra) (Filed on 5/6/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 05/06/2016) |
| 05/09/2016 | 254 | **ORDER RE MOTION TO INTERVENE. Signed by Judge Alsup on 5/9/2016. (whalc2, COURT STAFF) (Filed on 5/9/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 05/09/2016)** |
| 05/10/2016 | 255 | MOTION to Intervene filed by B & R Supermarket, Inc., Grove Liquors LLC. Motion Hearing set for 6/23/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 5/15/2016. Replies due by 5/19/2016. (Attachments: # 1 Declaration of Alexandra S. Bernay in support thereof, # 2 Exhibit 1_Redline Complaint, # 3 Exhibit 2_Complaint without Redline and Exhibits A−D thereto, # 4 Proposed Order)(Bernay, Alexandra) (Filed on 5/10/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 05/10/2016) |
| 05/13/2016 | 256 | MOTION to Compel *Arbitration*, MOTION to Transfer Case *Venue of Intervening Plaintiffs' Claims and Memorandum of Points and Authorities in Support Thereof* filed by American Express Company. Motion Hearing set for 6/23/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 5/27/2016. Replies due by 6/3/2016. (Attachments: # 1 Declaration of Lindsey Spellman in Support of American Express Company's Motion to Compel Arbitration and Transfer Venue of Intervening Plaintiffs' Claims)(Wilson, Rowan) (Filed on 5/13/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 05/13/2016) |
| 05/13/2016 | 257 | Supplemental Brief re 231 MOTION to Dismiss *Defendants' Supplemental Memorandum of Law in Support of Motions to Dismiss* filed by American Express Company, Bank of America, N.A., Barclays Bank Delaware, Capital One Financial Corporation, Chase Bank USA, National Association, Citibank (South Dakota), N.A., Citibank, N.A., Discover Financial Services, EMVCo, LLC, Mastercard International Incorporated, PNC Bank, National Association, U.S. Bancorp National Association, USAA Savings Bank, Visa USA, Inc., Visa, Inc., Wells Fargo Bank, N.A.. (Related document(s) 231 ) (Preovolos, Penelope) (Filed on 5/13/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 05/13/2016) |
| 05/19/2016 | 258 | RESPONSE (re 231 MOTION to Dismiss , 228 MOTION to Dismiss filed by B & R Supermarket, Inc., Grove Liquors LLC. (Attachments: # 1 Declaration of Alexandra S. Bernay in support thereof, # 2 Exhibit 1)(Bernay, Alexandra) (Filed on 5/19/2016) Modified on 5/20/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 05/19/2016) |
| 05/19/2016 | 259 | RESPONSE (re 229 MOTION to Compel *Arbitration and Transfer Venue* ) filed by B & R Supermarket, Inc., Grove Liquors LLC. (Attachments: # 1 Declaration of Alexandra S. Bernay in support thereof, # 2 Exhibit 1−5)(Zohrabian, Armen) (Filed on 5/19/2016) Modified on 5/20/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 05/19/2016) |
| 05/26/2016 | 260 | NOTICE of Change of Address by Patrick David Robbins (Robbins, Patrick) (Filed on 5/26/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 05/26/2016) |
| 06/02/2016 | 261 | REPLY (re 228 MOTION to Dismiss ) filed by Barclays Bank Delaware, Capital One Financial Corporation, Citibank (South Dakota), N.A., Citibank, N.A., PNC Bank, National Association, USAA Savings Bank, Wells Fargo Bank, N.A.. (Booker, Daniel) (Filed on 6/2/2016) Modified on 6/2/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 06/02/2016) |
| 06/02/2016 | 262 | REPLY (re 231 MOTION to Dismiss ) *Memorandum of Law in Support of Certain Defendants' Motion to Dismiss* filed by American Express Company, Bank of America, N.A., Chase Bank USA, National Association, Discover Financial Services, EMVCo, LLC, Mastercard International Incorporated, U.S. Bancorp National Association, Visa USA, Inc., Visa, Inc.. (Attachments: # 1 Declaration of Craig A. Benson, # 2 Exhibit 1 to Declaration of Craig A. Benson)(Gallo, Kenneth) (Filed on 6/2/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/02/2016) |
| 06/02/2016 | 263 | REPLY (re 256 MOTION to Compel *Arbitration ) filed by American Express Company. (Wilson, Rowan) (Filed on 6/2/2016) Modified on 6/3/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 06/02/2016)* |

| 06/15/2016 | 264 | STIPULATION WITH PROPOSED ORDER *re. Stipulated Protective Order* filed by B & R Supermarket, Inc., Grove Liquors LLC. (Zohrabian, Armen) (Filed on 6/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/15/2016) |
|---|---|---|
| 06/16/2016 | 265 | NOTICE of Voluntary Dismissal *of Claims Against Defendants JCB Co. Ltd. and UnionPay* by B & R Supermarket, Inc., Grove Liquors LLC (Medici, Carmen) (Filed on 6/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/16/2016) |
| 06/21/2016 | 266 | **QUESTIONS FOR JUNE 23 HEARING. Signed by Judge William Alsup on 6/21/2016. (whasec, COURT STAFF) (Filed on 6/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/21/2016)** |
| 06/23/2016 | 267 | TRANSCRIPT ORDER for proceedings held on June 23, 2016 before Hon. William Alsup by B & R Supermarket, Inc., Grove Liquors LLC, for Court Reporter Katherine Wyatt. (Bernay, Alexandra) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 268 | TRANSCRIPT ORDER for proceedings held on June 23, 2016 before Hon. William Alsup by American Express Company, for Court Reporter Katherine Wyatt. (Wilson, Rowan) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 269 | TRANSCRIPT ORDER for proceedings held on 06/23/2016 before Hon. William Alsup by Capital One Financial Corporation, for Court Reporter Katherine Wyatt. (Kostyshak, Leslie) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 270 | TRANSCRIPT ORDER for proceedings held on 06−23−2016 before Hon. William Alsup by Bank of America, N.A., for Court Reporter Katherine Wyatt. (Preovolos, Penelope) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 271 | TRANSCRIPT ORDER for proceedings held on 6/23/2016 before Hon. William Alsup by PNC Bank, National Association, for Court Reporter Katherine Wyatt. (Shively, Ashley) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 272 | TRANSCRIPT ORDER for proceedings held on 6/23/2016 before Hon. William Alsup by Visa, Inc., for Court Reporter Katherine Wyatt. (Otto, Karen) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 273 | TRANSCRIPT ORDER for proceedings held on 06/23/2016 before Hon. William Alsup by Discover Financial Services, for Court Reporter Katherine Wyatt. (Cook−Milligan, Dana) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 274 | TRANSCRIPT ORDER for proceedings held on 6/23/2016 before Hon. William Alsup by Chase Bank USA, National Association, for Court Reporter Katherine Wyatt. (Kennedy, Raoul) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 275 | TRANSCRIPT ORDER for proceedings held on June 23, 2016 before Hon. William Alsup by Citibank (South Dakota), N.A., Citibank, N.A., for Court Reporter Katherine Wyatt. (Wong, Jennifer) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 276 | TRANSCRIPT ORDER for proceedings held on 06/23/16 before Hon. William Alsup by EMVCo, LLC, for Court Reporter Katherine Wyatt. (Riehle, Paul) (Filed on 6/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/23/2016) |
| 06/23/2016 | 286 | **Minute Entry for proceedings held before Hon. William Alsup: Motion Hearing held on 6/23/2016 re 231 MOTION to Dismiss 228 MOTION to Dismiss 229 MOTION to Compel 255 MOTION to Intervene 256 MOTION to Compel. Motions taken under submissionTotal Time in Court 1:30. Court Reporter Name Kathy Wyatt. Plaintiff Attorney Alexandra Senya Bernay, et al. Defendant Attorney Boris Bershteyn, et al.Attachment minute order.(dl, COURT STAFF) (Date Filed: 6/23/2016) [Transferred from California Northern on 5/5/2017.]** |

| | | |
|---|---|---|
| | | **(Entered: 06/27/2016)** |
| 06/24/2016 | 277 | TRANSCRIPT ORDER for proceedings held on June 23, 2016 before Hon. William Alsup by USAA Savings Bank, for Court Reporter Katherine Wyatt. (Raines, Alicia) (Filed on 6/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/24/2016) |
| 06/24/2016 | 278 | TRANSCRIPT ORDER for proceedings held on 06/23/2016 before Hon. William Alsup by Mastercard International Incorporated, for Court Reporter Katherine Wyatt. (Galvin, Cheryl) (Filed on 6/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/24/2016) |
| 06/24/2016 | 279 | TRANSCRIPT ORDER for proceedings held on 06/23/2016 before Hon. William Alsup by U.S. Bancorp National Association, for Court Reporter Katherine Wyatt. (Luemers, Martha) (Filed on 6/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/24/2016) |
| 06/24/2016 | 280 | TRANSCRIPT ORDER for proceedings held on June 23, 2016 before Hon. William Alsup by Wells Fargo Bank, N.A., for Court Reporter Katherine Wyatt. (Powell, David) (Filed on 6/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/24/2016) |
| 06/24/2016 | 281 | **ORDER RE MOTIONS TO DISMISS FINDING AS MOOT 228 MOTION TO DISMISS; FINDING AS MOOT 231 MOTION TO DISMISS. (whalc2, COURT STAFF) (Filed on 6/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/24/2016)** |
| 06/24/2016 | 282 | **ORDER GRANTING 229 MOTION TO TRANSFER (as to American Express only) 256 . (whalc2, COURT STAFF) (Filed on 6/24/2016) Modified on 6/27/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 06/24/2016)** |
| 06/25/2016 | 283 | Transcript of Proceedings held on 6–23–16, before Judge William Alsup. Court Reporter/Transcriber Kathy Wyatt, telephone number 925–212–5224. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 267 Transcript Order ) Release of Transcript Restriction set for 9/23/2016. (Related documents(s) 267 ) (kpw, COURT STAFF) (Filed on 6/25/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/25/2016) |
| 06/27/2016 | 284 | Statement *DEFENDANTS SUBMISSION REGARDING PAYMENT CARD ANTITRUST LITIGATION* by Chase Bank USA, National Association. (Kennedy, Raoul) (Filed on 6/27/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/27/2016) |
| 06/27/2016 | 285 | Letter from Patrick J. Coughlin *with summary of pertinent antitrust cases against the payment card industry*. (Attachments: # 1 Exhibit 1–6, # 2 Exhibit 7, Part 1, # 3 Exhibit 7, Part 2, # 4 Exhibit 7, Part 3, # 5 Exhibit 8–15)(Coughlin, Patrick) (Filed on 6/27/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/27/2016) |
| 06/28/2016 | 287 | Statement re 284 Statement *DEFENDANTS SUPPLEMENTAL SUBMISSION REGARDING PAYMENT CARD ANTITRUST LITIGATION* by Chase Bank USA, National Association. (Kennedy, Raoul) (Filed on 6/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 06/28/2016) |
| 07/01/2016 | 288 | **ORDER APPROVING 264 STIPULATED PROTECTIVE ORDER SUBJECT TO STATED CONDITIONS.(whalc2, COURT STAFF) (Filed on 7/1/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/01/2016)** |
| 07/06/2016 | | Case has been opened in Southern District of New York as case 1:16–cv–05338 re 282 (dtmS, COURT STAFF) (Filed on 7/6/2016) Modified on 7/6/2016 (dtmS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 07/06/2016) |
| 07/11/2016 | 289 | Statement re 285 Letter, *[Plaintiffs' Supplemental Submission Regarding Payment Card Antitrust Litigation]* by B & R Supermarket, Inc., Grove Liquors LLC. |

| | | (Attachments: # 1 Exhibit A)(Coughlin, Patrick) (Filed on 7/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/11/2016) |
|---|---|---|
| 07/15/2016 | 290 | MOTION to Intervene [Notice of Motion and Motion to Intervene Named Plaintiffs] filed by B & R Supermarket, Inc., Grove Liquors LLC. Motion Hearing set for 9/22/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 7/29/2016. Replies due by 8/5/2016. (Attachments: # 1 Proposed Order)(Coughlin, Patrick) (Filed on 7/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/15/2016) |
| 07/15/2016 | 291 | AMENDED COMPLAINT against American Express Company, Bank of America, N.A., Capital One Financial Corporation, Chase Bank USA, National Association, Citibank (South Dakota), N.A., Citibank, N.A., Discover Financial Services, EMVCo, LLC, Mastercard International Incorporated, PNC Bank, National Association, Visa USA, Inc., Visa, Inc., Wells Fargo Bank, N.A., U.S. Bank National Association. Filed byGrove Liquors LLC, B & R Supermarket, Inc., Strouk Group LLC d/b/a Monsieur Marcel, rue21, Inc., Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket. (Coughlin, Patrick) (Filed on 7/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/15/2016) |
| 07/15/2016 | 292 | EXHIBITS re 291 Amended Complaint,, *Exhibits A−D* filed byB & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel, rue21, Inc.. (Related document(s) 291 ) (Coughlin, Patrick) (Filed on 7/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/15/2016) |
| 07/15/2016 | 293 | Proposed Summons. (Coughlin, Patrick) (Filed on 7/15/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/15/2016) |
| 07/18/2016 | 294 | Summons Issued as to U.S. Bank National Association. (msr, COURT STAFF) (Filed on 7/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/18/2016) |
| 07/22/2016 | 295 | NOTICE of Voluntary Dismissal *against defendants Barclays Bank Delaware, U.S. Bancorp National Association and USAA Savings Bank* by B & R Supermarket, Inc., Grove Liquors LLC (Zohrabian, Armen) (Filed on 7/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/22/2016) |
| 07/26/2016 | 296 | STIPULATION WITH PROPOSED ORDER *Setting Briefing Schedule on Motions to Dismiss and Motion to Intervene [Local Rule 6−2]* filed by Visa USA, Inc., Visa, Inc.. (Mayo, Sharon) (Filed on 7/26/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/26/2016) |
| 07/26/2016 | 297 | Declaration of Sharon D. Mayo in Support of 296 STIPULATION WITH PROPOSED ORDER *Setting Briefing Schedule on Motions to Dismiss and Motion to Intervene [Local Rule 6−2]* filed byVisa USA, Inc., Visa, Inc.. (Related document(s) 296 ) (Mayo, Sharon) (Filed on 7/26/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/26/2016) |
| 07/27/2016 | 298 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−10639762.) filed by Mastercard International Incorporated. (Attachments: # 1 Certificate of Good Standing(Lighten, Adrienne) (Filed on 7/27/2016)[Transferred from California Northern on 5/5/2017.] (Entered: 07/27/2016) |
| 07/27/2016 | 299 | WAIVER OF SERVICE Returned Executed filed by Grove Liquors LLC, B & R Supermarket, Inc.. Service waived by U.S. Bank National Association waiver sent on 7/22/2016, answer due 9/20/2016. (Zohrabian, Armen) (Filed on 7/27/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/27/2016) |
| 07/28/2016 | 300 | **ORDER GRANTING 296 STIPULATION SETTING BRIEFING SCHEDULE.(whalc2, COURT STAFF) (Filed on 7/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/28/2016)** |
| 07/28/2016 | | Set/Reset Deadlines as to 290 MOTION to Intervene *[Notice of Motion and Motion to Intervene Named Plaintiffs]*. Responses due by 8/5/2016. Replies due by 8/23/2016. (whalc2, COURT STAFF) (Filed on 7/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 07/28/2016) |

| | | |
|---|---|---|
| 08/05/2016 | 301 | MOTION to Dismiss *BANK DEFENDANTS NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT, MOTION TO DISMISS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by Chase Bank USA, National Association. Motion Hearing set for 9/22/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 8/23/2016. Replies due by 9/2/2016. (Attachments: # 1 Proposed Order)(Kennedy, Raoul) (Filed on 8/5/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/05/2016) |
| 08/05/2016 | 302 | RESPONSE (re 290 MOTION to Intervene *[Notice of Motion and Motion to Intervene Named Plaintiffs]* ) *Defendant American Express Company's Opposition to Motion to Intervene Named Plaintiffs* filed byAmerican Express Company. (Attachments: # 1 Certificate/Proof of Service)(Wilson, Rowan) (Filed on 8/5/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/05/2016) |
| 08/05/2016 | 303 | MOTION to Dismiss *Amended Complaint and Memorandum of Points and Authorities In Support Thereof* filed by American Express Company, EMVCo, LLC, Mastercard International Incorporated, Visa USA, Inc., Visa, Inc.. Motion Hearing set for 9/22/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 8/23/2016. Replies due by 9/2/2016. (Attachments: # 1 Declaration of Craig A. Benson In Support Of Defendants American Express, Mastercard, Visa, and EMVCo's Motion to Dismiss Amended Complaint, # 2 Exhibit 1 to Benson Decl., # 3 Exhibit 2 to Benson Decl., # 4 Exhibit 3 to Benson Decl., # 5 Proposed Order Granting Defendants American Express, Mastercard, Visa, and EMVCo's Motion to Dismiss)(Gallo, Kenneth) (Filed on 8/5/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/05/2016) |
| 08/05/2016 | 304 | RESPONSE (re 290 MOTION to Intervene *[Notice of Motion and Motion to Intervene Named Plaintiffs]* ) filed byVisa USA, Inc., Visa, Inc.. (Mayo, Sharon) (Filed on 8/5/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/05/2016) |
| 08/05/2016 | 305 | MOTION to Dismiss *Plaintiffs' Amended Complaint and Memorandum of Points and Authorities in Support Thereof* filed by Discover Financial Services. Motion Hearing set for 9/22/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 8/23/2016. Replies due by 9/2/2016. (Attachments: # 1 Proposed Order)(Papez, Elizabeth) (Filed on 8/5/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/05/2016) |
| 08/11/2016 | 306 | **ORDER GRANTING 298 APPLICATION FOR PRO HAC VICE AS TO ADRIENNE J. LIGHTEN.(whalc2, COURT STAFF) (Filed on 8/11/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/11/2016)** |
| 08/16/2016 | 307 | STIPULATION WITH PROPOSED ORDER re 300 Order on Stipulation *[For Plaintiffs to Exceed Applicable Page Limitations]* filed by B & R Supermarket, Inc., Grove Liquors LLC. (Zohrabian, Armen) (Filed on 8/16/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/16/2016) |
| 08/18/2016 | 308 | MOTION to Compel *Arbitration and to Stay rue21's Claims Against Discovery Financial Services, and Memorandum of Points and Authorities in Support Thereof* filed by Discover Financial Services. Motion Hearing set for 9/22/2016 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 9/1/2016. Replies due by 9/8/2016. (Attachments: # 1 Proposed Order)(Papez, Elizabeth) (Filed on 8/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/18/2016) |
| 08/18/2016 | 309 | Declaration of GEORGE SAWERTAILO in Support of 308 MOTION to Compel *Arbitration and to Stay rue21's Claims Against Discovery Financial Services, and Memorandum of Points and Authorities in Support Thereof* filed byDiscover Financial Services. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Related document(s) 308 ) (Papez, Elizabeth) (Filed on 8/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/18/2016) |
| 08/19/2016 | 310 | STIPULATION WITH PROPOSED ORDER *[Stipulated [Proposed] Order Re: Discovery of Electronically Stored Information and Hard Copy Documents]* filed by B & R Supermarket, Inc., Grove Liquors LLC. (Attachments: # 1 Table 1)(Zohrabian, Armen) (Filed on 8/19/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/19/2016) |

| | | |
|---|---|---|
| 08/19/2016 | 311 | **ORDER RE REQUEST TO EXCEED PAGE LIMITS. Signed by Judge Alsup on 8/19/2016. (whalc2, COURT STAFF) (Filed on 8/19/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/19/2016)** |
| 08/19/2016 | 312 | Letter from Alexandra S. Bernay *regarding Discover Financial Services Motion to Compel Arbitration filed August 18, 2016.* (Bernay, Alexandra) (Filed on 8/19/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/19/2016) |
| 08/22/2016 | 313 | **Erroneous Entry––Please Ignore––See "Corrected" Entry Below** RESPONSE to re 312 Letter, 308 MOTION to Compel *Arbitration and to Stay rue21's Claims Against Discovery Financial Services, and Memorandum of Points and Authorities in Support Thereof,* 309 Declaration in Support, *Putative Intervenor rue21, Inc.'s August 19, 2016 Letter to the Court* by Discover Financial Services. (Attachments: # 1 Declaration of Jeanifer E. Parsigian, # 2 Exhibit A, # 3 Exhibit B)(Papez, Elizabeth) (Filed on 8/22/2016) Modified on 8/23/2016 (msr, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 08/22/2016) |
| 08/23/2016 | 314 | REPLY (re 290 MOTION to Intervene *[Notice of Motion and Motion to Intervene Named Plaintiffs]* ) filed byB & R Supermarket, Inc., Grove Liquors LLC. (Bernay, Alexandra) (Filed on 8/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/23/2016) |
| 08/23/2016 | 315 | RESPONSE to re 312 Letter, 308 MOTION to Compel *Arbitration and to Stay rue21's Claims Against Discovery Financial Services, and Memorandum of Points and Authorities in Support Thereof,* 309 Declaration in Support, 313 Response ( Non Motion ), *Putative Intervenor rue21, Inc.'s August 19, 2016 Letter to the Court CORRECTION OF DOCKET # 313* by Discover Financial Services. (Attachments: # 1 Declaration Jeanifer E. Parsigian, # 2 Exhibit A, # 3 Exhibit B)(Papez, Elizabeth) (Filed on 8/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/23/2016) |
| 08/23/2016 | 316 | RESPONSE (re 305 MOTION to Dismiss *Plaintiffs' Amended Complaint and Memorandum of Points and Authorities in Support Thereof,* 303 MOTION to Dismiss *Amended Complaint and Memorandum of Points and Authorities In Support Thereof,* 301 MOTION to Dismiss *BANK DEFENDANTS NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT, MOTION TO DISMISS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* ) *Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss* filed byB & R Supermarket, Inc., Grove Liquors LLC. (Coughlin, Patrick) (Filed on 8/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/23/2016) |
| 08/26/2016 | 317 | **ORDER REGARDING LETTER FROM PLAINTIFFS. Signed by Judge Alsup on 8/26/2016. (whalc2, COURT STAFF) (Filed on 8/26/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/26/2016)** |
| 08/29/2016 | 318 | **ORDER APPROVING 310 STIPULATION REGARDING ELECTRONICALLY STORED INFORMATION.(whalc2, COURT STAFF) (Filed on 8/29/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 08/29/2016)** |
| 09/01/2016 | 319 | RESPONSE (re 308 MOTION to Compel *Arbitration and to Stay rue21's Claims Against Discovery Financial Services, and Memorandum of Points and Authorities in Support Thereof* ) *Plaintiffs' Opposition to Defendant Discover Financial Services' Motion to Compel Arbitration* filed byB & R Supermarket, Inc., Grove Liquors LLC. (Bernay, Alexandra) (Filed on 9/1/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/01/2016) |
| 09/02/2016 | 320 | REPLY (re 301 MOTION to Dismiss *BANK DEFENDANTS NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT, MOTION TO DISMISS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* ) filed byChase Bank USA, National Association. (Kennedy, Raoul) (Filed on 9/2/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/02/2016) |
| 09/02/2016 | 321 | REPLY (re 303 MOTION to Dismiss *Amended Complaint and Memorandum of Points and Authorities In Support Thereof* ) filed byAmerican Express Company, EMVCo, LLC, Mastercard International Incorporated, Visa USA, Inc., Visa, Inc.. (Attachments: # 1 Declaration of Craig A. Benson in Support of Reply Memorandum in Support of Defendants American Express, Mastercard, Visa, and EMVCo's Motion to Dismiss |

| | | |
|---|---|---|
| | | Amended Complaint, # 2 Exhibit 1 to Benson Declaration, # 3 Exhibit 2 to Benson Declaration)(Gallo, Kenneth) (Filed on 9/2/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/02/2016) |
| 09/02/2016 | 322 | REPLY (re 305 MOTION to Dismiss *Plaintiffs' Amended Complaint and Memorandum of Points and Authorities in Support Thereof* ) filed byDiscover Financial Services. (Attachments: # 1 Declaration of Jeanifer E. Parsigian, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Papez, Elizabeth) (Filed on 9/2/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/02/2016) |
| 09/08/2016 | 323 | REPLY (re 308 MOTION to Compel *Arbitration and to Stay rue21's Claims Against Discovery Financial Services, and Memorandum of Points and Authorities in Support Thereof* ) filed byDiscover Financial Services. (Attachments: # 1 Declaration of Jeanifer E. Parsigian, # 2 Exhibit A to Declaration of Jeanifer E. Parsigian)(Papez, Elizabeth) (Filed on 9/8/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/08/2016) |
| 09/20/2016 | 324 | NOTICE by Chase Bank USA, National Association *OF INTENTION FOR YOUNG ATTORNEY TO PRESENT ORAL ARGUMENT IN SUPPORT OF BANK DEFENDANTS MOTION TO DISMISS AMENDED COMPLAINT* (Kennedy, Raoul) (Filed on 9/20/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/20/2016) |
| 09/22/2016 | 325 | NOTICE by Visa USA, Inc., Visa, Inc. *of Filing Transcript of Barclays Emerging Payments Conference Quoted by Plaintiffs* (Attachments: # 1 Exhibit A)(Mayo, Sharon) (Filed on 9/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/22/2016) |
| 09/22/2016 | 326 | NOTICE by B & R Supermarket, Inc., Grove Liquors LLC *of Submission of Visa, Inc. Transcript Provided to Court* (Attachments: # 1 Exhibit A – Visa, Inc. Transcript)(Coughlin, Patrick) (Filed on 9/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/22/2016) |
| 09/22/2016 | 327 | **Minute Entry for proceedings held before Hon. William Alsup: Motion Hearing held on 9/22/2016 re 290 , 301 , 303 , 305 , 308 . Motions taken under submission. Total Time in Court: 1:17. Court Reporter: Pamela Batalo.**<br>**Plaintiff Attorneys: Lawrence Goodman, John Devine, Armen Zohrabian, Carmen Medici, Patrick Coughlin, Alexandra Bernay.**<br>**Defendant Attorneys: Kenneth Gallo, Craig Benson, Catherine Yang, Adrienne Lighten, Evan Kreiner, Boris Bershteyn, Peter Greene, Leslie Kostyshak, Bruce Hoffman, Dennis Murphy, Paul Riehle, Robert Vizas, Sharon Mayo, Lauren Ross, Rowan Wilson, Richard Liu, Martha Luemers, Matthew Ralph, Benjamin Nagin, Penny Preovolos, Ashley Shively, David Powell, J. Brent Justus, Elizabeth Papez, Michael Bernacchi, Sean Meenan.**<br>**Attachment: Minute Order.(afmS, COURT STAFF) (Date Filed: 9/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/22/2016)** |
| 09/23/2016 | 328 | TRANSCRIPT ORDER for proceedings held on September 22, 2016 before Hon. William Alsup by B & R Supermarket, Inc., Grove Liquors LLC, for Court Reporter Pam Batalo. (Zohrabian, Armen) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 329 | TRANSCRIPT ORDER for proceedings held on 09/22/2016 before Hon. William Alsup by Discover Financial Services, for Court Reporter Pam Batalo. (Cook−Milligan, Dana) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 330 | TRANSCRIPT ORDER for proceedings held on 09−22−2016 before Hon. William Alsup by U.S. Bank National Association, for Court Reporter Pam Batalo. (Luemers, Martha) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 331 | TRANSCRIPT ORDER for proceedings held on 9/22/2016 before Hon. William Alsup by Chase Bank USA, National Association, for Court Reporter Pam Batalo. (Kennedy, Raoul) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |

| | | |
|---|---|---|
| 09/23/2016 | 332 | TRANSCRIPT ORDER for proceedings held on 09/22/2016 before Hon. William Alsup by Wells Fargo Bank, N.A., for Court Reporter Pam Batalo. (Powell, David) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 333 | TRANSCRIPT ORDER for proceedings held on 09/22/2016 before Hon. William Alsup by American Express Company, for Court Reporter Pam Batalo. (Wilson, Rowan) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 334 | TRANSCRIPT ORDER for proceedings held on 09/22/2016 before Hon. William Alsup by Visa USA, Inc., for Court Reporter Pam Batalo. (Mayo, Sharon) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 335 | TRANSCRIPT ORDER for proceedings held on 09−22−2016 before Hon. William Alsup by Bank of America, N.A., for Court Reporter Pam Batalo. (Preovolos, Penelope) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 336 | TRANSCRIPT ORDER for proceedings held on 09/22/2016 before Hon. William Alsup by EMVCo, LLC, for Court Reporter Pam Batalo. (Riehle, Paul) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 337 | TRANSCRIPT ORDER for proceedings held on September 22, 2016 before Hon. William Alsup by Citibank (South Dakota), N.A., Citibank, N.A., for Court Reporter Pam Batalo. (Nagin, Benjamin) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 338 | NOTICE by Mastercard International Incorporated *of Filing Blog Post Quoted by Plaintiffs and Transcript of Statements Underlying Same* (Attachments: # 1 Declaration of William Durbin, # 2 Exhibit 1, # 3 Exhibit 2)(Gallo, Kenneth) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 339 | TRANSCRIPT ORDER for proceedings held on 09/22/2016 before Hon. William Alsup by Capital One Financial Corporation, for Court Reporter Pam Batalo. (Kostyshak, Leslie) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/23/2016 | 340 | TRANSCRIPT ORDER for proceedings held on 9/22/2016 before Hon. William Alsup by Mastercard International Incorporated, for Court Reporter Pam Batalo. (Durbin, William) (Filed on 9/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/23/2016) |
| 09/26/2016 | 341 | TRANSCRIPT ORDER for proceedings held on 9/22/2016 before Hon. William Alsup by PNC Bank, National Association, for Court Reporter Pam Batalo. (Shively, Ashley) (Filed on 9/26/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/26/2016) |
| 09/26/2016 | 342 | Transcript of Proceedings held on 09/22/16, before Judge Alsup. Court Reporter Pamela A. Batalo, telephone number 626−688−7509;pamela_batalo@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 328 Transcript Order, 329 Transcript Order ) Redaction Request due 10/17/2016. Redacted Transcript Deadline set for 10/27/2016. Release of Transcript Restriction set for 12/27/2016. (Related documents(s) 328 , 329 ) (Batalo, Pam) (Filed on 9/26/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/26/2016) |
| 09/26/2016 | 343 | RESPONSE to re 338 Notice (Other), *Plaintiffs' Response to Defendant MasterCard's Notice of Filing Blog Post Quoted by Plaintiffs and Transcript of Statements Underlying Same* by B & R Supermarket, Inc., Grove Liquors LLC. (Coughlin, Patrick) (Filed on 9/26/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/26/2016) |

| | | |
|---|---|---|
| 09/27/2016 | 344 | Letter from Rowan D. Wilson *informing the Court of the Second Circuit's reversal of the Eastern District of New York's decision in United States v. Am. Express Co., 88 F. Supp. 3d 143 (E.D.N.Y. 2015)*. (Attachments: # 1 Exhibit 1, # 2 Certificate/Proof of Service)(Wilson, Rowan) (Filed on 9/27/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/27/2016) |
| 09/28/2016 | 345 | Letter from Patrick J. Coughlin *Responding to Letter from Rowan D. Wilson Informing the Court of the Second Circuit's Reversal of United States v. Am. Express Co.*. (Coughlin, Patrick) (Filed on 9/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/28/2016) |
| 09/30/2016 | 346 | **ORDER (1) GRANTING IN PART AND DENYING IN PART MOTIONS TO DISMISS; (2) GRANTING IN PART AND DENYING IN PART MOTION TO INTERVENE; (3) DENYING AS MOOT MOTION TO COMPEL ARBITRATION by Judge William Alsup 290 301 303 308 . (whalc2, COURT STAFF) (Filed on 9/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 09/30/2016)** |
| 10/07/2016 | 347 | STIPULATION WITH PROPOSED ORDER *Modifying Case Schedule Pursuant to Local Rules 6−1(b) and 6−2* filed by B & R Supermarket, Inc., Grove Liquors LLC. (Bernay, Alexandra) (Filed on 10/7/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 10/07/2016) |
| 10/12/2016 | 348 | **ORDER MODIFYING CASE SCHEDULE 347 by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 10/12/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 10/12/2016)** |
| 10/17/2016 | 349 | Letter from Rowan D. Wilson *Seeking Approval to File an Unopposed Motion to Sever and Transfer Monsieur Marcel's Claims Against American Express to the Southern District of New York*. (Wilson, Rowan) (Filed on 10/17/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 10/17/2016) |
| 10/18/2016 | 350 | **ORDER GRANTING LEAVE TO FILE MOTION. Signed by Judge Alsup on 10/18/2016. (whalc2, COURT STAFF) (Filed on 10/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 10/18/2016)** |
| 10/24/2016 | 351 | NOTICE of Change In Counsel by Richard Qiguang Liu *and Request for Removal from Docket* (Liu, Richard) (Filed on 10/24/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 10/24/2016) |
| 10/25/2016 | 352 | UNOPPOSED MOTION to Transfer Case Memorandum Of Points And Authorities In Support Thereof filed by American Express Company. Responses due by 11/8/2016. Replies due by 11/15/2016. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service)(Wilson, Rowan) (Filed on 10/25/2016) Modified on 10/26/2016 (ecgS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 10/25/2016) |
| 10/28/2016 | 353 | ANSWER to Amended Complaint byVisa USA, Inc., Visa, Inc.. (Vizas, Robert) (Filed on 10/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 10/28/2016) |
| 10/28/2016 | 354 | ANSWER to Amended Complaint byAmerican Express Company. (Wilson, Rowan) (Filed on 10/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 10/28/2016) |
| 10/28/2016 | 355 | ANSWER to Amended Complaint byMastercard International Incorporated. (Gallo, Kenneth) (Filed on 10/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 10/28/2016) |
| 10/28/2016 | 356 | ANSWER to Amended Complaint byDiscover Financial Services. (Papez, Elizabeth) (Filed on 10/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 10/28/2016) |
| 11/08/2016 | 357 | Discovery Letter Brief filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Medici, Carmen) (Filed on 11/8/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/08/2016) |

| | | |
|---|---|---|
| 11/09/2016 | 358 | **ORDER GRANTING 352 UNOPPOSED MOTION TO TRANSFER VENUE by Hon. William Alsup. The unopposed motion to transfer Monsieur Marcel's claims against it to the Southern District of New York is GRANTED. (whalc2, COURT STAFF) (Filed on 11/9/2016) Modified on 11/10/2016 (ecgS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 11/09/2016)** |
| 11/14/2016 | 359 | NOTICE of Appearance by Christopher James Steskal (Steskal, Christopher) (Filed on 11/14/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/14/2016) |
| 11/18/2016 | 360 | Discovery Letter Brief filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Medici, Carmen) (Filed on 11/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/18/2016) |
| 11/18/2016 | 361 | Declaration of Carmen A. Medici in Support of 360 Discovery Letter Brief, 357 Discovery Letter Brief filed byB & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Related document(s) 360 , 357 ) (Medici, Carmen) (Filed on 11/18/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/18/2016) |
| 11/21/2016 | 362 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10946403.) filed by American Express Company. (Attachments: # 1 Exhibit A Certificate of Good Standing)(Hernandez, Damaris) (Filed on 11/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/21/2016) |
| 11/21/2016 | 363 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–10946599.) filed by American Express Company. (Attachments: # 1 Exhibit A Certificate of Good Standing)(Docherty, Kelsie) (Filed on 11/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/21/2016) |
| 11/21/2016 | 364 | **ORDER GRANTING 363 APPLICATION FOR ADMISSION OF ATTORNEY KELSIE A. DOCHERTY PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 11/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/21/2016)** |
| 11/21/2016 | 365 | **ORDER GRANTING 362 APPLICATION FOR ADMISSION OF ATTORNEY DAMARIS HERNANDEZ PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 11/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/21/2016)** |
| 11/23/2016 | 366 | **ORDER SETTING HEARING RE PLAINTIFFS' DISCOVERY DISPUTES [re 361 Declaration in Support, filed by B & R Supermarket, Inc., Grove Liquors LLC, Strouk Group LLC d/b/a Monsieur Marcel, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, 360 Discovery Letter Brief filed by B & R Supermarket, Inc., Grove Liquors LLC, Strouk Group LLC d/b/a Monsieur Marcel, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, 357 Discovery Letter Brief filed by B & R Supermarket, Inc., Grove Liquors LLC, Strouk Group LLC d/b/a Monsieur Marcel, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket]. Responses due by NOON on 11/28/2016. Three–hour meet–and–confer in Court's jury from 10:00 AM––1:30 PM with 30 minutes lunch at noon) on 11/29/2016. Discovery Hearing set for 11/29/2016 01:30 PM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Signed by Judge William Alsup on 11/23/2016. (whasec, COURT STAFF) (Filed on 11/23/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/23/2016)** |
| 11/28/2016 | 367 | Letter Brief re 360 Discovery Letter Brief, 366 Order, 357 Discovery Letter Brief filed by American Express Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Certificate/Proof of Service)(Related document(s) 360 , 366 , 357 ) (Wilson, Rowan) (Filed on 11/28/2016) Modified on 11/29/2016 (ecgS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 11/28/2016) |

| | | |
|---|---|---|
| 11/28/2016 | 368 | **ORDER RE 357 360 PLAINTIFFS' DISCOVERY DISPUTES. Signed by Judge Alsup on 11/28/2016. (whalc2, COURT STAFF) (Filed on 11/28/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/28/2016)** |
| 11/30/2016 | | CASE REFERRED to Magistrate Judge Maria–Elena James for Discovery (ahm, COURT STAFF) (Filed on 11/30/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 11/30/2016) |
| 12/02/2016 | 369 | **ORDER re 360 Discovery Letter Brief filed by B & R Supermarket, Inc., Grove Liquors LLC, Strouk Group LLC d/b/a Monsieur Marcel, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, 357 Discovery Letter Brief filed by B & R Supermarket, Inc., Grove Liquors LLC, Strouk Group LLC d/b/a Monsieur Marcel, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket. (mejlc2S, COURT STAFF) (Filed on 12/2/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 12/02/2016)** |
| 12/05/2016 | 370 | **ORDER re 368 Order, Terminate Motions, Terminate Deadlines and Hearings, Order Referring Case to Magistrate Judge for Discovery. Signed by Magistrate Judge Maria–Elena James on 12/5/2016. (rmm2S, COURT STAFF) (Filed on 12/5/2016) (Additional attachment(s) added on 12/5/2016: # 1 Standing Order) (rmm2S, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 12/05/2016)** |
| 12/13/2016 | 371 | NOTICE of Change In Counsel by Erica M Connolly (Connolly, Erica) (Filed on 12/13/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 12/13/2016) |
| 12/13/2016 | 372 | NOTICE of Appearance by Stephanie Ilana Fine (Fine, Stephanie) (Filed on 12/13/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 12/13/2016) |
| 12/13/2016 | 373 | NOTICE of Change In Counsel by Erica M Connolly (Connolly, Erica) (Filed on 12/13/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 12/13/2016) |
| 12/13/2016 | 374 | NOTICE of Appearance by Stephanie Ilana Fine (Fine, Stephanie) (Filed on 12/13/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 12/13/2016) |
| 12/19/2016 | 375 | Letter from Alexandra S. Bernay and Rowan D. Wilson *(Joint) Concerning Topic 9 of Plaintiffs' 30(b)(6) Notice*. (Bernay, Alexandra) (Filed on 12/19/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 12/19/2016) |
| 12/19/2016 | 376 | Letter from Alexandra S. Bernay and Rowan D. Wilson *(Joint) Concerning the Transaction–Level Data (Request Nos. 5, 12, 13)*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Bernay, Alexandra) (Filed on 12/19/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 12/19/2016) |
| 12/21/2016 | 377 | **ORDER for Supplemental Briefing. Signed by Judge Maria–Elena James on 12/21/2016. (mejlc2S, COURT STAFF) (Filed on 12/21/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 12/21/2016)** |
| 12/22/2016 | 378 | NOTICE by Mastercard International Incorporated *NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES* (Taylor, Stephen) (Filed on 12/22/2016) [Transferred from California Northern on 5/5/2017.] (Entered: 12/22/2016) |
| 01/04/2017 | 379 | NOTICE by Visa USA, Inc., Visa, Inc. *of Change of Firm Name and Email Addresses* (Mayo, Sharon) (Filed on 1/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/04/2017) |
| 01/04/2017 | 380 | Letter from Alexandra S. Bernay and Rowan D. Wilson (joint) *re Topic 9 of Plaintiffs' 30 (b)(6) Notice*. (Bernay, Alexandra) (Filed on 1/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/04/2017) |
| 01/04/2017 | 381 | Letter from Alexandra S. Bernay and Rowan D. Wilson (joint) *re transaction–level data*. (Attachments: # 1 Exhibit 1 – Plaintiffs' First Request for Production of Documents, # 2 Exhibit 2 – Plaintiffs' Second Request for Production of Documents)(Bernay, Alexandra) (Filed on 1/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/04/2017) |

| 01/18/2017 | 382 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971–11084660.) filed by Discover Financial Services. (Attachments: # 1 Exhibit A)(Kessler, Jeffrey) (Filed on 1/18/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/18/2017) |
| 01/18/2017 | 383 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971–11084666.) filed by Discover Financial Services. (Attachments: # 1 Exhibit A)(Cole, Eva) (Filed on 1/18/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/18/2017) |
| 01/19/2017 | 384 | **Discovery Order re 375 , 376 . Motions terminated: 360 , 357 . Signed by Judge Maria–Elena James on 1/19/2017. (mejlc2S, COURT STAFF) (Filed on 1/19/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/19/2017)** |
| 01/19/2017 | 385 | **ORDER GRANTING 382 APPLICATION FOR ADMISSION OF ATTORNEY JEFFREY KESSLER PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 1/19/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/19/2017)** |
| 01/19/2017 | 386 | **ORDER GRANTING 383 APPLICATION FOR ADMISSION OF ATTORNEY EVA COLE PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 1/19/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/19/2017)** |
| 01/20/2017 | 387 | NOTICE by Mastercard International Incorporated *NOTICE OF NAME CHANGE* (Cauley, Cheryl) (Filed on 1/20/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/20/2017) |
| 01/30/2017 | 388 | ADMINISTRATIVE MOTION *for an Order Issuing Letter Rogatory and Appointing a Commissioner Pursuant to 28 U.S.C. § 1781 and the Hague Convention* filed by Mastercard International Incorporated. Responses due by 2/3/2017. (Attachments: # 1 Exhibit 1 to Administrative Motion, # 2 Exhibit 2 to Administrative Motion, # 3 Exhibit 3 to Administrative Motion, # 4 Exhibit 4 to Administrative Motion, # 5 Proposed Order)(Gallo, Kenneth) (Filed on 1/30/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 01/30/2017) |
| 02/03/2017 | 389 | Statement of Non–Opposition re 388 ADMINISTRATIVE MOTION *for an Order Issuing Letter Rogatory and Appointing a Commissioner Pursuant to 28 U.S.C. § 1781 and the Hague Convention* filed byB & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Related document(s) 388 ) (Medici, Carmen) (Filed on 2/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/03/2017) |
| 02/07/2017 | 390 | **ORDER RE 388 ADMINISTRATIVE MOTION TO ISSUE LETTER ROGATORY AND APPOINT COMMISSIONER. Signed by Judge Alsup on 2/7/2017. (whalc2, COURT STAFF) (Filed on 2/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/07/2017)** |
| 02/07/2017 | 391 | NOTICE of Change In Counsel by Damaris Hernandez *for Rowan D. Wilson and Request for Removal from Docket* (Hernandez, Damaris) (Filed on 2/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/07/2017) |
| 02/08/2017 | 392 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971–11139086.) filed by Mastercard International Incorporated. (Attachments: # 1 Certificate of Good Standing)(Parikh, Michelle) (Filed on 2/8/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/08/2017) |
| 02/08/2017 | 393 | AMENDED DOCUMENT *(Corrected Exhibit 1 to 388 Administrative Motion)* by Mastercard International Incorporated (Attachments: # 1 Proposed Order (Corrected))(Gallo, Kenneth) (Filed on 2/8/2017) Modified on 2/9/2017 (alsS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 02/08/2017) |
| 02/08/2017 | 394 | **ORDER GRANTING 392 APPLICATION FOR ADMISSION OF ATTORNEY MICHELLE PARIKH PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 2/8/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/08/2017)** |

| | | |
|---|---|---|
| 02/09/2017 | 395 | Proposed Order re 388 ADMINISTRATIVE MOTION *for an Order Issuing Letter Rogatory and Appointing a Commissioner Pursuant to 28 U.S.C. § 1781 and the Hague Convention (Reformatted)* by Mastercard International Incorporated. (Gallo, Kenneth) (Filed on 2/9/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/09/2017) |
| 02/09/2017 | 396 | **ORDER GRANTING 388 ADMINISTRATIVE MOTION TO ISSUE LETTER ROGATORY AND APPOINT COMMISSIONER by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 2/9/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/09/2017)** |
| 02/09/2017 | 397 | Letter Rogatory (re 396 ORDER GRANTING 388 ADMINISTRATIVE MOTION TO ISSUE LETTER ROGATORY AND APPOINT COMMISSIONER) (alsS, COURT STAFF) (Filed on 2/9/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/09/2017) |
| 02/10/2017 | 398 | MOTION for leave to appear in Pro Hac Vice *Submitted by Matthew A. Eisenstein* ( Filing fee $ 310, receipt number 0971–11146186.) filed by Visa USA, Inc., Visa, Inc.. (Attachments: # 1 Exhibit A)(Eisenstein, Matthew) (Filed on 2/10/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/10/2017) |
| 02/10/2017 | 399 | **ORDER GRANTING 398 APPLICATION FOR ADMISSION OF ATTORNEY MATTHEW EISENSTEIN PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 2/10/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/10/2017)** |
| 02/16/2017 | 400 | NOTICE of Change In Counsel by William Yates Durbin *and Request for Removal from Docket* (Durbin, William) (Filed on 2/16/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/16/2017) |
| 02/17/2017 | | Remark: Attorney William Y. Durbin terminated. (msr, COURT STAFF) (Filed on 2/17/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/17/2017) |
| 02/28/2017 | 401 | Letter from Lonnie A. Browne and Paul J. Riehle *(JOINT) re: Discovery Dispute between Plaintiffs and EMVCo*. (Browne, Lonnie) (Filed on 2/28/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/28/2017) |
| 02/28/2017 | 402 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971–11193030.) filed by Discover Financial Services. (Attachments: # 1 Exhibit A)(Herbison, James) (Filed on 2/28/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/28/2017) |
| 02/28/2017 | 403 | **ORDER GRANTING 402 APPLICATION FOR ADMISSION OF ATTORNEY JAMES HERBISON PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 2/28/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 02/28/2017)** |
| 03/01/2017 | 404 | **ORDER RE DISCLOSURE OF NON–PARTY INTERESTED ENTITIES OR PERSONS. Signed by Judge Alsup on 3/1/2017. (whalc2, COURT STAFF) (Filed on 3/1/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/01/2017)** |
| 03/01/2017 | 405 | Letter from Kenneth A. Gallo *to Court seeking approval to file Motion to Transfer*. (Gallo, Kenneth) (Filed on 3/1/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/01/2017) |
| 03/01/2017 | 406 | **Discovery Order re 401 . Signed by Judge Maria–Elena James on 3/1/2017. (mejlc2S, COURT STAFF) (Filed on 3/1/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/01/2017)** |
| 03/02/2017 | 407 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971–11198009.) filed by Mastercard International Incorporated. (Attachments: # 1 Certificate of Good Standing)(Valdivia, Diana) (Filed on 3/2/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/02/2017) |
| 03/02/2017 | 408 | **ORDER GRANTING 407 APPLICATION FOR ADMISSION OF ATTORNEY DIANA VALDIVIA PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/2/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/02/2017)** |

| | | |
|---|---|---|
| 03/02/2017 | 409 | RESPONSE to re 405 Letter *seeking approval to file Motion to Transfer* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Coughlin, Patrick) (Filed on 3/2/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/02/2017) |
| 03/02/2017 | 410 | Certificate of Interested Entities by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel *[SUPPLEMENTAL]* (Medici, Carmen) (Filed on 3/2/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/02/2017) |
| 03/02/2017 | 411 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971−11200778.) Filing fee previously paid on March 2, 2017 filed by American Express Company. (Attachments: # 1 Certificate of Good Standing)(Barbur, Peter) (Filed on 3/2/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/02/2017) |
| 03/03/2017 | 412 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971−11203140.) filed by American Express Company. (Attachments: # 1 Certificate of Good Standing)(Klein, Ali) (Filed on 3/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/03/2017) |
| 03/03/2017 | 413 | **ORDER DENYING 411 PRO HAC VICE APPLICATION by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/03/2017)** |
| 03/03/2017 | 414 | **ORDER DENYING 412 PRO HAC VICE APPLICATION by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/03/2017)** |
| 03/03/2017 | 415 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971−11200778.) Filing fee previously paid on March 2, 2017 filed by American Express Company. (Attachments: # 1 Certificate of Good Standing)(Barbur, Peter) (Filed on 3/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/03/2017) |
| 03/03/2017 | 416 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971−11203140.) Filing fee previously paid on March 3, 2017 filed by American Express Company. (Attachments: # 1 Certificate of Good Standing)(Klein, Ali) (Filed on 3/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/03/2017) |
| 03/03/2017 | 417 | **ORDER GRANTING 415 APPLICATION FOR ADMISSION OF ATTORNEY PETER BARBUR PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/03/2017)** |
| 03/03/2017 | 418 | **ORDER GRANTING 416 APPLICATION FOR ADMISSION OF ATTORNEY ALI KLEIN PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/03/2017)** |
| 03/07/2017 | 419 | MOTION for leave to appear in Pro Hac Vice *Submitted by Michael A. Rubin* ( Filing fee $ 310, receipt number 0971−11211128.) filed by Visa, Inc and Visa USA, Inc. (Rubin, Michael) (Filed on 3/7/2017) Modified on 3/7/2017 (alsS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 03/07/2017) |
| 03/07/2017 | 420 | **ORDER GRANTING 419 APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL RUBIN PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/07/2017)** |
| 03/09/2017 | 421 | MOTION for leave to appear in Pro Hac Vice *for Isaac D. Chaput* ( Filing fee $ 310, receipt number 0971−11220028.) filed by American Express Company. (Chaput, Isaac) (Filed on 3/9/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/09/2017) |

| 03/09/2017 | 422 | **ORDER GRANTING 421 APPLICATION FOR ADMISSION OF ATTORNEY ISAAC CHAPUT PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/9/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/09/2017)** |
|---|---|---|
| 03/09/2017 | 423 | **ORDER GRANTING 405 LEAVE TO FILE MOTION TO TRANSFER. Signed by Judge Alsup on 3/9/2017. Motion due by 3/27/2017. (whalc2, COURT STAFF) (Filed on 3/9/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/09/2017)** |
| 03/10/2017 | 424 | Administrative Motion to File Under Seal *Pursuant to Civil L.R. 7–11 and 7–5* filed by B & R Supermarket, Inc.. (Attachments: # 1 Declaration Declaration of Alexandra S. Bernay in Support of Plaintiffs' Administrative Motion to File Under Seal Pursuant to Civil L. R. 7–11 and 79–5, # 2 Proposed Order Proposed Order Granting Plaintiffs' Administrative Motion to File Under Seal, # 3 REDACTED– Plaintiffs' Notice of Motion for Class Certification, Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof, # 4 UNREDACTED – Plaintiffs' Notice of Motion for Class Certification, Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof, # 5 Exhibit 1–UNREDACTED, # 6 Exhibit 2–UNREDACTED, # 7 Exhibit 3–UNREDACTED, # 8 Exhibit 4–UNREDACTED, # 9 Exhibit 5–UNREDACTED, # 10 Exhibit 6–UNREDACTED, # 11 Exhibit 7–UNREDACTED, # 12 Exhibit 8–UNREDACTED, # 13 Exhibit 9–UNREDACTED, # 14 Exhibit 10–UNREDACTED, # 15 Exhibit 11–UNREDACTED, # 16 Exhibit 12–UNREDACTED, # 17 Exhibit 13–UNREDACTED, # 18 Exhibit 14–UNREDACTED, # 19 Exhibit 15–UNREDACTED, # 20 Exhibit 16–UNREDACTED, # 21 Exhibit 17–UNREDACTED, # 22 Exhibit 18–UNREDACTED, # 23 Exhibit 19–UNREDACTED, # 24 Exhibit 20–UNREDACTED, # 25 Exhibit 21–UNREDACTED, # 26 Exhibit 22–UNREDACTED, # 27 Exhibit 23–UNREDACTED, # 28 Exhibit 24–UNREDACTED, # 29 Exhibit 26–UNREDACTED, # 30 Exhibit 27–UNREDACTED, # 31 Exhibit 28–UNREDACTED, # 32 Exhibit 29–UNREDACTED)(Bernay, Alexandra) (Filed on 3/10/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/10/2017) |
| 03/10/2017 | 425 | MOTION for Class Certification filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. Motion Hearing set for 5/11/2017 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 3/24/2017. Replies due by 3/31/2017. (Attachments: # 1 Declaration Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Class Certification, # 2 Exhibit 1–24 UNDER SEAL, # 3 Exhibit 25, # 4 Exhibit 26–29–UNDER SEAL, # 5 Exhibit 30, # 6 Exhibit 31, # 7 Exhibit 32, # 8 Proposed Order Proposed Order Granting Plaintiffs' Motion for Class Certification)(Bernay, Alexandra) (Filed on 3/10/2017) Modified on 3/13/2017 (alsS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 03/10/2017) |
| 03/13/2017 | 426 | Declaration of D. Bruce Hoffman in Support of 424 Administrative Motion to File Under Seal *Pursuant to Civil L.R. 7–11 and 7–5* filed byCapital One Financial Corporation. (Related document(s) 424 ) (Hoffman, D.) (Filed on 3/13/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/13/2017) |
| 03/14/2017 | 427 | Declaration of Jennifer Goodfellow in Support of 424 Administrative Motion to File Under Seal *Pursuant to Civil L.R. 7–11 and 7–5* filed byMastercard International Incorporated. (Related document(s) 424 ) (Parikh, Michelle) (Filed on 3/14/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2017) |
| 03/14/2017 | 428 | Declaration of Billy Knupp in Support of 424 Administrative Motion to File Under Seal *Pursuant to Civil L.R. 7–11 and 7–5 Portions of Class Certification Motion* filed byVisa USA, Inc., Visa, Inc.. (Related document(s) 424 ) (Mayo, Sharon) (Filed on 3/14/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2017) |
| 03/14/2017 | 429 | Declaration of Kelsie Docherty in Support of 424 Administrative Motion to File Under Seal *Pursuant to Civil L.R. 7–11 and 7–5* filed byAmerican Express Company. (Related document(s) 424 ) (Docherty, Kelsie) (Filed on 3/14/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2017) |

| 03/14/2017 | 430 | RESPONSE to re 424 Administrative Motion to File Under Seal *Pursuant to Civil L.R. 7−11 and 7−5 RESPONSE OF NON−PARTY CHASE BANK USA, N.A. TO PLAINTIFFS ADMINISTRATIVE MOTION TO FILE UNDER SEAL* by Chase Bank USA, National Association. (Kennedy, Raoul) (Filed on 3/14/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2017) |
|---|---|---|
| 03/14/2017 | 431 | Declaration of Lisa Davis George in Support of 424 Administrative Motion to File Under Seal *Pursuant to Civil L.R. 7−11 and 7−5* filed byDiscover Financial Services. (Attachments: # 1 Proposed Order Granting in Part Plaintiffs' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7−11 and 79−5 as to Confidential Information of Discover Financial Services)(Related document(s) 424 ) (Parsigian, Jeanifer) (Filed on 3/14/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/14/2017) |
| 03/16/2017 | 432 | **ORDER RE 424 PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL. Signed by Judge Alsup on 3/16/2017. (whalc2, COURT STAFF) (Filed on 3/16/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/16/2017)** |
| 03/20/2017 | 433 | MOTION to Certify Class *Updated Pursuant to Dkt. No. 432* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. Motion Hearing set for 5/11/2017 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 4/7/2017. Replies due by 4/7/2017. (Attachments: # 1 Declaration of Alexandra S. Bernay in Support of Plaintiffs' Motion for Class Certification Updated Pursuant to Dkt. No. 432, # 2 Exhibit 1 (under seal), # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10 (under seal), # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13 (under seal), # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17 (under seal), # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23 (under seal), # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28 (under seal), # 30 Exhibit 29 (redacted), # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32)(Bernay, Alexandra) (Filed on 3/20/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/20/2017) |
| 03/20/2017 | 434 | Proposed Order re 433 MOTION to Certify Class *Updated Pursuant to Dkt. No. 432* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Bernay, Alexandra) (Filed on 3/20/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/20/2017) |
| 03/20/2017 | 435 | Proposed Order re 424 Administrative Motion to File Under Seal *Pursuant to Civil L.R. 7−11 and 7−5* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Bernay, Alexandra) (Filed on 3/20/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/20/2017) |
| 03/20/2017 | 436 | Administrative Motion to File Under Seal filed by Mastercard International Incorporated. (Attachments: # 1 Declaration of Michelle K. Parikh in Support of Defendants Mastercard and Visa's Administrative Motion to File Documents Under Seal, # 2 Exhibit A to Parikh Declaration, # 3 Exhibit B to Parikh Declaration, # 4 Exhibit C to Parikh Declaration, # 5 Proposed Order, # 6 Unredacted Version of Motion to Transfer, # 7 Redacted Version of Motion to Transfer, # 8 Unredacted Exhibit 1 to Motion to Transfer Declaration, # 9 Redacted Exhibit 1 to Motion to Transfer Declaration, # 10 Unredacted Exhibit 2 to Motion to Transfer Declaration, # 11 Redacted Exhibit 2 to Motion to Transfer Declaration, # 12 Unredacted Exhibit 3 to Motion to Transfer Declaration, # 13 Redacted Exhibit 3 to Motion to Transfer Declaration, # 14 Unredacted Exhibit 4 to Motion to Transfer Declaration, # 15 Redacted Exhibit 4 to Motion to Transfer Declaration)(Parikh, Michelle) (Filed on 3/20/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/20/2017) |
| 03/20/2017 | 437 | MOTION to Transfer Case *to the Eastern District of New York or Stay This Action* filed by Mastercard International Incorporated. Motion Hearing set for 4/27/2017 08:00 AM in Courtroom 8, 19th Floor, San Francisco before Hon. William Alsup. Responses due by 4/3/2017. Replies due by 4/10/2017. (Attachments: # 1 Declaration of Michelle Parikh in Support of Defendants Mastercard and Visa's Motion to |

| | | |
|---|---|---|
| | | Transfer, # 2 Exhibit 1 (Under Seal), # 3 Exhibit 2 (Under Seal), # 4 Exhibit 3 (Under Seal), # 5 Exhibit 4 (Under Seal), # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Proposed Order, # 19 Certificate/Proof of Service)(Gallo, Kenneth) (Filed on 3/20/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/20/2017) |
| 03/21/2017 | 438 | **ORDER GRANTING 424 ADMINISTRATIVE MOTION TO FILE UNDER SEAL by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/21/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2017)** |
| 03/21/2017 | 439 | CERTIFICATE OF SERVICE by Mastercard International Incorporated (Gallo, Kenneth) (Filed on 3/21/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2017) |
| 03/21/2017 | 440 | CERTIFICATE OF SERVICE by Mastercard International Incorporated (Gallo, Kenneth) (Filed on 3/21/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/21/2017) |
| 03/27/2017 | 441 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971–11264061.) filed by Mastercard International Incorporated. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing)(Weingarten, Ross) (Filed on 3/27/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/27/2017) |
| 03/28/2017 | 442 | **ORDER GRANTING 441 APPLICATION FOR ADMISSION OF ATTORNEY ROSS WEINGARTEN PRO HAC VICE by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 3/28/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2017)** |
| 03/28/2017 | 443 | Letter from Discover Financial Services *Letter from Eva W. Cole to Court seeking approval to file Motion to Strike Testimony of Professor Micah S. Officer*. (Cole, Eva) (Filed on 3/28/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/28/2017) |
| 03/30/2017 | 444 | Letter from Alexandra S. Bernay *responding to letter seeking approval to file Motion to Strike (Dkt. No. 443)*. (Bernay, Alexandra) (Filed on 3/30/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 03/30/2017) |
| 04/03/2017 | 445 | Administrative Motion to File Under Seal filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Declaration in Support of Administrative Motion to File Under Seal, # 2 Proposed Order Granting Plaintiffs' Administrative Motion to File Under Seal, # 3 REDACTED version of Plaintiffs' Opposition to Defendants Mastercard and Visa's Motion to Transfer to the Eastern District of New York or to Stay This Action, # 4 UNREDACTED version of Plaintiffs' Opposition to Defendants Mastercard and Visa's Motion to Transfer to the Eastern District of New York or to Stay This Action, # 5 UNREDACTED version of Exhibit 1 to Opposition to Motion to Transfer Declaration, # 6 UNREDACTED version of Exhibit 2 to Opposition to Motion to Transfer Declaration, # 7 UNREDACTED version of Exhibit 6 to Opposition to Motion to Transfer Declaration, # 8 UNREDACTED version of Exhibit 9 to Opposition to Motion to Transfer Declaration)(Bernay, Alexandra) (Filed on 4/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/03/2017) |
| 04/03/2017 | 446 | OPPOSITION/RESPONSE (re 437 MOTION to Transfer Case *to the Eastern District of New York or Stay This Action* ) *[REDACTED]* filed byB & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Declaration of Alexandra S. Bernay in Support of Plaintiffs' Opposition to Defendants' Motion to Transfer or Stay, # 2 Exhibit 1 (under seal), # 3 Exhibit 2 (under seal), # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6 (under seal), # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9 (under seal), # 11 Exhibit 10)(Coughlin, Patrick) (Filed on 4/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/03/2017) |
| 04/03/2017 | 447 | CERTIFICATE OF SERVICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Bernay, Alexandra) (Filed on 4/3/2017) |

| | | |
|---|---|---|
| | | [Transferred from California Northern on 5/5/2017.] (Entered: 04/03/2017) |
| 04/03/2017 | 448 | **ORDER DENYING 443 LEAVE TO FILE MOTION TO STRIKE. Signed by Judge Alsup on 4/3/2017. (whalc2S, COURT STAFF) (Filed on 4/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/03/2017)** |
| 04/03/2017 | 449 | Administrative Motion to File Under Seal filed by Discover Financial Services. (Attachments: # 1 Declaration of Jeanifer E. Parsigian in Support of Motion to Seal, # 2 Proposed Order Granting Motion to Seal, # 3 Redacted Version of Statement of Non–Opposition to Motion to Transfer, # 4 Unredacted Version of Statement of Non–Opposition to Motion to Transfer)(Papez, Elizabeth) (Filed on 4/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/03/2017) |
| 04/03/2017 | 450 | Statement of Non–Opposition re 437 MOTION to Transfer Case *to the Eastern District of New York or Stay This Action* filed byDiscover Financial Services. (Related document(s) 437 ) (Papez, Elizabeth) (Filed on 4/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/03/2017) |
| 04/03/2017 | 451 | CERTIFICATE OF SERVICE by Discover Financial Services re 449 Administrative Motion to File Under Seal (Parsigian, Jeanifer) (Filed on 4/3/2017) [Transferred from California Northern on 5/5/2017] (Entered: 04/03/2017) |
| 04/06/2017 | 452 | Administrative Motion to File Under Seal filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Declaration in Support of Administrative Motion to File Under Seal, # 2 Proposed Order Granting Plaintiffs' Administrative Motion to File Under Seal, # 3 REDACTED version of Plaintiffs' April 6, 2017 letter, # 4 UNREDACTED version of Plaintiffs' April 6, 2017 letter)(Bernay, Alexandra) (Filed on 4/6/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/06/2017) |
| 04/06/2017 | 453 | Letter from Patrick Coughlin *[redacted] requesting leave to file a response*. (Coughlin, Patrick) (Filed on 4/6/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/06/2017) |
| 04/06/2017 | 454 | CERTIFICATE OF SERVICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel re 452 Administrative Motion to File Under Seal (Bernay, Alexandra) (Filed on 4/6/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/06/2017) |
| 04/07/2017 | 455 | **ORDER RE 436 445 449 452 ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL IN CONNECTION WITH 437 MOTION TO TRANSFER. Signed by Judge Alsup on 4/7/2017. Show Cause Response due by 4/13/2017. (whalc2, COURT STAFF) (Filed on 4/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2017)** |
| 04/07/2017 | 456 | NOTICE of Appearance by Thomas Edward Egler (Egler, Thomas) (Filed on 4/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2017) |
| 04/07/2017 | 457 | NOTICE of Appearance by Eugene Mikolajczyk (Mikolajczyk, Eugene) (Filed on 4/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2017) |
| 04/07/2017 | 458 | Administrative Motion to File Under Seal filed by Mastercard International Incorporated. (Attachments: # 1 Declaration of Michelle K. Parikh, # 2 Declaration of Jennifer Goodfellow, # 3 Declaration of Stephanie Ericksen, # 4 Declaration of Lisa Davis George, # 5 Declaration of Jonathan Lutinski, # 6 Proposed Order, # 7 Redacted Defendants' Opposition to Class Certification Motion, # 8 Unredacted Defendants' Opposition to Class Certification Motion, # 9 Exhibit 1 – Under Seal, # 10 Exhibit 1 – Unredacted, # 11 Exhibit 7 – Under Seal, # 12 Exhibit 7 – Unredacted, # 13 Exhibit 8 – Under Seal, # 14 Exhibit 8 – Unredacted, # 15 Exhibit 9 – Under Seal, # 16 Exhibit 9 – Unredacted, # 17 Exhibit 10 – Under Seal, # 18 Exhibit 10 – Unredacted, # 19 Exhibit 11 – Under Seal, # 20 Exhibit 11 – Unredacted, # 21 Exhibit 12 – Under Seal, # 22 Exhibit 12 – Unredacted, # 23 Exhibit 13 – Under Seal, # 24 Exhibit 13 – Unredacted, # 25 Exhibit 14 – Under Seal, # 26 Exhibit 14 – Unredacted, # 27 Exhibit 20 – Under Seal, # 28 Exhibit 20 – Unredacted, # 29 Exhibit 21 – Under Seal, # 30 Exhibit 21 – Unredacted, # 31 Exhibit 22 – Under Seal, # 32 Exhibit 22 – Unredacted, |

| | | |
|---|---|---|
| | | # 33 Exhibit 23 – Under Seal, # 34 Exhibit 23 – Unredacted)(Parikh, Michelle) (Filed on 4/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2017) |
| 04/07/2017 | 459 | Additional Exhibits to Docket No. 458 Administrative Motion to File Under Seal, filed by Mastercard International Incorporated. (Attachments: # 1 Exhibit 27 – Under Seal, # 2 Exhibit 27 – Unredacted, # 3 Exhibit 29 – Under Seal, # 4 Exhibit 29 – Unredacted, # 5 Exhibit 33 – Under Seal, # 6 Exhibit 33 – Unredacted, # 7 Exhibit 37 – Under Seal, # 8 Exhibit 37 – Unredacted, # 9 Exhibit 40 – Under Seal, # 10 Exhibit 40 – Unredacted, # 11 Exhibit 41 – Under Seal, # 12 Exhibit 41 – Unredacted, # 13 Exhibit 42 – Under Seal, # 14 Exhibit 42 – Unredacted, # 15 Exhibit 45 – Under Seal, # 16 Exhibit 45 – Unredacted, # 17 Exhibit 46 – Under Seal, # 18 Exhibit 46 – Unredacted, # 19 Exhibit 54 – Under Seal, # 20 Exhibit 54 – Unredacted, # 21 Exhibit 56 – Under Seal, # 22 Exhibit 56 – Unredacted)(Parikh, Michelle) (Filed on 4/7/2017) Modified on 4/14/2017 (alsS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2017) |
| 04/07/2017 | 460 | OPPOSITION/RESPONSE (re 433 MOTION to Certify Class *Updated Pursuant to Dkt. No. 432* ) filed byMastercard International Incorporated. (Attachments: # 1 Declaration of Michelle K. Parikh in Opposition to Plaintiffs' Motion for Class Certification, *** # 2 Exhibit 1 DOCUMENT LOCKED AT FILER'S REQUEST. DOCUMENT TO BE REFILED LATER. *** , # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, *** # 11 Exhibit 10 DOCUMENT LOCKED AT FILER'S REQUEST. DOCUMENT TO BE REFILED LATER. *** , # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35)(Gallo, Kenneth) (Filed on 4/7/2017) Modified on 4/11/2017 (ewn, COURT STAFF). Modified on 4/12/2017 (ewn, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2017) |
| 04/07/2017 | 461 | EXHIBITS re 460 Opposition/Response to Motion,,, *Additional Exhibits to Declaration of Michelle K. Parikh in Support of Defendants' Opposition to Class Certification Motion* filed byMastercard International Incorporated. (Attachments: # 1 Exhibit 36, # 2 Exhibit 37, # 3 Exhibit 38, # 4 Exhibit 39, # 5 Exhibit 40, # 6 Exhibit 41, # 7 Exhibit 42, # 8 Exhibit 43, # 9 Exhibit 44, # 10 Exhibit 45, # 11 Exhibit 46, # 12 Exhibit 47, # 13 Exhibit 48, # 14 Exhibit 49, # 15 Exhibit 50, # 16 Exhibit 51, # 17 Exhibit 52, # 18 Exhibit 53, # 19 Exhibit 54, # 20 Exhibit 55, # 21 Exhibit 56)(Related document(s) 460 ) (Gallo, Kenneth) (Filed on 4/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2017) |
| 04/07/2017 | 462 | CERTIFICATE OF SERVICE by Mastercard International Incorporated (Attachments: # 1 Attachment A to Proof of Service)(Parikh, Michelle) (Filed on 4/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2017) |
| 04/07/2017 | 463 | OPPOSITION/RESPONSE (re 433 MOTION to Certify Class *Updated Pursuant to Dkt. No. 432* ) filed byAmerican Express Company. (Barbur, Peter) (Filed on 4/7/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/07/2017) |
| 04/08/2017 | 464 | CERTIFICATE OF SERVICE by Mastercard International Incorporated (Gallo, Kenneth) (Filed on 4/8/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/08/2017) |
| 04/10/2017 | 465 | NOTICE by Visa USA, Inc., Visa, Inc. *and Mastercard of Non−Objection to Plaintiffs' Response* (Mayo, Sharon) (Filed on 4/10/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/10/2017) |
| 04/10/2017 | 466 | RESPONSE to re 453 Letter by Discover Financial Services. (Papez, Elizabeth) (Filed on 4/10/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/10/2017) |
| 04/10/2017 | 467 | REPLY (re 437 MOTION to Transfer Case *to the Eastern District of New York or Stay This Action* ) filed byVisa USA, Inc., Visa, Inc.. (Attachments: # 1 Declaration of Michelle K. Parikh, # 2 Exhibit 1 to Parikh Declaration, # 3 Exhibit 2 to Parikh Declaration, # 4 Exhibit 3 to Parikh Declaration, # 5 Exhibit 4 to Parikh |

| | | |
|---|---|---|
| | | Declaration)(Mayo, Sharon) (Filed on 4/10/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/10/2017) |
| 04/11/2017 | 468 | Declaration of Armen Zohrabian in Support of 459 Administrative Motion to File Under Seal *Additional Exhibits to Docket No. 458*, 458 Administrative Motion to File Under Seal filed byB & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Related document(s) 459 , 458 ) (Zohrabian, Armen) (Filed on 4/11/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2017) |
| 04/11/2017 | 469 | Declaration of Joe Myers in Support of 458 Administrative Motion to File Under Seal filed byElavon, Inc.. (Related document(s) 458 ) (Luemers, Martha) (Filed on 4/11/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2017) |
| 04/11/2017 | 470 | Declaration of CONOR M. SHAFFER in Support of 458 Administrative Motion to File Under Seal *(In Partial Support)* filed byPNC Bank, National Association. (Related document(s) 458 ) (Shively, Ashley) (Filed on 4/11/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2017) |
| 04/11/2017 | 471 | MOTION to Remove Incorrectly Filed Document *Exhibit 10 to Declaration of Michelle K. Parikh in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification'* filed by Mastercard International Incorporated. (Attachments: # 1 Proposed Order)(Parikh, Michelle) (Filed on 4/11/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2017) |
| 04/11/2017 | 472 | EXHIBITS re 458 Administrative Motion to File Under Seal *: Corrected Exhibit 10 to Declaration of Michelle K. Parikh in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification* filed byMastercard International Incorporated. (Attachments: # 1 Exhibit 10 – Filed Under Seal, # 2 Exhibit 10 – Redacted Version)(Related document(s) 458 ) (Parikh, Michelle) (Filed on 4/11/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2017) |
| 04/11/2017 | 473 | CERTIFICATE OF SERVICE by Mastercard International Incorporated (Parikh, Michelle) (Filed on 4/11/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2017) |
| 04/11/2017 | 474 | Declaration of BORIS BERSHTEYN in Support of 458 Administrative Motion to File Under Seal filed byChase Bank USA, National Association. (Related document(s) 458 ) (Bershteyn, Boris) (Filed on 4/11/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/11/2017) |
| 04/12/2017 | 475 | CERTIFICATE OF SERVICE by Mastercard International Incorporated (Parikh, Michelle) (Filed on 4/12/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/12/2017) |
| 04/12/2017 | 476 | ADMINISTRATIVE MOTION to Extend Time for Non–Party Bank of America re 458 Administrative Motion to File Under Seal filed by Mastercard International Incorporated. Responses due by 4/17/2017. (Attachments: # 1 Proposed Order)(Parikh, Michelle) (Filed on 4/12/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/12/2017) |
| 04/12/2017 | 477 | CERTIFICATE OF SERVICE by Mastercard International Incorporated (Parikh, Michelle) (Filed on 4/12/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/12/2017) |
| 04/12/2017 | 478 | Declaration of Natalie Fleming Nolen in Partial Support of 459 Administrative Motion to File Under Seal, filed by Bank of America, N.A. (Related document(s) 459 ) (Laks, Alexandra) (Filed on 4/12/2017) Modified on 4/13/2017 (alsS, COURT STAFF). [Transferred from California Northern on 5/5/2017.] (Entered: 04/12/2017) |
| 04/12/2017 | 479 | **ORDER GRANTING 453 LEAVE TO RESPOND TO 450 STATEMENT OF NON–OPPOSITION. Signed by Judge Alsup on 4/12/2017. (whalc2, COURT STAFF) (Filed on 4/12/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/12/2017)** |
| 04/13/2017 | 480 | EXHIBITS re 436 Administrative Motion to File Under Seal *Defendants Mastercard and Visa's Response to Court's Order to Show Cause and Amended Administrative Motion to File Under Seal* filed byMastercard International Incorporated. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Declaration of Michelle K. Parikh, # 2 Exhibit A to Parikh Declaration, # 3 Exhibit B to Parikh Declaration, # 4 Exhibit C to Parikh Declaration, # 5 Declaration of Jennifer Goodfellow, # 6 Declaration of Billy Knupp, # 7 Proposed Order, # 8 Exhibit Amended Sealed Version of Exhibit 3 to the Parikh Transfer Declaration, # 9 Exhibit Amended Redacted Version of Exhibit 3 to the Parikh Transfer Declaration, # 10 Exhibit Amended Sealed Version of Exhibit 4 to the Parikh Transfer Declaration, # 11 Exhibit Amended Redacted Version of Exhibit 4 to the Parikh Transfer Declaration)(Related document(s) 436 ) (Parikh, Michelle) (Filed on 4/13/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/13/2017) |
| 04/13/2017 | 481 | Response to Order to Show Cause 455 Order to Show Cause, 445 Administrative Motion to File Under Seal , 452 Administrative Motion to File Under Seal byB & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Declaration of Armen Zohrabian, # 2 Exhibit 1 to Declaration of Armen Zohrabian, # 3 Exhibit 2 to Declaration of Armen Zohrabian, # 4 Exhibit 3 to Declaration of Armen Zohrabian, # 5 Exhibit 4 to Declaration of Armen Zohrabian, # 6 Exhibit 5 to Declaration of Armen Zohrabian, # 7 Exhibit 6 to Declaration of Armen Zohrabian, # 8 Proposed Order)(Zohrabian, Armen) (Filed on 4/13/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/13/2017) |
| 04/13/2017 | 482 | RESPONSE to re 455 Order to Show Cause by Discover Financial Services. (Attachments: # 1 Exhibit A)(Papez, Elizabeth) (Filed on 4/13/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/13/2017) |
| 04/14/2017 | 483 | MOTION to Remove Incorrectly Filed Document *Exhibit 1 to Declaration of Michelle K. Parikh in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification* filed by Mastercard International Incorporated. (Attachments: # 1 Declaration of Jeanifer E. Parsigian, # 2 Proposed Order)(Parikh, Michelle) (Filed on 4/14/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2017) |
| 04/14/2017 | 484 | EXHIBITS re 458 Administrative Motion to File Under Seal *Corrected Exhibit 1 to Declaration of Michelle K. Parikh in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification* filed byMastercard International Incorporated. (Attachments: # 1 Exhibit 1 – Redacted Public Version of Kaplan Report, # 2 Exhibit 1 – Sealed Version of Kaplan Report)(Related document(s) 458 ) (Parikh, Michelle) (Filed on 4/14/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2017) |
| 04/14/2017 | 485 | **ORDER GRANTING 436 ADMINISTRATIVE MOTION TO FILE UNDER SEAL (as amended by 480 ) by Hon. William Alsup. (whalc2S, COURT STAFF) (Filed on 4/14/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/14/2017)** |
| 04/17/2017 | 486 | Administrative Motion to File Under Seal filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Declaration of Alexandra S. Bernay in Support of Plaintiffs' Administrative Motion to File Under Seal, # 2 Proposed Order Granting Plaintiffs' Administrative Motion to File Under Seal, # 3 REDACTED version of Plaintiffs' Response to Defendant Discover Financial Services' Statement of Non–Opposition, # 4 UNREDACTED version of Plaintiffs' Response to Defendant Discover Financial Services' Statement of Non–Opposition)(Bernay, Alexandra) (Filed on 4/17/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/17/2017) |
| 04/17/2017 | 487 | RESPONSE to re 450 Statement of Non–Opposition by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Declaration of Alexandra S. Bernay in Support of Plaintiffs' Response to Defendant Discover Financial Services' Statement of Non–Opposition, # 2 Exhibit 1 to Declaration of Alexandra S. Bernay, # 3 Exhibit 2 to Declaration of Alexandra S. Bernay)(Coughlin, Patrick) (Filed on 4/17/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/17/2017) |
| 04/17/2017 | 488 | CERTIFICATE OF SERVICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel re 486 Administrative Motion to File Under Seal |

| | | |
|---|---|---|
| | | (Bernay, Alexandra) (Filed on 4/17/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/17/2017) |
| 04/18/2017 | 489 | Letter from Craig A. Benson *to the Court requesting permission to conduct a limited evidentiary hearing on May 11, 2017*. (Benson, Craig) (Filed on 4/18/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/18/2017) |
| 04/19/2017 | 490 | Response re 489 Letter *to the Court re: a limited evidentiary hearing on May 11, 2017* byB & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Bernay, Alexandra) (Filed on 4/19/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/19/2017) |
| 04/24/2017 | 491 | Administrative Motion to File Under Seal filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Declaration of Patrick J. Coughlin in Support of Plaintiffs' Administrative Motion to File Under Seal, # 2 Proposed Order Granting Plaintiffs' Administrative Motion to File Under Seal, # 3 REDACTED version of Exhibit 1 to Plaintiffs' Non–Opposition, # 4 UNREDACTED version of Exhibit 1 to Plaintiffs' Non–Opposition)(Coughlin, Patrick) (Filed on 4/24/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/24/2017) |
| 04/24/2017 | 492 | Statement of Non–Opposition re 437 MOTION to Transfer Case *to the Eastern District of New York or Stay This Action* filed byB & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel.. (Attachments: # 1 Declaration of Patrick J. Coughlin in Support of Plaintiffs' Non–Opposition, # 2 Exhibit 1 to Declaration of Patrick J. Coughlin [under seal])(Related document(s) 437 ) (Coughlin, Patrick) (Filed on 4/24/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/24/2017) |
| 04/24/2017 | 493 | CERTIFICATE OF SERVICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel re 491 Administrative Motion to File Under Seal (Coughlin, Patrick) (Filed on 4/24/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/24/2017) |
| 04/25/2017 | 494 | **NOTICE RE HEARING ON 437 MOTION TO TRANSFER (re 492 ). Signed by Judge Alsup on 4/25/2017. (whalc2, COURT STAFF) (Filed on 4/25/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/25/2017)** |
| 04/27/2017 | 495 | TRANSCRIPT ORDER for proceedings held on 4/27/2017 before Hon. William Alsup by Mastercard International Incorporated, for Court Reporter Belle Ball. (Parikh, Michelle) (Filed on 4/27/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/27/2017) |
| 04/27/2017 | 496 | TRANSCRIPT ORDER for proceedings held on April 27, 2017 before Hon. William Alsup by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel, for Court Reporter Belle Ball. (Bernay, Alexandra) (Filed on 4/27/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/27/2017) |
| 04/27/2017 | 497 | TRANSCRIPT ORDER for proceedings held on 04/27/2017 before Hon. William Alsup by Bank of America, N.A., for Court Reporter Belle Ball. (Laks, Alexandra) (Filed on 4/27/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/27/2017) |
| 04/27/2017 | 498 | TRANSCRIPT ORDER for proceedings held on 04/27/2017 before Hon. William Alsup by Discover Financial Services, for Court Reporter Belle Ball. (Cook–Milligan, Dana) (Filed on 4/27/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/27/2017) |
| 04/27/2017 | 499 | TRANSCRIPT ORDER for proceedings held on 4/27/2017 before Hon. William Alsup by Visa USA, Inc., Visa, Inc., for Court Reporter Belle Ball. (Mayo, Sharon) (Filed on 4/27/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/27/2017) |

| | | |
|---|---|---|
| 04/27/2017 | 500 | TRANSCRIPT ORDER for proceedings held on 4/27/2017 before Hon. William Alsup by American Express Company, for Court Reporter Belle Ball. (Docherty, Kelsie) (Filed on 4/27/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/27/2017) |
| 04/27/2017 | 501 | **Minute Entry for proceedings held before Hon. William Alsup: Motion Hearing held on 4/27/2017 re 437 MOTION to Transfer Case *to the Eastern District of New York or Stay This Action* filed by Mastercard International Incorporated. Motion Taken Under Submission. Total Time in Court 27 minutes. Court Reporter Name Belle Ball. Plaintiff Attorney Alexandra Bernay; Armen Zohrabian; Patrick Coughlin; Carmen Medici. Defendant Attorney Robert Vizas; Sharon Mayo; Mark Merkey; Christopher Steskal; Craig Benson; Elizabeth Papez; Sean Meenan. This is a text–only Minute Entry (dl, COURT STAFF) (Date Filed: 4/27/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/28/2017)** |
| 04/28/2017 | 502 | Administrative Motion to File Under Seal filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Declaration Alexandra S. Bernay re Motion to File Under Seal, # 2 Proposed Order, # 3 REDACTED version of Plaintiffs' Reply in Support of Motion for Class Certification, # 4 UNREDACTED, highlighted version of Plaintiffs' Reply in Support of Motion for Class Certification, # 5 Declaration Declaration of Alexandra S. Bernay in Further Support of Plaintiffs' Motion for Class Certification, # 6 Exhibit REDACTED Exs. 33–36 to the Declaration of Alexandra S. Bernay in Further Support of Plaintiffs' Motion for Class Certification, # 7 Exhibit UNREDACTED Ex. 33 – Officer Rebuttal Report, # 8 Exhibit UNREDACTED Ex. 34 – VISA–BR1–00054804, # 9 Exhibit UNREDACTED Ex. 35 – VISA–BR1–00055372, # 10 Exhibit UNREDACTED Ex. 36 – Kaplan depo excerpts)(Bernay, Alexandra) (Filed on 4/28/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/28/2017) |
| 04/28/2017 | 503 | REPLY (re 433 MOTION to Certify Class *Updated Pursuant to Dkt. No. 432* ) filed byB & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Declaration REDACTED version of Alexandra S. Bernay in Further Support of Plaintiffs' Motjion for Class Certification, # 2 Exhibit REDACTED version of Exs. 33–36 to Bernay Declaration)(Bernay, Alexandra) (Filed on 4/28/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/28/2017) |
| 04/28/2017 | 504 | CERTIFICATE OF SERVICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel re 502 Administrative Motion to File Under Seal (Bernay, Alexandra) (Filed on 4/28/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 04/28/2017) |
| 05/02/2017 | 505 | TRANSCRIPT ORDER for proceedings held on April 27, 2017 before Hon. William Alsup by Citibank (South Dakota), N.A., Citibank, N.A., for Court Reporter Belle Ball. (Nagin, Benjamin) (Filed on 5/2/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/02/2017) |
| 05/02/2017 | 506 | Declaration of Billy Knupp in Support of 502 Administrative Motion to File Under Seal *Portions of Plaintiffs' Reply in Support of Class Certification* filed byVisa USA, Inc., Visa, Inc.. (Related document(s) 502 ) (Mayo, Sharon) (Filed on 5/2/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/02/2017) |
| 05/02/2017 | 507 | Declaration of Lisa Davis George in Support of 502 Administrative Motion to File Under Seal filed byDiscover Financial Services. (Related document(s) 502 ) (Cook–Milligan, Dana) (Filed on 5/2/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/02/2017) |
| 05/02/2017 | 508 | Declaration of Jennifer Goodfellow in Support of 502 Administrative Motion to File Under Seal filed byMastercard International Incorporated. (Related document(s) 502 ) (Parikh, Michelle) (Filed on 5/2/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/02/2017) |

| | | |
|---|---|---|
| 05/03/2017 | <u>509</u> | Transcript of Proceedings held on April 27, 2017, before Judge William Alsup. Court Reporter Belle Ball, CSR, CRR, RDR, belle_ball@cand.uscourts.gov, telephone number (415)373−2529. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re <u>497</u> Transcript Order, <u>495</u> Transcript Order, <u>496</u> Transcript Order, <u>498</u> Transcript Order, <u>505</u> Transcript Order, <u>499</u> Transcript Order, <u>500</u> Transcript Order ) Release of Transcript Restriction set for 8/1/2017. (Related documents(s) <u>497</u> , <u>495</u> , <u>496</u> , <u>498</u> , <u>505</u> , <u>499</u> , <u>500</u> ) (Ball, Belle) (Filed on 5/3/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/03/2017) |
| 05/04/2017 | <u>510</u> | **ORDER GRANTING <u>445</u> <u>452</u> ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL by Judge Alsup. (whalc2, COURT STAFF) (Filed on 5/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/04/2017)** |
| 05/04/2017 | 511 | **ORDER DENYING AS MOOT <u>449</u> ADMINISTRATIVE MOTION TO FILE UNDER SEAL (pursuant to <u>482</u> ) by Hon. William Alsup. This is a text only docket entry. There is no document associated with this entry. (whalc2, COURT STAFF) (Filed on 5/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/04/2017)** |
| 05/04/2017 | <u>512</u> | **ORDER GRANTING <u>458</u> ADMINISTRATIVE MOTION TO FILE UNDER SEAL by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 5/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/04/2017)** |
| 05/04/2017 | <u>513</u> | **ORDER GRANTING <u>471</u> ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 5/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/04/2017)** |
| 05/04/2017 | <u>514</u> | **ORDER GRANTING <u>483</u> ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 5/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/04/2017)** |
| 05/04/2017 | <u>515</u> | **ORDER GRANTING <u>486</u> ADMINISTRATIVE MOTION TO FILE UNDER SEAL by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 5/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/04/2017)** |
| 05/04/2017 | <u>516</u> | **ORDER GRANTING <u>491</u> ADMINISTRATIVE MOTION TO FILE UNDER SEAL by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 5/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/04/2017)** |
| 05/04/2017 | <u>517</u> | **ORDER GRANTING <u>502</u> ADMINISTRATIVE MOTION TO FILE UNDER SEAL by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 5/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/04/2017)** |
| 05/04/2017 | <u>518</u> | **ORDER GRANTING <u>437</u> MOTION TO TRANSFER by Hon. William Alsup. (whalc2, COURT STAFF) (Filed on 5/4/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/04/2017)** |
| 05/05/2017 | | Case Transferred from California Northern to New York Eastern. (alsS, COURT STAFF) (Filed on 5/5/2017) [Transferred from California Northern on 5/5/2017.] (Entered: 05/05/2017) |
| 05/05/2017 | <u>519</u> | Case transferred in from District of California Northern; Case Number 3:16−cv−01150. Original file certified copy of transfer order and docket sheet received. (Entered: 05/05/2017) |
| 05/05/2017 | <u>520</u> | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may** |

| | | |
|---|---|---|
| | | **withhold your consent without adverse substantive consequences**. <span style="color:red">**Do NOT return or file the consent <u>unless</u> all parties have signed the consent.**</span> (Bowens, Priscilla) (Entered: 05/05/2017) |
| 05/05/2017 | | The case of **B&R Supermarket, Inc. et al v. Visa, Inc. et al**, has been transferred from **California Northern District** to the Eastern District of New York. The new case number is **17cv2738**. <br> PLEASE NOTE: if you plan to continue representing your client(s), you must be admitted to practice before this court. You must do so by applying for Pro Hac Vice or permanent admission. To apply for Pro Hac Vice admission, you must first register for an ECF login and password. Please visit the Court's website at www.nyed.uscourts.gov/attorney–admissions for guidance. Once registered, you must electronically file a Motion to Appear Pro Hac Vice. You must pay the required pro hac vice fee online. (Bowens, Priscilla) (Entered: 05/05/2017) |
| 05/16/2017 | <u>521</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9531788. for B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit, # <u>3</u> Certificate of Good Standing) (Bernay, Alexandra) (Entered: 05/16/2017) |
| 05/16/2017 | <u>522</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9531836. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit, # <u>3</u> Certificates of Good Standing) (Medici, Carmen) (Entered: 05/16/2017) |
| 05/16/2017 | <u>523</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9531885. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit, # <u>3</u> Certificate of Good Standing) (Mitchell, David) (Entered: 05/16/2017) |
| 05/16/2017 | <u>524</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9531905. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit, # <u>3</u> Certificate of Good Standing) (Browne, Lonnie) (Entered: 05/16/2017) |
| 05/16/2017 | <u>525</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9531930. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit, # <u>3</u> Certificate of Good Standing) (Zohrabian, Armen) (Entered: 05/16/2017) |
| 05/16/2017 | <u>526</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9531953. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit, # <u>3</u> Certificate of Good Standing) (Devine, John) (Entered: 05/16/2017) |
| 05/16/2017 | <u>527</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9531970. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit, # <u>3</u> Certificate of Good Standing) (Goodman, Lawrence) (Entered: 05/16/2017) |
| 05/16/2017 | <u>528</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9531996. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit, # <u>3</u> Certificate of Good Standing) (Kuntz, Robert) (Entered: 05/16/2017) |
| 05/17/2017 | <u>529</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9535331. by Citibank (South Dakota) N.A., Citibank N.A.. (Attachments: # <u>1</u> Affidavit of David F. Graham, # <u>2</u> Certificate of Good Standing, # <u>3</u> Proposed Order to Admit Counsel Pro Hac Vice) (Graham, David) (Entered: 05/17/2017) |

| 05/17/2017 | 530 | NOTICE of Appearance by Jeffery L. Kessler on behalf of Discover Financial Services (aty to be noticed) (Kessler, Jeffery) (Entered: 05/17/2017) |
|---|---|---|
| 05/17/2017 | 531 | NOTICE of Appearance by Eva W. Cole on behalf of Discover Financial Services (notification declined or already on case) (Cole, Eva) (Entered: 05/17/2017) |
| 05/17/2017 | 532 | NOTICE of Appearance by Johanna Rae Hudgens on behalf of Discover Financial Services (aty to be noticed) (Hudgens, Johanna) (Entered: 05/17/2017) |
| 05/17/2017 | 533 | Notice of MOTION for Leave to Appear Pro Hac Vice *by Elizabeth P. Papez,* Filing fee $ 150, receipt number 0207−9535819. by Discover Financial Services. (Attachments: # 1 Affidavit with Certificates, # 2 Proposed Order) (Papez, Elizabeth) (Entered: 05/17/2017) |
| 05/17/2017 | 534 | Notice of MOTION for Leave to Appear Pro Hac Vice *by Sean D. Meenan,* Filing fee $ 150, receipt number 0207−9535823. by Discover Financial Services. (Attachments: # 1 Affidavit with Certificate, # 2 Proposed Order) (Meenan, Sean) (Entered: 05/17/2017) |
| 05/17/2017 | 535 | Notice of MOTION for Leave to Appear Pro Hac Vice *by Jeanifer E. Parsigian,* Filing fee $ 150, receipt number 0207−9535825. by Discover Financial Services. (Attachments: # 1 Affidavit with Certificate, # 2 Proposed Order) (Parsigian, Jeanifer) (Entered: 05/17/2017) |
| 05/17/2017 | 536 | Notice of MOTION for Leave to Appear Pro Hac Vice *by Dana L. Cook−Milligan,* Filing fee $ 150, receipt number 0207−9535829. by Discover Financial Services. (Attachments: # 1 Affidavit with Certificate, # 2 Proposed Order) (Cook−Milligan, Dana) (Entered: 05/17/2017) |
| 05/18/2017 | | Email Notification Test − DO NOT REPLY (Levine, Evelyn) (Entered: 05/18/2017) |
| 05/19/2017 | 537 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207−9541071. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Certificate of Good Standing) (Del Gaizo, Gregory) (Entered: 05/19/2017) |
| 05/19/2017 | 538 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207−9541101. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Certificate of Good Standing) (Aguilar, George) (Entered: 05/19/2017) |
| 05/22/2017 | 539 | MOTION to Withdraw as Attorney *Penelope A. Preovolos* by Bank of America N.A.. (Attachments: # 1 Proposed Order) (Miller, Michael) (Entered: 05/22/2017) |
| 05/22/2017 | 540 | AFFIDAVIT/DECLARATION in Support re 539 MOTION to Withdraw as Attorney *Penelope A. Preovolos* filed by Bank of America N.A.. (Miller, Michael) (Entered: 05/22/2017) |
| 05/22/2017 | 541 | MOTION to Withdraw as Attorney *Alexandra E. Laks* by Bank of America N.A.. (Attachments: # 1 Proposed Order) (Miller, Michael) (Entered: 05/22/2017) |
| 05/22/2017 | 542 | AFFIDAVIT/DECLARATION in Support re 541 MOTION to Withdraw as Attorney *Alexandra E. Laks* filed by Bank of America N.A.. (Miller, Michael) (Entered: 05/22/2017) |
| 05/24/2017 | | ORDER granting (521, 522, 523, 524, 525, 526, 527, 528, 529, 533, 534, 535, 536, 537, 538 in CV 17−2738) Motions for Leave to Appear Pro Hac Vice −−− Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorneys Alexandra Bernay, Carmen Medici, David Mitchell, Lonnie Browne, Armen Zohrabian, John Devine, Lawrence Goodman, Robert Kuntz, David Graham, Elizabeth Papez, Sean Meenan, Jeanifer Parsigian, Dana Cook−Milligan, Gregory Del Gaizo, and George Aguilar are deemed admitted pro hac vice, and shall file a notices of appearance in the main docket (05−MD−1720 (MKB)) only. Ordered by Magistrate |

| | | |
|---|---|---|
| | | Judge James Orenstein on 5/24/2017. Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Guy, Alicia) (Entered: 05/24/2017) |
| 05/24/2017 | | ORDER granting 539 Motion to Withdraw as Attorney; granting 541 Motion to Withdraw as Attorney –– The motions are granted; attorney Alexandra Eve Laks and attorney Penelope Athene Preovolos terminated. Ordered by Magistrate Judge James Orenstein on 5/24/2017. (Miao, Tiffany) (Entered: 05/24/2017) |
| 05/25/2017 | 543 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9557139. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Certificates of Good Standing) (Egler, Thomas) (Entered: 05/25/2017) |
| 05/26/2017 | | ORDER granting (543) in case 1:17–cv–02738–MKB–JO –– Pursuant to Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted *pro hac vice* before this court, without further action, upon payment of the $150 admission fee, in connection with these proceedings. Attorney Thomas E. Egler is deemed admitted *pro hac vice*, and shall file a notice of appearance in the main docket (05–MD–1720 (MKB)) only. Ordered by Magistrate Judge James Orenstein on 5/26/2017. Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Miao, Tiffany) (Entered: 05/26/2017) |
| 05/26/2017 | 544 | NOTICE of Appearance by Elizabeth P Papez on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Papez, Elizabeth) (Entered: 05/26/2017) |
| 05/26/2017 | 545 | NOTICE of Appearance by Sean D. Meenan on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Meenan, Sean) (Entered: 05/26/2017) |
| 05/26/2017 | 546 | NOTICE of Appearance by Jeanifer Ellen Parsigian on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Parsigian, Jeanifer) (Entered: 05/26/2017) |
| 05/26/2017 | 547 | NOTICE of Appearance by Dana Lynn Cook–Milligan on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Cook–Milligan, Dana) (Entered: 05/26/2017) |
| 05/31/2017 | 548 | NOTICE of Appearance by David Graham on behalf of Citibank (South Dakota), N.A., Citibank N A (aty to be noticed) Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Graham, David) (Entered: 05/31/2017) |
| 05/31/2017 | 549 | NOTICE of Appearance by James Franklin Herbison on behalf of Discover Financial Services (aty to be noticed) Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Herbison, James) (Entered: 05/31/2017) |
| 06/01/2017 | 550 | NOTICE of Appearance by Gregory E. Del Gaizo on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (notification declined or already on case) Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Del Gaizo, Gregory) (Entered: 06/01/2017) |
| 06/01/2017 | 551 | NOTICE of Appearance by George C. Aguilar on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (notification declined or already on case) Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Aguilar, George) (Entered: 06/01/2017) |
| 06/01/2017 | 552 | STATUS REPORT *Joint Status Conference Statement for the B&R Supermarket v. Visa et al action* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Attachments: # 1 Exhibit 1 (Motion to Dismiss Order in B&R Supermarket)) Associated Cases: 1:05–md–01720–MKB–JO, 1:17–cv–02738–MKB–JO (Bernay, Alexandra) (Entered: 06/01/2017) |

| | | |
|---|---|---|
| 06/08/2017 | <u>553</u> | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 6/8/2017. SCHEDULING: There are no further conferences scheduled before me at this time. SUMMARY: (1) As discussed on the record, the *B&R Supermarket* case has not been consolidated with MDL 1720. I will schedule future conferences in the respective matters at consecutive times and try to avoid duplicative discovery but will not otherwise formally coordinate the actions. I respectfully direct the Clerk to disassociate the *B&R Supermarket* case from the MDL 1720 docket. (2) In MDL 1720, I granted on consent Wal–Mart's request for streamlined briefing of its motion to amend, the Direct Action Plaintiffs withdrew their motion to compel, and I determined that it is premature to decide whether the deposition of Mastercard employee Craig Vosburg. (3) The parties will confer as to scheduling and submit a joint proposal for future conference dates by June 15, 2017. (Court Reporter Sophie Nolan.) (Attachments: # <u>1</u> Appearances) Associated Cases: 1:05–md–01720–MKB-JO, 1:17–cv–02738–MKB-JO (Miao, Tiffany) (Entered: 06/08/2017) |
| 06/15/2017 | <u>554</u> | Letter *from all counsel regarding dates for upcoming status conference* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Coughlin, Patrick) (Entered: 06/15/2017) |
| 06/16/2017 | | ORDER re <u>554</u> Letter, filed by Grove Liquors LLC, B & R Supermarket, Inc., Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel –– The application is granted; the parties shall submit a joint proposal for future conference dates by June 20, 2017. Ordered by Magistrate Judge James Orenstein on 6/16/2017. (Miao, Tiffany) (Entered: 06/16/2017) |
| 06/20/2017 | <u>555</u> | Letter *from all counsel regarding status conference availability* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Medici, Carmen) (Entered: 06/20/2017) |
| 06/21/2017 | | SCHEDULING ORDER: A status conference is scheduled for August 24, 2017, at 1:00 p.m. The parties shall submit a joint status report no later than August 17, 2017. Ordered by Magistrate Judge James Orenstein on 6/21/2017. (Miao, Tiffany) (Entered: 06/21/2017) |
| 06/21/2017 | <u>556</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9623360. by Mastercard International Incorporated. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit of Kenneth A. Gallo, # <u>3</u> COGS – NY, # <u>4</u> COGS – DC) (Gallo, Kenneth) (Entered: 06/21/2017) |
| 06/21/2017 | <u>557</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9623431. by Mastercard International Incorporated. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit of Craig A. Benson, # <u>3</u> COGS – NY, # <u>4</u> COGS – DC, # <u>5</u> COGS – MD) (Benson, Craig) (Entered: 06/21/2017) |
| 06/21/2017 | <u>558</u> | NOTICE of Appearance by Adam Owen Glist on behalf of 7–Eleven, Inc. (aty to be noticed) (Glist, Adam) (Entered: 06/21/2017) |
| 06/23/2017 | <u>559</u> | Notice of MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9629316. by Visa Inc., Visa U.S.A. Inc,. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit, # <u>3</u> CA Certificate of Good Standing) (Mayo, Sharon) (Entered: 06/23/2017) |
| 06/26/2017 | | ORDER granting <u>556</u> Motion for Leave to Appear Pro Hac Vice –– Attorney Kenneth A. Gallo, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 3, 2017, Mr. Gallo shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Gallo shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Gallo shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 6/26/2017. (Miao, Tiffany) (Entered: 06/26/2017) |
| 06/26/2017 | | ORDER granting <u>557</u> Motion for Leave to Appear Pro Hac Vice –– Attorney Craig A. Benson, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 3, 2017, Mr. Benson shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Benson shall file a notice of |

| | | |
|---|---|---|
| | | appearance and ensure that he receives electronic notification of activity in this case. Mr. Benson shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 6/26/2017. (Miao, Tiffany) (Entered: 06/26/2017) |
| 06/26/2017 | | ORDER granting 559 Motion for Leave to Appear Pro Hac Vice –– Attorney Sharon D. Mayo, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 3, 2017, Ms. Mayo shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Mayo shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Mayo shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 6/26/2017. (Miao, Tiffany) (Entered: 06/26/2017) |
| 06/27/2017 | 560 | NOTICE of Appearance by Sharon D. Mayo on behalf of Visa Inc., Visa U.S.A. Inc, (notification declined or already on case) (Mayo, Sharon) (Entered: 06/27/2017) |
| 06/28/2017 | 561 | NOTICE of Appearance by Kenneth A. Gallo on behalf of Mastercard International Incorporated (notification declined or already on case) (Gallo, Kenneth) (Entered: 06/28/2017) |
| 06/28/2017 | 562 | NOTICE of Appearance by Craig Benson on behalf of Mastercard International Incorporated (notification declined or already on case) (Benson, Craig) (Entered: 06/28/2017) |
| 06/28/2017 | 563 | NOTICE of Appearance by Michelle Katherine Parikh on behalf of Mastercard International Incorporated (aty to be noticed) (Parikh, Michelle) (Entered: 06/28/2017) |
| 06/30/2017 | 564 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9647554. by Visa Inc., Visa U.S.A. Inc,. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 DC Cert of Good Standing) (Merley, Mark) (Entered: 06/30/2017) |
| 07/05/2017 | | ORDER granting 564 Motion for Leave to Appear Pro Hac Vice –– Attorney Mark R. Merley, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 12, 2017, Mr. Merley shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Merley shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Merley shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 7/5/2017. (Miao, Tiffany) (Entered: 07/05/2017) |
| 07/06/2017 | 565 | Letter MOTION for pre motion conference *on a motion for judgment on the pleadings,* by Discover Financial Services. (Papez, Elizabeth) (Entered: 07/06/2017) |
| 07/07/2017 | 566 | NOTICE of Appearance by Mark R. Merley on behalf of Visa Inc., Visa U.S.A. Inc, (notification declined or already on case) (Merley, Mark) (Entered: 07/07/2017) |
| 07/07/2017 | 567 | MOTION to Withdraw as Attorney *Robbins Geller Rudman & Dowd LLP* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Proposed Order) (Coughlin, Patrick) (Entered: 07/07/2017) |
| 07/07/2017 | 568 | AFFIDAVIT/DECLARATION in Support re 567 MOTION to Withdraw as Attorney *Robbins Geller Rudman & Dowd LLP* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Coughlin, Patrick) (Entered: 07/07/2017) |
| 07/07/2017 | 569 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9661634. by Visa Inc., Visa U.S.A. Inc,. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 DC Cert of Good Standing, # 4 VA Cert of Good Standing) (Eisenstein, Matthew) (Entered: 07/07/2017) |
| 07/10/2017 | | ORDER re 567 MOTION to Withdraw as Attorney *Robbins Geller Rudman & Dowd LLP* filed by Grove Liquors LLC, B & R Supermarket, Inc., Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel –– Before ruling on this motion, I respectfully direct the movants to clarify whether granting it will have any effect on the leadership of any putative class in MDL |

| | | |
|---|---|---|
| | | 1720 (or whether they anticipate seeking relief that would have any such effect). Ordered by Magistrate Judge James Orenstein on 7/10/2017. (Miao, Tiffany) (Entered: 07/10/2017) |
| 07/10/2017 | | ORDER granting 569 Motion for Leave to Appear Pro Hac Vice –– Attorney Matthew Eisenstein, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 17, 2017, Mr. Eisenstein shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Eisenstein shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Eisenstein shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 7/10/2017. (Miao, Tiffany) (Entered: 07/10/2017) |
| 07/10/2017 | 570 | NOTICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel re Order,, *Response to the Court's July 10, 2017 Order (re: Dkt. No. 567)* (Coughlin, Patrick) (Entered: 07/10/2017) |
| 07/10/2017 | 571 | MOTION for Leave to Appear Pro Hac Vice *by Michael J. Nicoud* Filing fee $ 150, receipt number 0207–9664498. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Certificate of Good Standing) (Nicoud, Michael) (Entered: 07/10/2017) |
| 07/10/2017 | 572 | NOTICE of Appearance by Thomas G. Amon on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (aty to be noticed) (Amon, Thomas) (Entered: 07/10/2017) |
| 07/10/2017 | 573 | NOTICE of Appearance by Peter Barry Patterson, Jr on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (aty to be noticed) (Patterson, Peter) (Entered: 07/10/2017) |
| 07/11/2017 | | ORDER granting 571 Motion for Leave to Appear Pro Hac Vice –– Attorney Michael Nicoud, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 18, 2017, Mr. Nicoud shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Nicoud shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Nicoud shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 7/11/2017. (Miao, Tiffany) (Entered: 07/11/2017) |
| 07/11/2017 | | ORDER granting 567 Motion to Withdraw as Attorney –– The motion is granted; Lonnie A. Browne, Patrick J. Coughlin, Thomas E. Egler, Angel P. Lau, Carmen A. Medici, Eugene Mikolajczyk, David W. Mitchell, Armen Zohrabian, Randi D. Bandman, and Alexandra S. Bernay terminated. Ordered by Magistrate Judge James Orenstein on 7/11/2017. (Miao, Tiffany) (Entered: 07/11/2017) |
| 07/11/2017 | 574 | NOTICE of Appearance by Michael Nicoud on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (notification declined or already on case) (Nicoud, Michael) (Entered: 07/11/2017) |
| 07/13/2017 | 575 | NOTICE of Appearance by Matthew A. Eisenstein on behalf of Visa Inc., Visa U.S.A. Inc, (notification declined or already on case) (Eisenstein, Matthew) (Entered: 07/13/2017) |
| 07/13/2017 | 576 | NOTICE of Appearance by Robert C. Mason on behalf of Visa Inc., Visa U.S.A. Inc, (aty to be noticed) (Mason, Robert) (Entered: 07/13/2017) |
| 07/13/2017 | 577 | RESPONSE to Motion re 565 Letter MOTION for pre motion conference *on a motion for judgment on the pleadings,* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Aguilar, George) (Entered: 07/13/2017) |
| 07/17/2017 | 578 | MOTION for Leave to Appear Pro Hac Vice *by Jenny L. Dixon* Filing fee $ 150, receipt number 0207–9685707. by B & R Supermarket, Inc., Grove Liquors LLC, |

| | | |
|---|---|---|
| | | Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Proposed Order, # 2 Affidavit of Jenny L. Dixon, # 3 Certificate of Good Standing) (Dixon, Jenny) (Entered: 07/17/2017) |
| 07/18/2017 | | ORDER granting 578 Motion for Leave to Appear Pro Hac Vice –– Attorney Jenny L. Dixon, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 25, 2017, Ms. Dixon shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Dixon shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Dixon shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 7/18/2017. (Miao, Tiffany) (Entered: 07/18/2017) |
| 07/19/2017 | 579 | NOTICE of Appearance by Jenny L. Dixon on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (notification declined or already on case) (Dixon, Jenny) (Entered: 07/19/2017) |
| 08/16/2017 | 580 | Letter MOTION for pre motion conference *re: motion to compel arbitration,* by Discover Financial Services. (Papez, Elizabeth) (Entered: 08/16/2017) |
| 08/16/2017 | 581 | Letter *to the Honorable James Orenstein Requesting an Extension of Time to File a Joint Status Report* by Visa Inc., Visa U.S.A. Inc, (Mason, Robert) (Entered: 08/16/2017) |
| 08/17/2017 | | ORDER re 581 Letter filed by Visa U.S.A. Inc,, Visa Inc. –– The application is granted; the parties shall submit a joint status report by August 21, 2017. Ordered by Magistrate Judge James Orenstein on 8/17/2017. (Miao, Tiffany) (Entered: 08/17/2017) |
| 08/17/2017 | | ORDER granting 565 Motion for Pre Motion Conference; granting 580 Motion for Pre Motion Conference –– The motions are granted; I will address the defendant Discover Financial Services' requests at the next status conference on August 24, 2017; and I respectfully direct counsel to confer as to a briefing schedule. Ordered by Magistrate Judge James Orenstein on 8/17/2017. (Miao, Tiffany) (Entered: 08/17/2017) |
| 08/21/2017 | 582 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9773025. by Mastercard International Incorporated. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Certificates of Good Standing) (Valdivia, Diana) (Entered: 08/21/2017) |
| 08/21/2017 | 583 | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Aguilar, George) (Entered: 08/21/2017) |
| 08/22/2017 | | ORDER granting 582 Motion for Leave to Appear Pro Hac Vice –– Attorney Diana Valdivia, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By August 29, 2018, Ms. Valdivia shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Valdivia shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Valdivia shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 8/22/2017. (Miao, Tiffany) (Entered: 08/22/2017) |
| 08/24/2017 | 584 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 8/24/2017. SCHEDULING: There are no further conferences scheduled before me at this time. SUMMARY: (1) On the motion to remand the *Luby's* action to state court, the parties will confer and propose a date for oral argument. (2) As set forth on the record, I heard argument on, and denied, the 7–Eleven Plaintiffs' motion to overrule Bank of America's assertion of privilege with respect to certain inadvertently disclosed records. (3) After discussing scheduling issues with the parties in 05–MD–1720, I set the following schedule: fact discovery to be completed by April 30, 2018; plaintiffs' expert reports and class certification motion to be served by August 31, 2018; defendants' expert reports to be served by February 28, 2019; plaintiffs' rebuttal expert reports to be served by May 31, 2019; expert depositions to be completed by August 31, 2019; briefing schedules on class |

| | | |
|---|---|---|
| | | certification and summary judgment motions to be determined later; motions to remand individual cases to their home districts to be filed within 15 days of the resolution of all motions for summary judgment. I respectfully direct the parties to submit a proposed scheduling order that reflects these deadlines. The parties in the *B&R* action will confer and submit a proposed discovery schedule that takes the foregoing into account, as well as a proposed motion briefing schedule. (4) The parties will confer on their dispute concerning the depositions of former Chase officers and submit a status report by September 5, 2017. (5) The parties will confer and submit proposed dates for further status conferences to be held approximately every six weeks. (Court Reporter Holly Driscoll.) (Attachments: # 1 Appearances) (Miao, Tiffany) (Entered: 08/24/2017) |
| 08/25/2017 | 585 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 8–24–17, before Judge Orenstein. Court Reporter/Transcriber M.Nardone, Telephone number 718–613–2601. Email address: mishrpr@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 9/15/2017. Redacted Transcript Deadline set for 9/25/2017. Release of Transcript Restriction set for 11/23/2017. (Nardone, Michele) (Entered: 08/25/2017) |
| 08/28/2017 | 586 | NOTICE of Appearance by Diana Viggiano Valdivia on behalf of Mastercard International Incorporated (notification declined or already on case) (Valdivia, Diana) (Entered: 08/28/2017) |
| 09/06/2017 | 587 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9806885. by PNC Bank National Association. (Attachments: # 1 Affidavit, # 2 Proposed Order Admission to Practice Pro Hac Vice) (Egler, Frederick) (Entered: 09/06/2017) |
| 09/07/2017 | 588 | RESPONSE in Opposition re 433 –– *Defendants' Supplemental Letter Brief in further support of 460 OPPOSITION/RESPONSE re: 433 MOTION to Certify Class,* filed by Discover Financial Services. (Kessler, Jeffrey) (Entered: 09/07/2017) |
| 09/07/2017 | 589 | REPLY in Support re 503 Reply to Response to Motion,, *Plaintiffs' Supplemental Brief in Support of Motion for Class Certification* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Exhibit Robbins Arroyo Firm Resume) (Aguilar, George) (Entered: 09/07/2017) |
| 09/07/2017 | 590 | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Aguilar, George) (Entered: 09/07/2017) |
| 09/08/2017 | | ORDER denying 587 Motion for Leave to Appear Pro Hac Vice –– The motion is denied without prejudice to renewal in conformity with this court's local rules, which require that an application for admission *pro hac vice* include a properly sworn and notarized affidavit stating (a) whether the applicant has ever been convicted of a felony, (b) whether the applicant has ever been censured, suspended, disbarred or denied admission or readmission by any court, (c) whether there are any disciplinary proceedings presently against the applicant, and (d) the facts and circumstances surrounding any affirmative responses to (a) through (c). *See* Loc. Civ. R. 1.3(c). If and when the applicant seeks renewal, he must file a second motion for leave to appear *pro hac vice* . If the court grants the motion, counsel may request a refund of the second filing fee with the Clerk of the Court. Ordered by Magistrate Judge James Orenstein on 9/8/2017. (Miao, Tiffany) (Entered: 09/08/2017) |
| 09/20/2017 | 591 | Letter MOTION for Protective Order by Mastercard International Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gallo, Kenneth) (Entered: 09/20/2017) |
| 09/21/2017 | | ORDER re 591 Letter MOTION for Protective Order filed by Mastercard International Incorporated –– I respectfully direct any party or affected non–party who wishes to be heard to show cause in writing no later than September 25, 2017 why I should not grant the requested relief. Ordered by Magistrate Judge James Orenstein on 9/21/2017. (Miao, Tiffany) (Entered: 09/21/2017) |

| | | |
|---|---|---|
| 09/21/2017 | <u>592</u> | Letter *to George C. Aguilar and John William Devine from Elizabeth P. Papez dated September 21, 2017 re: service by email of Motion for Judgment on the Pleadings,* by Discover Financial Services (Papez, Elizabeth) (Entered: 09/22/2017) |
| 09/22/2017 | | **SCHEDULING ORDER:** I will hold status conferences (with joint status report due five business days in advance) as follows: October 13, 2017, at 9:30 a.m.; November 28, 2017, at 1:00 p.m.; January 23, 2018, at 1:00 pm.; February 27, 2018, at 1:00 p.m.; April 19, 2018, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 9/22/2017. (Miao, Tiffany) (Entered: 09/22/2017) |
| 09/25/2017 | <u>593</u> | RESPONSE to Motion re <u>591</u> Letter MOTION for Protective Order filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # <u>1</u> Exhibit 6/8/17 Status Conf. Tr. (excerpts), # <u>2</u> Exhibit Manahan LinkedIn Profile) (Aguilar, George) (Entered: 09/25/2017) |
| 09/25/2017 | <u>594</u> | RESPONSE to Motion re <u>591</u> Letter MOTION for Protective Order filed by Discover Financial Services. (Papez, Elizabeth) (Entered: 09/25/2017) |
| 10/04/2017 | <u>595</u> | Letter MOTION for Protective Order by Mastercard International Incorporated. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E) (Gallo, Kenneth) (Entered: 10/04/2017) |
| 10/05/2017 | | ORDER re <u>595</u> Letter MOTION for Protective Order –– The plaintiffs are respectfully directed to respond to the defendant's letter motion, docket entry <u>595</u> , by October 10, 2017. Ordered by Magistrate Judge James Orenstein on 10/5/2017. (Drake, Shaw) (Entered: 10/05/2017) |
| 10/05/2017 | | ORDER re <u>590</u> Status Report –– Judge Margo K. Brodie will set schedule for class certification. Magistrate Judge James Orenstein will address all other schedule matters at the status conference on October 13, 2017. Ordered by Magistrate Judge James Orenstein on 10/5/2017. (Drake, Shaw) (Entered: 10/05/2017) |
| 10/06/2017 | <u>596</u> | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Aguilar, George) (Entered: 10/06/2017) |
| 10/10/2017 | <u>597</u> | Letter MOTION for Hearing *re: Class Certification* by Mastercard International Incorporated. (Attachments: # <u>1</u> Exhibit – A, # <u>2</u> Exhibit – B) (Gallo, Kenneth) (Entered: 10/10/2017) |
| 10/10/2017 | <u>598</u> | RESPONSE in Opposition re <u>595</u> Letter MOTION for Protective Order filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Aguilar, George) (Entered: 10/10/2017) |
| 10/10/2017 | <u>599</u> | RESPONSE in Opposition re <u>597</u> Letter MOTION for Hearing *re: Class Certification* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Aguilar, George) (Entered: 10/10/2017) |
| 10/10/2017 | <u>600</u> | RESPONSE to Motion re <u>595</u> Letter MOTION for Protective Order filed by Discover Financial Services. (Papez, Elizabeth) (Entered: 10/10/2017) |
| 10/13/2017 | <u>601</u> | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 10/13/2017. SCHEDULING:(1)The next status conference will be held on November 28, 2017, at 1:00 p.m. (2) A further status conference will be held on January 23, 2018, at 1:00 p.m. (3) A further status conference will be held on February 27, 2018, at 1:00 p.m. (4) A further status conference will be held on April 19, 2018, at 1:00 p.m. SUMMARY: (1) As set forth on the record, I resolved in defendants' favor the parties' remaining disputes about the discovery schedule in *B&R Supermarket* . The defendants will promptly submit a proposed order reflecting the ruling. (2) As set forth on the record, I denied defendant MasterCard's motions for protective orders with respect to witnesses Oliver Manahan and Chiro Aikat. (3)The plaintiffs need no longer provide semi−annual status reports concerning third party claims processors, but may of course seek relief relating to such entities as appropriate at any time. (Court Reporter Sophie Nolan.) (Attachments: # <u>1</u> Appearances) (Drake, Shaw) (Entered: 10/13/2017) |

| | | |
|---|---|---|
| 10/13/2017 | | ORDER denying <u>591</u> Motion for Protective Order; denying <u>595</u> Motion for Protective Order. *See* Docket Entry <u>601</u> . Ordered by Magistrate Judge James Orenstein on 10/13/2017. (Drake, Shaw) (Entered: 10/13/2017) |
| 10/16/2017 | <u>602</u> | Proposed Scheduling Order by Visa Inc., Visa U.S.A. Inc, (Mason, Robert) (Entered: 10/16/2017) |
| 10/16/2017 | | **SCHEDULING ORDER:** Fact discovery to be completed by: April 30, 2018. Expert reports to be filed by: May 31, 2018. Expert opposition reports to be filed by: September 28, 2018. Expert reply reports to be filed by: October 31, 2018. All discovery, including production of all expert disclosures under Rule 26(a), if any, to be completed by: December 28, 2018. Dispositive motions to be filed by: February 15, 2019. Responses to dispositive motions to be filed by: March 29, 2019. Replies to dispositive motions to be filed by: April 30, 2019. Ordered by Magistrate Judge James Orenstein on 10/16/2017. (Drake, Shaw) (Entered: 10/16/2017) |
| 10/17/2017 | | Plaintiffs' Class Certification Motion (Docket Entry No. 425) is scheduled for a hearing on **November 29, 2017 at 11:00 AM** in Courtroom 6F North before Judge Margo K. Brodie. The Court will also address Defendants' request for an evidentiary hearing (Docket Entry No. 597). Ordered by Judge Margo K. Brodie on 10/17/2017. (Francis–McLeish, Ogoro) (Entered: 10/17/2017) |
| 10/20/2017 | <u>603</u> | Letter *from Peter T. Barbur and Damaris Hernandez regarding the relationship between Plaintiffs' claims before this Court and Plaintiffs' claims against American Express that were transferred to SDNY* by American Express Company, Discover Financial Services, Mastercard International Incorporated, Visa Inc. (Barbur, Peter) (Entered: 10/20/2017) |
| 10/20/2017 | <u>604</u> | Letter *Addressing Class Certification Issues* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Aguilar, George) (Entered: 10/20/2017) |
| 10/27/2017 | <u>605</u> | Letter *seeking clarification on class certification hearing* by Mastercard International Incorporated (Gallo, Kenneth) (Entered: 10/27/2017) |
| 10/27/2017 | | Response to Defendants' request for clarification <u>605</u> : At the November 29, 2017 hearing the parties should be prepared to address the need for an evidentiary hearing. If the Court determines that an evidentiary hearing is necessary it will schedule the hearing for another date. Ordered by Judge Margo K. Brodie on 10/27/2017. (Djabarova, Zamira) (Entered: 10/27/2017) |
| 10/31/2017 | <u>606</u> | Notice of MOTION to Seal *Documents (unopposed),* by Discover Financial Services. (Attachments: # <u>1</u> Declaration of Elizabeth P. Papez in Support, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2) (Papez, Elizabeth) (Entered: 10/31/2017) |
| 10/31/2017 | <u>607</u> | NOTICE of Appearance by Kelli Lynn Lanski on behalf of Discover Financial Services (aty to be noticed) (Lanski, Kelli) (Entered: 10/31/2017) |
| 10/31/2017 | <u>608</u> | CERTIFICATE OF SERVICE by Discover Financial Services re <u>606</u> Notice of MOTION to Seal *Documents (unopposed),* (Parsigian, Jeanifer) (Entered: 10/31/2017) |
| 11/01/2017 | | ORDER granting <u>606</u> Motion to Seal –– Counsel is directed to file the original documents under seal as a separate entry. Instructions on filing sealed documents on ECF are available at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 11/1/2017. (Drake, Shaw) (Entered: 11/01/2017) |
| 11/01/2017 | <u>609</u> | Notice of MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9949445. by Visa Inc., Visa U.S.A. Inc,. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Affidavit in Support, # <u>3</u> DC Cert of Good Standing, # <u>4</u> MD Cert of Good Standing) (Butte, Laura) (Entered: 11/01/2017) |
| 11/02/2017 | | ORDER granting <u>609</u> Motion for Leave to Appear Pro Hac Vice –– Attorney Laura Butte, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 9, 2017, Ms. Butte shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Butte shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Butte shall also ensure that the $150 admission fee be submitted to the |

| | | |
|---|---|---|
| | | Clerk's Office. Ordered by Magistrate Judge James Orenstein on 11/2/2017. (Drake, Shaw) (Entered: 11/02/2017) |
| 11/02/2017 | 610 | NOTICE of Appearance by Laura J. Butte on behalf of Visa Inc., Visa U.S.A. Inc, (notification declined or already on case) (Butte, Laura) (Entered: 11/02/2017) |
| 11/02/2017 | 611 | Notice of MOTION for Judgment on the Pleadings *pursuant to Federal Rule of Civil Procedure 12(c),* by Discover Financial Services. Responses due by 10/19/2017 (Attachments: # 1 Memorandum in Support, # 2 Request for Judicial Notice in Support, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C (redacted), # 6 Exhibit D (redacted), # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Certificate of Service, # 13 Memorandum in Opposition – Plaintiffs' Brief in Opposition to Defendant Discover Financial Services' Motion for Judgment Pursuant to Federal Rule of Civil Procedure 12(c), # 14 Reply in Support of Motion for Judgment Pursuant to Federal Rule of Civil Procedure 12(c), # 15 Exhibit 1) (Papez, Elizabeth) (Entered: 11/02/2017) |
| 11/02/2017 | 612 | EXHIBIT *C to Request for Judicial Notice in Support of Defendant Discover Financial Services' Motion for Judgment Pursuant to Federal Rule of Civil Procedure 12(c) [Sealed],* by Discover Financial Services. Related document: 611 Notice of MOTION for Judgment on the Pleadings *pursuant to Federal Rule of Civil Procedure 12(c),* filed by Discover Financial Services. (Papez, Elizabeth) (Entered: 11/02/2017) |
| 11/02/2017 | 613 | EXHIBIT *D to Request for Judicial Notice in Support of Defendant Discover Financial Services' Motion for Judgment Pursuant to Federal Rule of Civil Procedure 12(c) [Sealed],* by Discover Financial Services. Related document: 611 Notice of MOTION for Judgment on the Pleadings *pursuant to Federal Rule of Civil Procedure 12(c),* filed by Discover Financial Services. (Papez, Elizabeth) (Entered: 11/02/2017) |
| 11/03/2017 | 614 | Letter *delivery of full set of courtesy copies for Motion for Judgment on the Pleadings and sealed exhibits (ECF Nos. 611 – 613),* by Discover Financial Services (Papez, Elizabeth) (Entered: 11/03/2017) |
| 11/03/2017 | | ORDER REFERRING MOTION: 611 MOTION for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c), filed by Discover Financial Services. The motion is hereby respectfully referred to Magistrate Judge James Orenstein for report and recommendation. Ordered by Judge Margo K. Brodie on 11/3/2017.(Djabarova, Zamira) (Entered: 11/03/2017) |
| 11/10/2017 | 615 | Notice of MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–9972157. by Visa Inc., Visa U.S.A. Inc,. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 CA Certificate of Good Standing) (Vizas, Robert) (Entered: 11/10/2017) |
| 11/13/2017 | | ORDER granting 615 Motion for Leave to Appear Pro Hac Vice –– Attorney Robert Vizas, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 20, 2017, Mr. Vizas shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Vizas shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Vizas shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 11/13/2017. (Drake, Shaw) (Entered: 11/13/2017) |
| 11/13/2017 | 616 | NOTICE of Appearance by Robert John Vizas on behalf of Visa Inc., Visa U.S.A. Inc, (notification declined or already on case) (Vizas, Robert) (Entered: 11/13/2017) |
| 11/17/2017 | 617 | Letter *from Damaris Hernandez to Judge Orenstein on behalf of all parties, that there are no issues to be raised with the Court at the 11/28/17 status conference* by American Express Company (Hernandez, Damaris) (Entered: 11/17/2017) |
| 11/22/2017 | | ORDER re 617 Letter –– The status conference previously scheduled for November 28, 2017, is cancelled. Ordered by Magistrate Judge James Orenstein on 11/22/2017. (Drake, Shaw) (Entered: 11/22/2017) |
| 11/27/2017 | 618 | MOTION for Leave to Electronically File Document under Seal by Mastercard International Incorporated. (Attachments: # 1 Exhibit A) (Parikh, Michelle) (Entered: 11/27/2017) |

| | | |
|---|---|---|
| 11/27/2017 | <u>619</u> | Letter *regarding Errata for Class Certification Briefing* by Mastercard International Incorporated (Parikh, Michelle) (Entered: 11/27/2017) |
| 11/28/2017 | | ORDER granting <u>618</u> Motion for Leave to Electronically File Document under Seal. The Court directs the defendants to file the original documents under seal as a separate entry and to file a redacted version on the public docket. See Fed. R. Civ. P. 5.2(a). Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 11/28/2017. (Djabarova, Zamira) (Entered: 11/28/2017) |
| 11/28/2017 | <u>620</u> | EXHIBIT *A to Errata* by Mastercard International Incorporated. Related document: <u>619</u> Letter filed by Mastercard International Incorporated. (Parikh, Michelle) (Entered: 11/28/2017) |
| 11/28/2017 | <u>621</u> | NOTICE by Mastercard International Incorporated re Order on Motion for Leave to Electronically File Document under Seal, (Attachments: # <u>1</u> Exhibit A – Motion to Seal, # <u>2</u> Exhibit B – Exhibit A to Errata Slipsheet) (Parikh, Michelle) (Entered: 11/28/2017) |
| 11/29/2017 | | Minute Entry for proceedings held before Judge Margo K. Brodie: Motion Hearing held on 11/29/2017 re <u>425</u> Plaintiffs' Motion for Class Certification. George Aguilar, Lawrence Goodman and John Devine Loveness appeared on behalf of Plaintiffs. Defendants' Counsel included: Kenneth Gallo and Jessica Morton for Mastercard International; Mark Merley and Robert Visas for Visa Inc. and Visa U.S.A. Inc.; Johanna Hudgens and Elizabeth Papez for Discover Financial Services; Peter Barbur and Kelsie Docherty for American Express. The Court heard argument from the parties and reserved decision. (Court Reporter Michelle Nardone.) (Djabarova, Zamira) (Entered: 11/29/2017) |
| 11/30/2017 | <u>622</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 11–29–17, before Judge Brodie. Court Reporter/Transcriber M.Nardone, Telephone number 718–613–2601. Email address: mishrpr@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 12/21/2017. Redacted Transcript Deadline set for 1/1/2018. Release of Transcript Restriction set for 2/28/2018. (Nardone, Michele) (Entered: 11/30/2017) |
| 12/08/2017 | <u>623</u> | Letter *to Hon. James Orenstein from Elizabeth P. Papez re: renewal of request to schedule oral argument on Rule 12(c) Motion,* by Discover Financial Services (Papez, Elizabeth) (Entered: 12/08/2017) |
| 12/11/2017 | | SCHEDULING ORDER: re <u>623</u> Letter filed by Discover Financial Services ––The request is granted; oral argument on Discover's motion for judgment on the pleadings will be held on January 23, 2018, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 12/11/2017. (Drake, Shaw) (Entered: 12/11/2017) |
| 01/02/2018 | <u>624</u> | NOTICE by Mastercard International Incorporated *Notice of Motion to Withdraw as Counsel of Record for Catherine M. Yang* (Attachments: # <u>1</u> Declaration of Craig A. Benson) (Benson, Craig) (Entered: 01/02/2018) |
| 01/03/2018 | | ORDER re <u>624</u> Notice(Other) filed by Mastercard International Incorporated –– The application is granted; attorney Catherine M. Yang terminated. Ordered by Magistrate Judge James Orenstein on 1/3/2018. (Drake, Shaw) (Entered: 01/03/2018) |
| 01/08/2018 | <u>625</u> | Letter *to Hon. James Orenstein from Elizabeth P. Papez dated January 8, 2018, re: supplemental authority in support of Motion for Judgment on the Pleadings,* by Discover Financial Services (Attachments: # <u>1</u> U.S. Department of Justice Brief) (Papez, Elizabeth) (Entered: 01/08/2018) |
| 01/10/2018 | <u>626</u> | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–10105110. by Mastercard International Incorporated. (Attachments: # <u>1</u> Affidavit, # <u>2</u> Certificate of Good Standing, # <u>3</u> Proposed Order) (Morton, Jessica) (Entered: 01/10/2018) |
| 01/11/2018 | | ORDER granting <u>626</u> Motion for Leave to Appear Pro Hac Vice –– Attorney Jessica Morton, Esq. is permitted to argue or try this case in whole or in part as counsel or |

| | | |
|---|---|---|
| | | advocate. By January 18, 2018, Ms. Morton shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Morton shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Morton shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 1/11/2018. (Drake, Shaw) (Entered: 01/11/2018) |
| 01/11/2018 | 627 | NOTICE of Appearance by Jessica A. Morton on behalf of Mastercard International Incorporated (notification declined or already on case) (Morton, Jessica) (Entered: 01/11/2018) |
| 01/11/2018 | 628 | MOTION for Leave to Appear Pro Hac Vice *for Rosa Victoria Gilcrease–Garcia* Filing fee $ 150, receipt number 0207–10109367. by Mastercard International Incorporated. (Attachments: # 1 Affidavit of Rosa Victoria Gilcrease–Garcia, # 2 Certificate of Good Standing, # 3 Proposed Order) (Gilcrease–Garcia, Rosa) (Entered: 01/11/2018) |
| 01/12/2018 | | ORDER granting 628 Motion for Leave to Appear Pro Hac Vice –– Attorney Rosa Gilcrease–Garcia, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By January 19, 2018, Ms. Gilcrease–Garcia shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Gilcrease–Garcia shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Gilcrease–Garcia shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 1/12/2018. (Drake, Shaw) (Entered: 01/12/2018) |
| 01/12/2018 | 629 | NOTICE of Appearance by Rosa V. Gilcrease–Garcia on behalf of Mastercard International Incorporated (notification declined or already on case) (Gilcrease–Garcia, Rosa) (Entered: 01/12/2018) |
| 01/16/2018 | 630 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–10116198. by Mastercard International Incorporated. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Proposed Order) (Alpert, Melissa) (Entered: 01/16/2018) |
| 01/16/2018 | 631 | Letter *to Hon. James Orenstein in Response to Discover's Letter re: Supplemental Authority* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Aguilar, George) (Entered: 01/16/2018) |
| 01/16/2018 | 632 | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Aguilar, George) (Entered: 01/16/2018) |
| 01/17/2018 | | ORDER granting 630 Motion for Leave to Appear Pro Hac Vice –– Attorney Melissa Alpert, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By January 24, 2018, Ms. Alpert shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Alpert shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Alpert shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 1/17/2018. (Drake, Shaw) (Entered: 01/17/2018) |
| 01/17/2018 | 633 | NOTICE of Appearance by Melissa Alpert on behalf of Mastercard International Incorporated (notification declined or already on case) (Alpert, Melissa) (Entered: 01/17/2018) |
| 01/17/2018 | 634 | NOTICE by Mastercard International Incorporated */ Notice of Withdrawal as Counsel of Record for Ross Weingarten* (Attachments: # 1 Declaration of Craig A. Benson) (Benson, Craig) (Entered: 01/17/2018) |
| 01/17/2018 | | ORDER re 634 Notice(Other) filed by Mastercard International Incorporated –– The application is granted; attorney Ross Weingarten terminated. Ordered by Magistrate Judge James Orenstein on 1/17/2018. (Drake, Shaw) (Entered: 01/17/2018) |
| 01/23/2018 | 635 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 1/23/2018. SCHEDULING: (1) The next status conference will be held on February 27, 2018, at 1:00 p.m. (2) A further status conference will be held on |

| | | |
|---|---|---|
| | | April 19, 2018, at 1:00 p.m. SUMMARY: (1) As set forth on the record, I heard argument on the Rule 12(c) motion in the *B&R* action and anticipate issuing a report and recommendation that urges the court to deny the motion. (2) As set forth on the record, I heard argument on the defendants' motion to compel disclosures in the *Interchange* actions and ruled that the relevant period for the disputed discovery requests begins in 2000. (Attachments: # 1 Appearances) (Orenstein, James) (Entered: 01/23/2018) |
| 01/25/2018 | 636 | NOTICE of Appearance by Christopher Tom on behalf of Mastercard International Incorporated (aty to be noticed) (Tom, Christopher) (Entered: 01/25/2018) |
| 02/01/2018 | 637 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/23/2018, before Judge James Orenstein. Court Reporter/Transcriber Michele Lucchese, Telephone number 718–613–2272. Email address: MLuccheseEDNY@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 2/22/2018. Redacted Transcript Deadline set for 3/5/2018. Release of Transcript Restriction set for 5/2/2018. (Lucchese, Michele) (Entered: 02/01/2018) |
| 02/20/2018 | 638 | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (Aguilar, George) (Entered: 02/20/2018) |
| 02/22/2018 | 639 | Letter *to The Honorable James Orenstein regarding the status conference scheduled for February 27, 2018* by Visa Inc., Visa U.S.A. Inc, (Mason, Robert) (Entered: 02/22/2018) |
| 02/22/2018 | | ORDER re 639 Letter filed by Visa U.S.A. Inc,, Visa Inc. –– The conference previously scheduled for February 27, 2018, is cancelled. The next status conference will be held on April 19, 2018, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 2/22/2018. (Drake, Shaw) (Entered: 02/22/2018) |
| 02/27/2018 | 640 | MOTION for Leave to Appear Pro Hac Vice *by Lindsey Herzik* Filing fee $ 150, receipt number 0207–10234362. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel. (Attachments: # 1 Affidavit of Lindsey Herzik, # 2 Certificates of Good Standing, # 3 Proposed Order) (Herzik, Lindsey) (Entered: 02/27/2018) |
| 02/28/2018 | | ORDER granting 640 Motion for Leave to Appear Pro Hac Vice –– Attorney Lindsey Herzik, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By March 7, 2018, Ms. Herzik shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Herzik shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Herzik shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 2/28/2018. (Drake, Shaw) (Entered: 02/28/2018) |
| 02/28/2018 | 641 | NOTICE of Appearance by Lindsey C. Herzik on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp. d/b/a Fine Fare Supermarket, Strouk Group LLC d/b/a Monsieur Marcel (notification declined or already on case) (Herzik, Lindsey) (Entered: 02/28/2018) |
| 03/08/2018 | 642 | NOTICE of Appearance by Ron Ghatan on behalf of Visa Inc., Visa U.S.A. Inc, (aty to be noticed) (Ghatan, Ron) (Entered: 03/08/2018) |
| 03/14/2018 | 644 | MEMORANDUM AND ORDER denying 425 Plaintiffs' Motion for Class Certification. For the reasons discussed in the attached Memorandum and Order, the Court denies Plaintiffs' Motion for Class Certification without prejudice. Ordered by Judge Margo K. Brodie on 3/11/2018. (Djabarova, Zamira) (Entered: 03/14/2018) |
| 04/12/2018 | 645 | Letter MOTION to Amend/Correct/Supplement *Case Scheduling Order* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Proposed Order) (Aguilar, George) (Entered: |

| | | |
|---|---|---|
| | | 04/12/2018) |
| 04/12/2018 | 646 | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 04/12/2018) |
| 04/13/2018 | | ORDER granting 645 Motion to Amend/Correct/Supplement –– The application is granted. I will enter a separate amended scheduling order reflecting the parties' proposed order. Ordered by Magistrate Judge James Orenstein on 4/13/2018. (Drake, Shaw) (Entered: 04/13/2018) |
| 04/13/2018 | 647 | **AMENDED SCHEDULING ORDER:** Fact discovery to be completed by: June 14, 2018. Renewed class certification motion to be filed by: July 16, 2018. Response to renewed class certification motion to be filed by: no earlier than September 14, 2018. Reply to renewed class certification motion to be filed by: no earlier than October 15, 2018. Expert reports to be filed by: to be determined, but in no event later than August 31, 2018. Expert opposition reports to be filed by: to be determined. Expert reply reports to be filed by: to be determined. All discovery, including production of all expert disclosures under Rule 26(a), if any, to be completed by: to be determined, but in no event later than August 30, 2019. Dispositive motions to be filed by: to be determined. Responses to dispositive motions to be filed by: to be determined. Replies to dispositive motions to be filed by: to be determined. **SEE ATTACHED ORDER**. Ordered by Magistrate Judge James Orenstein on 4/13/2018. (Drake, Shaw) (Entered: 04/13/2018) |
| 04/16/2018 | 648 | Letter *to the Honorable James Orenstein Regarding Request to Cancel Status Conference* by Visa Inc., Visa U.S.A. Inc, (Mason, Robert) (Entered: 04/16/2018) |
| 04/16/2018 | | ORDER re 648 Letter –– The status conference previously scheduled for April 19, 2018, is cancelled. Ordered by Magistrate Judge James Orenstein on 4/16/2018. (Drake, Shaw) (Entered: 04/16/2018) |
| 05/31/2018 | 649 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–10474221. by Mastercard International Incorporated. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing – AD3, # 3 Certificiate of Good Standing – DC) (Dagnew, Lina) (Entered: 05/31/2018) |
| 06/01/2018 | | ORDER granting 649 Motion for Leave to Appear Pro Hac Vice –– Attorney Tihitina Dagnew, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 8, 2018, Ms. Dagnew shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Dagnew shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Dagnew shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 6/1/2018. (Drake, Shaw) (Entered: 06/01/2018) |
| 06/01/2018 | 650 | NOTICE of Appearance by Lina Dagnew on behalf of Mastercard International Incorporated (notification declined or already on case) (Dagnew, Lina) (Entered: 06/01/2018) |
| 06/01/2018 | 651 | Letter *to the Honorable James Orenstein re: Proposed Status Conference Date* by Visa Inc., Visa U.S.A. Inc, (Mason, Robert) (Entered: 06/01/2018) |
| 06/04/2018 | | SCHEDULING ORDER re 651 Letter –– A status conference will be held on July 17, 2018 at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 6/4/2018. (Drake, Shaw) (Entered: 06/04/2018) |
| 07/10/2018 | 652 | STATUS REPORT *(JOINT)* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 07/10/2018) |
| 07/13/2018 | | ORDER re 652 Status Report –– The status conference previously scheduled for July 17, 2018 is cancelled. Ordered by Magistrate Judge James Orenstein on 7/13/2018. (Drake, Shaw) (Entered: 07/13/2018) |
| 07/16/2018 | 653 | Letter *re: Service of Renewed Motion for Class Certification* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 07/16/2018) |

| | | |
|---|---|---|
| 07/17/2018 | | ORDER: Plaintiffs are respectfully requested to provide the Chambers with a courtesy copy of the Renewed Motion for Class Certification. Ordered by Judge Margo K. Brodie on 7/17/2018. (Djabarova, Zamira) (Entered: 07/17/2018) |
| 07/18/2018 | 654 | Letter *re: Courtesy Copy of Renewed Motion for Class Certification* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 07/18/2018) |
| 07/20/2018 | 655 | REPORT AND RECOMMENDATIONS re 611 Notice of MOTION for Judgment on the Pleadings *pursuant to Federal Rule of Civil Procedure 12(c),* filed by Discover Financial Services. For the reasons set forth in the attached document, I respectfully recommend that the court deny the motion for judgment on the pleadings. Any objections to this Report and Recommendation are due by August 3, 2018. Failure to file objections within this period designating the particular issues to be reviewed waives the right to appeal the district court's order. Ordered by Magistrate Judge James Orenstein on 7/20/2018. (Orenstein, James) (Entered: 07/20/2018) |
| 07/24/2018 | 656 | Letter *re: Proposed Status Conference Dates* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 07/24/2018) |
| 07/25/2018 | | SCHEDULING ORDER re 656 Letter —– I will hold status conferences (with joint status report due five business days in advance) as follows: September 13, 2018, at 1:00 p.m.; November 1, 2018, at 1:00 p.m.; December 13, 2018, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 7/25/2018. (Drake, Shaw) (Entered: 07/25/2018) |
| 08/03/2018 | 657 | OBJECTION to 655 Report and Recommendations filed by Discover Financial Services. (Papez, Elizabeth) (Entered: 08/03/2018) |
| 08/17/2018 | 658 | MEMORANDUM in Opposition re 657 Objection to Report and Recommendations filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 08/17/2018) |
| 08/20/2018 | 659 | Letter MOTION to Amend/Correct/Supplement 647 Scheduling Order,,,, by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Proposed Order) (Aguilar, George) (Entered: 08/20/2018) |
| 08/21/2018 | | ORDER granting 659 Motion to Amend/Correct/Supplement —– The proposed scheduling order, docket entry 659 , is so ordered. I will enter a separate amended scheduling order reflecting the parties' proposed order. Ordered by Magistrate Judge James Orenstein on 8/21/2018. (Drake, Shaw) (Entered: 08/21/2018) |
| 08/21/2018 | 660 | **SECOND AMENDED SCHEDULING ORDER:** Response to renewed class certification motion to be filed by: October 19, 2018. Reply to renewed class certification motion to be filed by: November 19, 2018. Expert reports to be filed by: October 5, 2018. Expert opposition reports to be filed by: to be determined. Expert reply reports to be filed by: to be determined. All discovery, including production of all expert disclosures under Rule 26(a), if any, to be completed by: to be determined. **SEE ATTACHED ORDER** Ordered by Magistrate Judge James Orenstein on 8/21/2018. (Drake, Shaw) (Entered: 08/21/2018) |
| 08/31/2018 | 661 | NOTICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC *Notice of Withdrawal as Counsel of Record for Michael J. Nicoud* (Attachments: # 1 Declaration of George C. Aguilar) (Aguilar, George) (Entered: 08/31/2018) |
| 08/31/2018 | 662 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–10698396. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Affidavit of Ashley R. Rifkin, # 2 Certificate of Good Standing, # 3 Proposed Order) (Rifkin, Ashley) (Entered: 08/31/2018) |
| 08/31/2018 | 663 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207–10698403. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Affidavit of Eric Carrino, # 2 Certificate of Good Standing, # 3 Proposed Order) (Carrino, Eric) |

| | | |
|---|---|---|
| | | (Entered: 08/31/2018) |
| 09/04/2018 | | ORDER re 661 Notice(Other) –– The application is granted; attorney Michael J. Nicoud terminated. Ordered by Magistrate Judge James Orenstein on 9/4/2018. (Drake, Shaw) (Entered: 09/04/2018) |
| 09/04/2018 | | ORDER granting 662 Motion for Leave to Appear Pro Hac Vice –– Attorney Ashley Rifkin, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 11, 2018, Ms. Rifkin shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Rifkin shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Rifkin shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 9/4/2018. (Drake, Shaw) (Entered: 09/04/2018) |
| 09/04/2018 | | ORDER granting 663 Motion for Leave to Appear Pro Hac Vice –– Attorney Eric Carrino, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 11, 2018, Mr. Carrino shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Carrino shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Carrino shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 9/4/2018. (Drake, Shaw) (Entered: 09/04/2018) |
| 09/04/2018 | 664 | NOTICE of Appearance by Ashley R. Rifkin on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (notification declined or already on case) (Rifkin, Ashley) (Entered: 09/04/2018) |
| 09/04/2018 | 665 | NOTICE of Appearance by Eric M. Carrino on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (notification declined or already on case) (Carrino, Eric) (Entered: 09/04/2018) |
| 09/06/2018 | 666 | STATUS REPORT *Joint Status Report* by Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 09/06/2018) |
| 09/11/2018 | | ORDER re 666 Status Report –– The status conference previously scheduled for September 13, 2018, is cancelled. Ordered by Magistrate Judge James Orenstein on 9/11/2018. (Drake, Shaw) (Entered: 09/11/2018) |
| 09/18/2018 | 667 | **MEMORANDUM AND ORDER:** For the reasons discussed in the attached, the Court adopts the 655 Report and Recommendation and denies Discover's motion for judgment on the pleadings. Ordered by Judge Margo K. Brodie on 9/18/2018. (Brucella, Michelle) (Entered: 09/18/2018) |
| 09/19/2018 | 668 | NOTICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC *Notice of Withdrawal as Counsel of Record for Lindsey C. Herzik* (Attachments: # 1 Declaration of George C. Aguilar) (Aguilar, George) Modified on 9/20/2018 (Guy, Alicia). (Entered: 09/19/2018) |
| 09/21/2018 | | ORDER granting 668 Motion to Withdraw as Attorney. Attorney Lindsey C. Herzik terminated. Ordered by Magistrate Judge James Orenstein on 9/21/2018. (Guy, Alicia) (Entered: 09/21/2018) |
| 10/10/2018 | 669 | Consent MOTION for Leave to File Excess Pages by Mastercard International Incorporated. (Benson, Craig) (Entered: 10/10/2018) |
| 10/11/2018 | | **ORDER** granting 669 Motion for Leave to File Excess Pages. Ordered by Judge Margo K. Brodie on 10/11/2018. (Brucella, Michelle) (Entered: 10/11/2018) |
| 10/12/2018 | 670 | MOTION to Withdraw as Attorney *Isaac D. Chaput as counsel of record* by American Express Company. (Attachments: # 1 Declaration of Damaris Hernandez, # 2 Proposed Order) (Hernandez, Damaris) (Entered: 10/12/2018) |
| 10/15/2018 | | ORDER granting 670 Motion to Withdraw as Attorney –– The application is granted; attorney Isaac D. Chaput terminated. Ordered by Magistrate Judge James Orenstein on 10/15/2018. (Roantree, Bronwyn) (Entered: 10/15/2018) |

| 10/16/2018 | 671 | Letter *from Damaris Hernandez to Judge Orenstein on behalf of all parties, regarding the Court's April 13, 2018 and August 21, 2018 scheduling orders* by American Express Company (Hernandez, Damaris) (Entered: 10/16/2018) |
| 10/17/2018 | | ORDER re 671 Letter –– Because the parties seek to suspend briefing on the motion without proposing an amended schedule, I respectfully direct the Clerk to terminate the motion without prejudice to reinstatement. Once the parties agree that they are prepared to resume briefing the motion, they may ask to reinstate it and submit a proposed schedule. Ordered by Magistrate Judge James Orenstein on 10/17/2018. (Roantree, Bronwyn) (Entered: 10/17/2018) |
| 10/25/2018 | 672 | STATUS REPORT by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 10/25/2018) |
| 10/30/2018 | | ORDER Cancelling Conference –– The status conference previously scheduled for November 1, 2018, before the undersigned in the above captioned case is cancelled. Ordered by Magistrate Judge James Orenstein on 10/30/2018. (Guy, Alicia) (Entered: 10/30/2018) |
| 12/06/2018 | 673 | STATUS REPORT *(JOINT)* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 12/06/2018) |
| 12/10/2018 | 674 | Letter MOTION to Adjourn Conference by B & R Supermarket, Inc.. (Aguilar, George) (Entered: 12/10/2018) |
| 12/10/2018 | 675 | Letter MOTION to Adjourn Conference *[Corrected]* by B & R Supermarket, Inc.. (Aguilar, George) (Entered: 12/10/2018) |
| 12/10/2018 | | ORDER granting 675 Motion to Adjourn Conference –– The motion is granted. The status conference previously scheduled for December 13, 2018 is cancelled. Ordered by Magistrate Judge James Orenstein on 12/10/2018. (Gustafson, Kaelyn) (Entered: 12/10/2018) |
| 12/19/2018 | 676 | NOTICE of Change of Address (Aguilar, George) (Entered: 12/19/2018) |
| 12/21/2018 | 677 | NOTICE by Mastercard International Incorporated */ Notice of Withdrawal as Counsel of Record* (Gilcrease–Garcia, Rosa) Modified on 12/26/2018 (Fernandez, Erica). (Entered: 12/21/2018) |
| 12/26/2018 | | ORDER granting 677 Motion to Withdraw as Attorney –– The motion is granted; attorney Rosa V. Gilcrease–Garcia terminated. Ordered by Magistrate Judge James Orenstein on 12/26/2018. (Gustafson, Kaelyn) (Entered: 12/26/2018) |
| 01/09/2019 | 678 | NOTICE by Mastercard International Incorporated */ Notice of Withdrawal as Counsel of Record for Diana V. Valdivia* (Attachments: # 1 Declaration of Craig A. Benson) (Benson, Craig) Modified on 1/10/2019 (Guy, Alicia). (Entered: 01/09/2019) |
| 01/10/2019 | | ORDER granting 678 Motion to Withdraw as Attorney –– The motion is granted; attorney Diana V. Valdivia terminated. Ordered by Magistrate Judge James Orenstein on 1/10/2019. (Roantree, Bronwyn) (Entered: 01/10/2019) |
| 01/18/2019 | | SCHEDULING ORDER: I will hold status conferences (with joint status report due five business days in advance) as follows: February 6, 2019 at 1:00 p.m.; March 13, 2019 at 1:00 p.m.; May 8, 2019 at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 1/18/2019. (Roantree, Bronwyn) (Entered: 01/18/2019) |
| 01/30/2019 | 679 | STATUS REPORT by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 01/30/2019) |
| 01/30/2019 | 680 | Proposed Scheduling Order by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 01/30/2019) |
| 01/30/2019 | 681 | Letter MOTION to Adjourn Conference by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 01/30/2019) |

| | | |
|---|---|---|
| 01/31/2019 | | ORDER granting 681 Motion to Adjourn Conference –– The motion is granted; the status conference scheduled for February 6, 2019, is cancelled as to the B&R parties. The proposed amended scheduling order in docket entry 680 is approved. Ordered by Magistrate Judge James Orenstein on 1/31/2019. (Roantree, Bronwyn) (Entered: 01/31/2019) |
| 01/31/2019 | 682 | **THIRD AMENDED SCHEDULING ORDER:** Reinstatement of renewed class certification motion effective upon entry of this order. Response to renewed class certification motion to be filed by: March 15, 2019. Reply in support of renewed class certification motion to be filed by: May 24, 2019. Hearing on renewed class certification motion: to be determined. Defendants' *Daubert* motion relating to plaintiffs' certification motion to be filed by: March 15, 2019. Plaintiffs' response to defendants' *Daubert* motion to be filed by May 24, 2019. Plaintiffs' *Daubert* motion relating to defendants' certification expert(s) to be filed by: May 24, 2019. Defendants' reply in support of their *Daubert* motion to be filed by June 24, 2019. Defendants' response to plaintiffs' *Daubert* motion to filed by June 24, 2019. Plaintiffs' reply in support of their *Daubert* motion to be filed by July 26, 2019. Hearings on *Daubert* motions to be held concurrent with hearing on renewed class certification motion. Defendants' merits expert reports due by: three months from a court order certifying a class. Plaintiffs' merits expert reply reports due by: to be determined. Merits expert discovery cut–off: to be determined. Ordered by Magistrate Judge James Orenstein on 1/31/2019. (Roantree, Bronwyn) (Entered: 01/31/2019) |
| 03/06/2019 | 683 | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 03/06/2019) |
| 03/07/2019 | | ORDER re 683 Status Report –– The status conference scheduled for March 13, 2019, is cancelled. Ordered by Magistrate Judge James Orenstein on 3/7/2019. (Roantree, Bronwyn) (Entered: 03/07/2019) |
| 03/07/2019 | 684 | Notice of MOTION to Withdraw as Attorney *as to Elizabeth Papez,* by Discover Financial Services. (Attachments: # 1 Declaration) (Meenan, Sean) (Entered: 03/07/2019) |
| 03/08/2019 | | ORDER granting 684 Motion to Withdraw as Attorney –– The motion is granted; attorney Elizabeth P. Papez terminated. Ordered by Magistrate Judge James Orenstein on 3/8/2019. (Roantree, Bronwyn) (Entered: 03/08/2019) |
| 03/15/2019 | 685 | Letter *dated March 15, 2019 re: service of class certification materials,* by Discover Financial Services (Herbison, James) (Entered: 03/15/2019) |
| 03/15/2019 | 686 | Letter *regarding Service of American Express Company's Opposition to Plaintiffs' Renewed Motion for Class Certification* by American Express Company (Barbur, Peter) (Entered: 03/15/2019) |
| 04/02/2019 | | ORDER re 685 and 686 : the Court requests that Plaintiffs and Defendants submit one courtesy copy each of Plaintiffs' renewed motion for class certification and Defendants' opposition to Plaintiffs' renewed motion, along with any supporting memoranda and exhibits. Ordered by Judge Margo K. Brodie on 4/2/2019. (Borochoff–Porte, Alison) (Entered: 04/02/2019) |
| 04/04/2019 | 687 | Letter *to The Honorable Margo K. Brodie re: Courtesy Copies* by Visa Inc., Visa U.S.A. Inc (Butte, Laura) (Entered: 04/04/2019) |
| 04/04/2019 | 688 | Letter *to The Honorable Margo K. Brodie re: Courtesy Copies* by American Express Company (Barbur, Peter) (Entered: 04/04/2019) |
| 04/09/2019 | 689 | Letter *to the Honorable Margo K. Brodie re: Courtesy Copies* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 04/09/2019) |
| 04/10/2019 | 690 | Letter MOTION to Amend/Correct/Supplement 682 Scheduling Order,,,,, by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Proposed Order) (Aguilar, George) (Entered: 04/10/2019) |

| | | |
|---|---|---|
| 04/10/2019 | <u>691</u> | Consent MOTION for Leave to File Excess Pages *re: Reply in support of Renewed Class Certification Motion* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 04/10/2019) |
| 04/11/2019 | | ORDER granting <u>690</u> Motion to Amend/Correct/Supplement –– The motion is granted. I will enter a separate amended scheduling order reflecting the new deadlines. Ordered by Magistrate Judge James Orenstein on 4/11/2019. (Roantree, Bronwyn) (Entered: 04/11/2019) |
| 04/11/2019 | <u>692</u> | **FOURTH AMENDED SCHEDULING ORDER:** Reply in support of renewed class certification motion to be filed by: June 7, 2019. Hearing on renewed class certification motion: to be determined. Plaintiffs' response to defendants' *Daubert* motion to be filed by June 7, 2019. Plaintiffs' *Daubert* motion relating to defendants' certification expert(s) to be filed by: June 7, 2019. Defendants' reply in support of their *Daubert* motion to be filed by July 12, 2019. Defendants' response to plaintiffs' *Daubert* motion to be filed by July 12, 2019. Plaintiffs' reply in support of their *Daubert* motion to be filed by August 13, 2019. Hearings on *Daubert* motions to be held concurrent with hearing on renewed class certification motion. Defendants' merits expert reports due by: three months from a court order certifying a class. Plaintiffs' merits expert reply reports due by: to be determined. Merits expert discovery cut–off: to be determined. Ordered by Magistrate Judge James Orenstein on 4/11/2019. (Roantree, Bronwyn) (Entered: 04/11/2019) |
| 04/11/2019 | | ORDER granting <u>691</u> Motion for Leave to File Excess Pages –– The motion is granted; plaintiffs B&R Supermarket, Grove Liquors LLC, Strouk Group LLC, and Palero Food Corp. and Cagueyes Food Corp. may file a thirty–page reply brief to defendants Visa, Inc., Visa U.S.A., Mastercard and Discover's Opposition to the Plaintiffs' Renewed Motion for Class Certification. Ordered by Magistrate Judge James Orenstein on 4/11/2019. (Roantree, Bronwyn) (Entered: 04/11/2019) |
| 04/12/2019 | <u>693</u> | MOTION to Withdraw as Attorney by PNC Bank, National Association. (Shaffer, Conor) (Entered: 04/12/2019) |
| 04/12/2019 | | ORDER granting <u>693</u> Motion to Withdraw as Attorney –– The motion is granted; attorney Frederick N. Egler terminated. Ordered by Magistrate Judge James Orenstein on 4/12/2019. (Roantree, Bronwyn) (Entered: 04/12/2019) |
| 05/01/2019 | <u>694</u> | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 05/01/2019) |
| 05/02/2019 | | ORDER re <u>694</u> Status Report –– The status conference previously scheduled for May 8, 2019, is canceled. Ordered by Magistrate Judge James Orenstein on 5/2/2019. (Roantree, Bronwyn) (Entered: 05/02/2019) |
| 05/14/2019 | <u>695</u> | Letter *re: Joint Proposed dates for the next three status conferences* by Mastercard International Incorporated (Benson, Craig) (Entered: 05/14/2019) |
| 05/14/2019 | | SCHEDULING ORDER: re <u>695</u> Letter –– The request is so ordered. I will hold status conferences (with joint status report due five business days in advance) as follows: July 9, 2019, at 1:00 p.m.; September 5, 2019, at 1:00 p.m.; November 7, 2019, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on 5/14/2019. (Roantree, Bronwyn) (Entered: 05/14/2019) |
| 05/21/2019 | <u>696</u> | MOTION to Withdraw as Attorney by Chase Bank USA, National Association. (Attachments: # <u>1</u> Declaration of Peter E. Greene) (Greene, Peter) (Entered: 05/21/2019) |
| 05/22/2019 | | ORDER granting <u>696</u> Motion to Withdraw as Attorney –– The motion is granted; attorney Peter E. Greene terminated. Ordered by Magistrate Judge James Orenstein on 5/22/2019. (Roantree, Bronwyn) (Entered: 05/22/2019) |
| 05/29/2019 | <u>697</u> | MOTION to Withdraw as Attorney *(on behalf of Robert Y. Sperling),* by Discover Financial Services. (Attachments: # <u>1</u> Declaration of Robert Y. Sperling) (Herbison, James) (Entered: 05/29/2019) |

| | | |
|---|---|---|
| 05/30/2019 | | ORDER granting 697 Motion to Withdraw as Attorney –– The motion is granted; attorney Robert Y. Sperling terminated. Ordered by Magistrate Judge James Orenstein on 5/30/2019. (Roantree, Bronwyn) (Entered: 05/30/2019) |
| 06/07/2019 | 698 | Joint MOTION for Leave to Electronically File Document under Seal by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Class Cert Not Memo Aguilar Decl, # 2 Aguilar Ex 1 Vol 1, # 3 Aguilar Ex 1 Vol 2 Pt 1, # 4 Aguilar Ex 1 Vol 2 Pt 2, # 5 Aguilar Ex 1 Vol 3 Pt 1, # 6 Aguilar Ex 1 Vol 3 Pt 2, # 7 Aguilar Ex 1 Vol 4, # 8 Aguilar Ex 1 Vol 5, # 9 Aguilar Ex 1 Vol 6, # 10 Aguilar Ex 1 Vol 7 Pt 1, # 11 Aguilar Ex 1 Vol 7 Pt 2, # 12 Aguilar Ex 1 Vol 7 Pt 3, # 13 Aguilar Ex 1 Vol 7 Pt 4, # 14 Aguilar Ex 1 Vol 7 Pt 5, # 15 Aguilar Exs 2 to 44 Pt 1, # 16 Aguilar Exs 2 to 44 Pt 2, # 17 DMcV Opp Brief and POS, # 18 Butte Decl Pt 1, # 19 Butte Decl Pt 2, # 20 Butte Decl Pt 3, # 21 Butte Decl Pt 4, # 22 Butte Decl Pt 5, # 23 Amex Opp Brief, # 24 Docherty Decl Pt 1, # 25 Docherty Decl Pt 2, # 26 Reply to McVD, # 27 Reply to Amex, # 28 Aguilar Reply Decl, # 29 Aguilar Reply Decl Ex 1 Pt 1, # 30 Aguilar Reply Decl Ex 1 Pt 2, # 31 Aguilar Reply Decl Ex 1 Pt 3, # 32 Aguilar Reply Decl Ex 1 Pt 4, # 33 Aguilar Reply Decl Ex 1 Pt 5, # 34 Aguilar Reply Decl Ex 1 Pt 6, # 35 Aguilar Reply Decl Ex 1 Pt 7, # 36 Aguilar Reply Decl Ex 1 Pt 8, # 37 Aguilar Reply Decl Ex 1 Pt 9, # 38 Aguilar Reply Decl Ex 1 Pt 10, # 39 Aguilar Reply Decl Exs 2 to 26) (Aguilar, George) (Entered: 06/07/2019) |
| 06/12/2019 | 699 | Letter *to the Honorable Margo K. Brodie re: Courtesy Copies* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 06/12/2019) |
| 06/24/2019 | 700 | Notice of MOTION to Withdraw as Attorney *as to Eric M. Carrino* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Declaration of George C. Aguilar) (Aguilar, George) (Entered: 06/24/2019) |
| 06/25/2019 | | ORDER granting 700 Motion to Withdraw as Attorney –– The motion is granted; attorney Eric M. Carrino terminated. Ordered by Magistrate Judge James Orenstein on 6/25/2019. (Roantree, Bronwyn) (Entered: 06/25/2019) |
| 06/26/2019 | 701 | NOTICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC *of Firm Name Change* (Kuntz, Robert) (Entered: 06/26/2019) |
| 06/27/2019 | 702 | NOTICE of Change of Firm name *Devine Goodman & Rasco, LLP* (Kuntz, Robert) (Entered: 06/27/2019) |
| 06/28/2019 | 703 | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 06/28/2019) |
| 06/28/2019 | | ORDER granting 698 Joint Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. Counsel is further directed to file a redacted version of the original document publicly as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 6/28/2019. (Borochoff–Porte, Alison) (Entered: 06/28/2019) |
| 07/01/2019 | | ORDER re 703 Status Report –– The status conference previously scheduled in the B&R action for July 9, 2019, is canceled. Ordered by Magistrate Judge James Orenstein on 7/1/2019. (Roantree, Bronwyn) (Entered: 07/01/2019) |
| 07/03/2019 | 704 | Consent MOTION for Leave to File Excess Pages by Mastercard International Incorporated. (Benson, Craig) (Entered: 07/03/2019) |
| 07/03/2019 | | ORDER granting 704 Motion for Leave to File Excess Pages. Ordered by Judge Margo K. Brodie on 7/3/2019. (Borochoff–Porte, Alison) (Entered: 07/03/2019) |
| 07/08/2019 | 705 | NOTICE by Mastercard International Incorporated */ Notice of Withdrawal as Counsel of Record for Chistopher M. Tom* (Attachments: # 1 Declaration of Craig A. Benson) (Benson, Craig) Modified on 7/10/2019 (Guy, Alicia). (Entered: 07/08/2019) |

| | | |
|---|---|---|
| 07/09/2019 | <u>706</u> | MOTION to Certify Class by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Aguilar Decl, # <u>3</u> Aguilar Ex 1 Vol 1, # <u>4</u> Aguilar Ex 1 Vol 2 Pt 1, # <u>5</u> Aguilar Ex 1 Vol 2 Pt 2, # <u>6</u> Aguilar Ex 1 Vol 3 Pt 1, # <u>7</u> Aguilar Ex 1 Vol 3 Pt 2, # <u>8</u> Aguilar Ex 1 Vol 4, # <u>9</u> Aguilar Ex 1 Vol 5, # <u>10</u> Aguilar Ex 1 Vol 6, # <u>11</u> Aguilar Ex 1 Vol 7 Pt 1, # <u>12</u> Aguilar Ex 1 Vol 7 Pt 2, # <u>13</u> Aguilar Ex 1 Vol 7 Pt 3, # <u>14</u> Aguilar Ex 1 Vol 7 Pt 4, # <u>15</u> Aguilar Ex 1 Vol 7 Pt 5, # <u>16</u> Aguilar Exs 2 to 44 Pt 1, # <u>17</u> Aguilar Exs 2 to 44 Pt 2, # <u>18</u> DMcV Opp Brief and POS, # <u>19</u> Butte Decl Pt 1, # <u>20</u> Butte Decl Pt 2, # <u>21</u> Butte Decl Pt 3, # <u>22</u> Butte Decl Pt 4, # <u>23</u> Butte Decl Pt 5, # <u>24</u> Amex Opp Brief, # <u>25</u> Docherty Decl Pt 1, # <u>26</u> Docherty Decl Pt 2, # <u>27</u> Reply to McVD, # <u>28</u> Reply to Amex, # <u>29</u> Aguilar Reply Decl, # <u>30</u> Aguilar Reply Decl Ex 1 Pt 1, # <u>31</u> Aguilar Reply Decl Ex 1 Pt 2, # <u>32</u> Aguilar Reply Decl Ex 1 Pt 3, # <u>33</u> Aguilar Reply Decl Ex 1 Pt 4, # <u>34</u> Aguilar Reply Decl Ex 1 Pt 5, # <u>35</u> Aguilar Reply Decl Ex 1 Pt 6, # <u>36</u> Aguilar Reply Decl Ex 1 Pt 7, # <u>37</u> Aguilar Reply Decl Ex 1 Pt 8, # <u>38</u> Aguilar Reply Decl Ex 1 Pt 9, # <u>39</u> Aguilar Reply Decl Ex 1 Pt 10, # <u>40</u> Aguilar Reply Decl Exs 2 to 26) (Aguilar, George) (Entered: 07/09/2019) |
| 07/09/2019 | <u>707</u> | Fully Briefed MOTION to Certify Class *Redacted Public Version* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> Memorandum iso Renewed Mot for Class Cert [REDACTED], # <u>2</u> Aguilar Decl. iso Renewed Mot for Class Cert [REDACTED], # <u>3</u> Mastercard Visa Discover Opp to Renewed Mot for Class Cert [REDACTED], # <u>4</u> Butte Decl. iso Mastercard Visa Discover Opp [REDACTED], # <u>5</u> AmEx Opp to Renewed Mot for Class Cert [REDACTED], # <u>6</u> Docherty Decl. iso AmEx Opp [REDACTED], # <u>7</u> Reply to Mastercard Visa Discover Opp [REDACTED], # <u>8</u> Aguilar Decl. iso Reply [REDACTED], # <u>9</u> Reply to AmEx Opp) (Aguilar, George) (Entered: 07/09/2019) |
| 07/10/2019 | | ORDER granting <u>705</u> Motion to Withdraw as Attorney –– The motion is granted; attorney Christopher M. Tom terminated. Ordered by Magistrate Judge James Orenstein on 7/10/2019. (Roantree, Bronwyn) (Entered: 07/10/2019) |
| 07/12/2019 | <u>708</u> | Joint MOTION for Leave to Electronically File Document under Seal by Visa Inc., Visa U.S.A. Inc,. (Attachments: # <u>1</u> NOTICE OF DEFENDANTS MASTERCARD, VISA, AND DISCOVER FINANCIAL SERVICES MOTION TO EXCLUDE PLAINTIFFS CLASS CERTIFICATION EXPERT, # <u>2</u> MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS MASTERCARD, VISA, AND DISCOVER FINANCIAL SERVICES MOTION TO EXCLUDE PLAINTIFFS CLASS CERTIFICATION EXPERT, # <u>3</u> CERTIFICATE OF SERVICE DATED MARCH 15, 2019, # <u>4</u> PLAINTIFFS OPPOSITION TO DEFENDANTS MASTERCARD, VISA AND DISCOVER FINANCIAL SERVICES MOTION TO EXCLUDE PLAINTIFFS CLASS CERTIFICATION EXPERT, # <u>5</u> REPLY IN SUPPORT OF DEFENDANTS MASTERCARD, VISA, AND DISCOVER FINANCIAL SERVICES MOTION TO EXCLUDE PLAINTIFFS CLASS CERTIFICATION EXPERT, # <u>6</u> DECLARATION OF KAREN C. OTTO IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS MASTERCARD, VISA, AND DISCOVER FINANCIAL SERVICES MOTION TO EXCLUDE PLAINTIFFS CLASS CERTIFICATION EXPERT, # <u>7</u> EXHIBIT 1 TO OTTO DECLARATION, # <u>8</u> EXHIBIT 2 TO OTTO DECLARATION, # <u>9</u> EXHIBIT 3 TO OTTO DECLARATION, # <u>10</u> EXHIBIT 4 TO OTTO DECLARATION, # <u>11</u> EXHIBIT 5 TO OTTO DECLARATION, # <u>12</u> EXHIBIT 6 TO OTTO DECLARATION, # <u>13</u> CERTIFICATE OF SERVICE DATED JULY 12, 2019) (Otto, Karen) (Entered: 07/12/2019) |
| 07/19/2019 | | ORDER granting <u>708</u> Joint Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. Counsel is further directed to file a redacted version of the original document publicly as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Judge Margo K. Brodie on 7/19/2019. (Borochoff–Porte, Alison) (Entered: 07/19/2019) |
| 07/23/2019 | <u>710</u> | Letter *to The Honorable Margo K. Brodie Enclosing Courtesy Copy of Corrected Exhibit* by Visa Inc., Visa U.S.A. Inc, (Otto, Karen) (Entered: 07/23/2019) |
| 07/30/2019 | <u>711</u> | Joint MOTION to Strike *[Redacted Public Version of Defendants Mastercard, Visa, and Discover Financial Services' Notice of Motion and Motion To Exclude Plaintiffs'* |

| | | |
|---|---|---|
| | | *Class Certification Expert]*, by Discover Financial Services. (Attachments: # 1 Memorandum in Support of Defendants Mastercard, Visa, and Discover Financial Services' Motion to Exclude Plaintiffs' Class Certification Expert (REDACTED), # 2 Certificate of Service of Motion To Exclude Plaintiffs' Class Certification Expert, # 3 Memorandum in Opposition to Defendants Mastercard, Visa, and Discover Financial Services' Motion To Exclude Plaintiffs' Class Certification Expert (REDACTED), # 4 Reply in Support of Defendants Mastercard, Visa, and Discover Financial Services' Motion To Exclude Plaintiffs' Class Certification Expert (REDACTED), # 5 Declaration of Karen C. Otto in Support of Reply (REDACTED), # 6 Exhibit 1 to K. Otto Declaration (filed under seal), # 7 Exhibit 2 to K. Otto Declaration (filed under seal), # 8 Exhibit 3 to K. Otto Declaration (filed under seal), # 9 Exhibit 4 to K. Otto Declaration, # 10 Exhibit 5 to K. Otto Declaration (filed under seal), # 11 Exhibit 6 to K. Otto Declaration, # 12 Certificate of Service of Reply and Declaration of K. Otto in Support of Reply) (Herbison, James) (Entered: 07/30/2019) |
| 08/20/2019 | 712 | Letter *re: Notice of Supplemental Authority* by Mastercard International Incorporated (Benson, Craig) (Entered: 08/20/2019) |
| 08/20/2019 | | ORDER: Plaintiffs shall file a response, if any, to 712 Letter re: Notice of Supplemental Authority, by Tuesday, August 27, 2019. Ordered by Judge Margo K. Brodie on 8/20/2019. (Borochoff–Porte, Alison) (Entered: 08/20/2019) |
| 08/27/2019 | 713 | Letter *re: Response to Notice of Supplemental Authority* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 08/27/2019) |
| 08/27/2019 | 714 | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 08/27/2019) |
| 08/28/2019 | | ORDER re 714 Status Report –– The application is granted, and the portion of the conference previously scheduled for September 5, 2019, as to the B&R parties, is canceled. Ordered by Magistrate Judge James Orenstein on 8/28/2019. (Gutmann, Joseph) (Entered: 08/28/2019) |
| 10/18/2019 | 715 | Notice of MOTION to Withdraw as Attorney *[Stephanie Fine ]* by Visa Inc., Visa U.S.A. Inc,. (Butte, Laura) (Entered: 10/18/2019) |
| 10/18/2019 | 716 | Notice of MOTION to Withdraw as Attorney *[Laura J. Butte ]* by Visa Inc., Visa U.S.A. Inc,. (Butte, Laura) (Entered: 10/18/2019) |
| 10/21/2019 | | ORDER granting 715 Motion to Withdraw as Attorney –– The motion is granted; attorney Stephanie Fine is terminated. Ordered by Magistrate Judge James Orenstein on 10/21/2019. (Walker, Anna) (Entered: 10/21/2019) |
| 10/21/2019 | | ORDER granting 716 Motion to Withdraw as Attorney –– The motion is granted; attorney Laura J. Butte is terminated. Ordered by Magistrate Judge James Orenstein on 10/21/2019. (Walker, Anna) (Entered: 10/21/2019) |
| 10/21/2019 | 717 | Letter from Annamalai Annamalai requesting to be included in this case as a class plaintiff. (Piper, Francine) (Entered: 10/22/2019) |
| 10/31/2019 | 718 | STATUS REPORT *Joint Status Report* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 10/31/2019) |
| 11/01/2019 | | ORDER re 718 Status Report –– The application is granted, and the portion of the conference previously scheduled for November 7, 2019, as to the B&R parties, is canceled. Ordered by Magistrate Judge James Orenstein on 11/1/2019. (Gutmann, Joseph) (Entered: 11/01/2019) |
| 11/20/2019 | 719 | NOTICE of Change of Firm Name Once the filing has been made, you must login to www.pacer.gov and update your account. (Aguilar, George) (Entered: 11/20/2019) |
| 12/09/2019 | 720 | Letter dated November 25, 2019 from Annamalai Annamalai to Clerk of Court, enclosing a pleading and requesting an updated docket sheet of 17 cv 2738 and 05 MD 1720. (Piper, Francine) (Entered: 12/10/2019) |

| | | |
|---|---|---|
| 01/31/2020 | 721 | NOTICE by Mastercard International Incorporated *re: Withdrawal of Attorney Adrienne J. Lighten* (Benson, Craig) Modified on 2/3/2020 (Guy, Alicia). (Entered: 01/31/2020) |
| 01/31/2020 | 722 | Notice of MOTION to Withdraw as Attorney *re: Sean D. Meenan,* by Discover Financial Services. (Attachments: # 1 Declaration of James F. Herbison) (Herbison, James) (Entered: 01/31/2020) |
| 02/01/2020 | | ORDER granting 722 Motion to Withdraw as Attorney –– The motion is granted; attorney Sean D. Meenan is terminated. Ordered by Magistrate Judge James Orenstein on 2/1/2020. (Gutmann, Joseph) (Entered: 02/01/2020) |
| 02/03/2020 | | ORDER granting 721 Motion to Withdraw as Attorney –– The motion is granted; attorney Adrienne J. Lighten is terminated. Ordered by Magistrate Judge James Orenstein on 2/3/2020. (Gutmann, Joseph) (Entered: 02/03/2020) |
| 04/07/2020 | 723 | Notice of MOTION to Withdraw as Attorney *re: Jenny L. Dixon* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Declaration of George C. Aguilar) (Aguilar, George) (Entered: 04/07/2020) |
| 04/08/2020 | | ORDER granting 723 Motion to Withdraw as Attorney –– The motion is granted; attorney Jenny L. Dixon is terminated. Ordered by Magistrate Judge James Orenstein on 4/8/2020. (Gutmann, Joseph) (Entered: 04/08/2020) |
| 04/10/2020 | 724 | Notice of MOTION to Withdraw as Attorney *(Notice of Motion and Motion to Withdraw as Counsel of Ron A. Ghatan)* by Visa Inc., Visa U.S.A. Inc,. (Ghatan, Ron) (Entered: 04/10/2020) |
| 04/11/2020 | | ORDER granting 724 Motion to Withdraw as Attorney –– The motion is granted; attorney Ron Ghatan is terminated. Ordered by Magistrate Judge James Orenstein on 4/11/2020. (Gutmann, Joseph) (Entered: 04/11/2020) |
| 08/28/2020 | 725 | MEMORANDUM AND ORDER: For the reasons set forth in the attached Memorandum and Order, the Court denies defendants' 708 motion to exclude expert testimony and grants plaintiffs' 706 renewed motion for class certification. The Court has filed the attached Memorandum and Order under seal and directs the parties to identify which portions, if any, should be redacted prior to a public filing. Ordered by Judge Margo K. Brodie on 8/28/2020. (Valentin, Winnethka) (Entered: 08/28/2020) |
| 09/01/2020 | | ORDER terminating 706 Motion to Certify Class. See Memorandum and Order dated August 28, 2020. (Valentin, Winnethka) (Entered: 09/01/2020) |
| 09/14/2020 | 726 | Letter MOTION for Leave to Electronically File Document under Seal by Mastercard International Incorporated. (Attachments: # 1 Exhibit A) (Benson, Craig) (Entered: 09/14/2020) |
| 09/15/2020 | | ORDER granting 726 Motion for Leave to Electronically File Document under Seal –– the Motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/15/2020. (Oliner, Daniel) (Entered: 09/15/2020) |
| 09/16/2020 | 727 | EXHIBIT *A–Copy of 23(f) Petition, originally filed with Dkt. 726* by Mastercard International Incorporated. Related document: Order on Motion for Leave to Electronically File Document under Seal,. (Benson, Craig) (Entered: 09/16/2020) |
| 09/16/2020 | 728 | Letter MOTION for Leave to Electronically File Document under Seal by American Express Company. (Attachments: # 1 Exhibit A) (Barbur, Peter) (Entered: 09/16/2020) |
| 09/17/2020 | | ORDER granting 728 Motion for Leave to Electronically File Document under Seal –– the motion is granted. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/17/2020. (Oliner, Daniel) (Entered: 09/17/2020) |
| 09/22/2020 | 729 | Consent MOTION for Extension of Time to File *Defendants' Merits Expert Reports* by Discover Financial Services. (Attachments: # 1 Proposed Order) (Herbison, James) (Entered: 09/22/2020) |

| | | |
|---|---|---|
| 09/23/2020 | [730](#) | ORDER granting [729](#) Motion for Extension of Time to File –– The motion is granted on consent; Defendants shall serve their merits expert reports by February 1, 2021. The proposed schedule is so ordered. Ordered by Magistrate Judge James Orenstein on 9/23/2020. (Oliner, Daniel) (Entered: 09/23/2020) |
| 09/23/2020 | [731](#) | Letter MOTION for Leave to Electronically File Document under Seal by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B) (Aguilar, George) (Entered: 09/23/2020) |
| 09/23/2020 | | ORDER granting [731](#) Motion for Leave to Electronically File Document under Seal –– The motion is granted on consent. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 9/23/2020. (Oliner, Daniel) (Entered: 09/23/2020) |
| 09/24/2020 | [732](#) | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC–13417294. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # [1](#) Affidavit) (Nicoud, Michael) (Entered: 09/24/2020) |
| 09/24/2020 | [733](#) | EXHIBIT *A – Opp to Visa, et al. 23(f) Pet* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. Related document: Order on Motion for Leave to Electronically File Document under Seal,. (Attachments: # [1](#) Exhibit B – Opp to AmEx 23(f) Pet) (Aguilar, George) (Entered: 09/24/2020) |
| 09/28/2020 | [734](#) | ORDER granting [732](#) Motion for Leave to Appear Pro Hac Vice –– Attorney Michael Nicoud, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 5, 2020, Mr. Nicoud shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Nicoud shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Nicoud shall also ensure that the $150 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 9/28/2020. (Oliner, Daniel) (Entered: 09/28/2020) |
| 09/29/2020 | [735](#) | NOTICE of Appearance by Michael Nicoud on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (notification declined or already on case) (Nicoud, Michael) (Entered: 09/29/2020) |
| 09/29/2020 | [736](#) | Letter MOTION for pre motion conference *and schedule for Discover's intended motion to compel arbitration,* by Discover Financial Services. (Herbison, James) (Entered: 09/29/2020) |
| 09/30/2020 | | ORDER denying [736](#) Motion for Pre Motion Conference and adopting the parties' proposed briefing schedule. Defendants shall serve their motion on or before October 30, 2020; plaintiff shall serve its opposition on or before December 4, 2020; defendants shall serve and file their reply, if any, on or before December 23, 2020. Oral argument will be scheduled if necessary. Ordered by Judge Margo K. Brodie on 9/30/2020. (Goss, Natasha) (Entered: 09/30/2020) |
| 10/30/2020 | [737](#) | Letter *dated October 30, 2020 re: Service of Notice of Motion to Compel Arbitration and supporting documents,* by Discover Financial Services (Herbison, James) (Entered: 10/30/2020) |
| 11/09/2020 | | Case Reassigned to Magistrate Judge Vera M. Scanlon. Magistrate Judge James Orenstein no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our [website](#). Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 11/09/2020) |
| 12/02/2020 | [738](#) | Consent MOTION to Amend/Correct/Supplement *Briefing Schedule on Discover Financial Services' Motion to Compel Arbitration (re: Dkt. No. 737)* by Discover Financial Services. (Attachments: # [1](#) Proposed Order) (Herbison, James) (Entered: 12/02/2020) |
| 12/09/2020 | | ORDER granting [738](#) joint motion to stay the balance of their briefing in connection with Defendant Discover Financial Services's Motion to Compel Arbitration pursuant |

| | | |
|---|---|---|
| | | to the Court's 9/30/2020 Scheduling Order pending the Second Circuit's decision on the Petition for Leave to Appeal pursuant to FRCP 23(f). See Docket No. <u>738</u> (joint motion to stay); Docket No. <u>727</u> (copy of Petition for Leave to Appeal, Second Circuit Case No. 20−3173); Dkt. Entry 9/30/2020. As requested in the parties' joint request, the stay applies only to Plaintiffs' response in opposition, Defendant Discovery's reply in support and the parties' filing of the fully−briefed motion with the Court because Defendant Discover has already served Plaintiffs with its opening papers. See Docket No. <u>737</u> (Defendant Discover confirming its service of opening motion papers upon Plaintiffs); Docket No. <u>738</u> (joint motion to stay). Once the Second Circuit decides the Petition for Leave to Appeal under FRCP 23(f), the parties must confer and file a joint status report that should include any proposed revised briefing schedule necessary within one week of the mandate's return. Ordered by Magistrate Judge Vera M. Scanlon on 12/9/2020. (Lozar, Ryan) (Entered: 12/09/2020) |
| 12/24/2020 | <u>739</u> | Consent MOTION for Extension of Time to File *Defendants' Merits Expert Reports* by Visa Inc., Visa U.S.A. Inc,. (Attachments: # <u>1</u> Proposed Order) (Eisenstein, Matthew) (Entered: 12/24/2020) |
| 12/28/2020 | <u>740</u> | MOTION to Withdraw as Attorney by Bank of America N.A.. (Attachments: # <u>1</u> Proposed Order of Withdrawal of Mark P. Ladner, Esq.) (Ladner, Mark) (Entered: 12/28/2020) |
| 12/28/2020 | <u>741</u> | AFFIDAVIT/DECLARATION in Support re <u>740</u> MOTION to Withdraw as Attorney filed by Bank of America N.A.. (Ladner, Mark) (Entered: 12/28/2020) |
| 12/29/2020 | | ORDER granting <u>740</u> Motion to Withdraw as Attorney. Attorney Mark P. Ladner terminated. Ordered by Magistrate Judge Vera M. Scanlon on 12/29/2020. (Quinlan, Krista) (Entered: 12/29/2020) |
| 12/30/2020 | | ORDER granting consent motion <u>739</u> to extend Defendants' time to serve expert reports through 3/1/2021. Ordered by Magistrate Judge Vera M. Scanlon on 12/30/2020. (Quinlan, Krista) (Entered: 12/30/2020) |
| 12/30/2020 | <u>742</u> | MOTION to Withdraw as Attorney *of Record (Attorney Mark R. Merley)* by Visa Inc., Visa U.S.A. Inc,. (Mason, Robert) (Entered: 12/30/2020) |
| 12/30/2020 | <u>743</u> | AFFIDAVIT/DECLARATION in Support re <u>742</u> MOTION to Withdraw as Attorney *of Record (Attorney Mark R. Merley)* filed by Visa Inc., Visa U.S.A. Inc,. (Mason, Robert) (Entered: 12/30/2020) |
| 01/04/2021 | | ORDER granting <u>742</u> Motion to Withdraw as Attorney. Attorney Mark R. Merley terminated. Ordered by Magistrate Judge Vera M. Scanlon on 1/4/2021. (Quinlan, Krista) (Entered: 01/04/2021) |
| 01/19/2021 | <u>744</u> | REDACTED MEMORANDUM AND ORDER. Ordered by Judge Margo K. Brodie. (Valentin, Winnethka) (Entered: 01/19/2021) |
| 01/20/2021 | <u>745</u> | USCA MANDATE as to #20−3173 − It is hereby ORDERED that the petition is DENIED because an immediate appeal is not warranted. See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd., 262 F.3d 134, 13940 (2d Cir. 2001). Issued as Mandate: 1/20/2021. USCA #20−3173. (Mejia, Salomon) (Entered: 01/20/2021) |
| 01/21/2021 | <u>746</u> | MOTION to Withdraw as Attorney by Mastercard International Incorporated (Morton, Jessica) Modified on 1/22/2021 to add motion. (Quinlan, Krista). (Entered: 01/21/2021) |
| 01/22/2021 | | ORDER granting <u>746</u> Motion to Withdraw as Attorney. Attorney Jessica A. Morton terminated. Ordered by Magistrate Judge Vera M. Scanlon on 1/22/2021. (Quinlan, Krista) (Entered: 01/22/2021) |
| 01/26/2021 | <u>747</u> | MOTION to Withdraw as Attorney *in re: Kelli L. Lanski,* by Discover Financial Services. (Attachments: # <u>1</u> Declaration of Kelli L. Lanski in Support) (Lanski, Kelli) (Entered: 01/26/2021) |
| 01/27/2021 | | ORDER granting <u>747</u> Motion to Withdraw as Attorney. Attorney Kelli Lynn Lanski terminated. Ordered by Magistrate Judge Vera M. Scanlon on 1/27/2021. (Quinlan, Krista) (Entered: 01/27/2021) |

| | | |
|---|---|---|
| 01/27/2021 | <u>748</u> | Letter *to Hon. Vera M. Scanlon from James F. Herbison re: Joint status report with proposed revised briefing schedule, pursuant to Order dated December 9, 2020,* by Discover Financial Services (Attachments: # <u>1</u> [Proposed] Amended Order Regarding Briefing Schedule on Discover Financial Services' Motion to Compel Arbitration) (Herbison, James) (Entered: 01/27/2021) |
| 02/03/2021 | <u>749</u> | MOTION to Withdraw as Attorney (Alpert, Melissa) Modified on 2/4/2021 to add motion. (Quinlan, Krista). (Entered: 02/03/2021) |
| 02/04/2021 | | ORDER granting <u>749</u> Motion to Withdraw as Attorney. Attorney Melissa Alpert terminated. Ordered by Magistrate Judge Vera M. Scanlon on 2/4/2021. (Quinlan, Krista) (Entered: 02/04/2021) |
| 02/10/2021 | <u>750</u> | Consent MOTION for Extension of Time to File *Defendants' Merits Expert Reports* by Visa Inc., Visa U.S.A. Inc,. (Attachments: # <u>1</u> Proposed Order) (Eisenstein, Matthew) (Entered: 02/10/2021) |
| 02/11/2021 | | ORDER granting consent motion <u>750</u> to extend Defendants' time to serve expert reports through 3/22/2021. Ordered by Magistrate Judge Vera M. Scanlon on 2/11/2021. (Quinlan, Krista) (Entered: 02/11/2021) |
| 02/22/2021 | | STATUS REPORT ORDER: ORDER granting <u>748</u> proposed briefing schedule for motion to compel arbitration. Discover previously served its motion on October 30, 2020. On or before March 1, 2021, Plaintiffs will serve their opposition; on or before March 28, 2021, Discovery will reply and the parties are to file the motion at that time in accordance with the District Judges Individual Rules. Ordered by Magistrate Judge Vera M. Scanlon on 2/22/2021. (Quinlan, Krista) (Entered: 02/22/2021) |
| 03/25/2021 | <u>751</u> | Joint MOTION to Amend/Correct/Supplement <u>748</u> Letter, *and Order dated February 22, 2021, to request a correction to the deadline to file the briefing documents regarding Discover's motion to compel arbitration,* by Discover Financial Services. (Herbison, James) (Entered: 03/25/2021) |
| 03/26/2021 | <u>752</u> | MOTION to Withdraw as Attorney by Mastercard International Incorporated (Parikh, Michelle) Modified on 3/29/2021 to add motion. (Quinlan, Krista). (Entered: 03/26/2021) |
| 03/26/2021 | | ORDER granting <u>751</u> Joint Motion to Amend/Correct/Supplement the date for filing briefing regarding Discovery's motion to compel arbitration. The briefing may be filed on Monday, March 29, 2021. Ordered by Magistrate Judge Vera M. Scanlon on 3/26/2021. (Lozar, Ryan) (Entered: 03/26/2021) |
| 03/26/2021 | <u>753</u> | Notice of MOTION for Leave to Electronically File Document under Seal by Discover Financial Services. (Attachments: # <u>1</u> Declaration of Jeanifer E. Parsigian in Support, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2 (with proposed redactions), # <u>4</u> Exhibit 3) (Parsigian, Jeanifer) (Entered: 03/26/2021) |
| 03/26/2021 | <u>754</u> | CERTIFICATE OF SERVICE by Discover Financial Services re <u>753</u> Notice of MOTION for Leave to Electronically File Document under Seal (Parsigian, Jeanifer) (Entered: 03/26/2021) |
| 03/29/2021 | | ORDER granting <u>752</u> Motion to Withdraw as Attorney. Attorney Michelle Parikh and Michelle Katherine Parikh terminated. Ordered by Magistrate Judge Vera M. Scanlon on 3/29/2021. (Quinlan, Krista) (Entered: 03/29/2021) |
| 03/29/2021 | | ORDER granting <u>753</u> Motion for Leave to Electronically File Document under Seal. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov. Ordered by Chief Judge Margo K. Brodie on 3/29/2021. (Carrero, Jacquellena) (Entered: 03/29/2021) |
| 03/29/2021 | <u>755</u> | Notice of MOTION to Compel *Compel Arbitration and Stay Claims Against Discover Financial Services,* by Discover Financial Services. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Declaration of Amy L. Parsons in Support, # <u>3</u> Exhibit 1 (Filed Under Seal), # <u>4</u> Exhibit 2 (Redacted), # <u>5</u> Exhibit 3 (Filed Under Seal), # <u>6</u> Exhibit 4, # <u>7</u> Memorandum in Opposition, # <u>8</u> Declaration of George C. Aguilar in Opposition, # <u>9</u> Reply in Support, # <u>10</u> Declaration of Jeanifer E. Parsigian in Support, # <u>11</u> Certificate of Service) (Herbison, James) (Entered: 03/29/2021) |

| 03/29/2021 | <u>756</u> | EXHIBIT *1 (Retained Merchant Accounts Lists) to the Declaration of Amy L. Parsons in Support of Discover Financial Services' Motion to Compel Arbitration (and attached Exhibits 2 and 3 − ECF Nos. 755−3 through 755−5),* by Discover Financial Services. Related document: <u>755</u> Notice of MOTION to Compel *Compel Arbitration and Stay Claims Against Discover Financial Services,* filed by Discover Financial Services. (Attachments: # <u>1</u> Exhibit 2 − Standard Merchant Services Agreements, # <u>2</u> Exhibit 3 − List of Retained Merchants with Custom Agreements) (Herbison, James) (Entered: 03/29/2021) |
|---|---|---|
| 04/02/2021 | <u>757</u> | Letter *to Hon. Margo Brodie from James Herbison, Esq. regarding mailing of full set of courtesy copies for Discover's Motion to Compel Arbitration and sealed exhibits (ECF Nos. 755 and 756)* by Discover Financial Services (Herbison, James) (Entered: 04/02/2021) |
| 05/05/2021 | <u>758</u> | Letter MOTION to Amend/Correct/Supplement *Caption and Terminate rue21 as a Plaintiff* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> Proposed Order) (Aguilar, George) (Entered: 05/05/2021) |
| 05/05/2021 | <u>759</u> | Letter MOTION to Appoint Counsel *Robbins LLP as Class Counsel* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> Proposed Order) (Aguilar, George) (Entered: 05/05/2021) |
| 05/05/2021 | <u>760</u> | Consent MOTION to Amend/Correct/Supplement Order on Motion for Extension of Time to File *Plaintiffs' Merits Expert Reply Reports* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> Proposed Order) (Aguilar, George) (Entered: 05/05/2021) |
| 05/06/2021 | <u>761</u> | ORDER granting <u>758</u> Motion to Amend/Correct/Supplement. The caption of this action is hereby amended to remove rue21 as a plaintiff and the issuing−banks and EMVCo LLC as defendants. The Clerk is directed to terminate rue21 as a plaintiff on the docket of this action. Ordered by Chief Judge Margo K. Brodie on 5/6/2021. (Valentin, Winnethka) (Entered: 05/06/2021) |
| 05/06/2021 | | Party rue21, Inc. terminated. (Valentin, Winnethka) (Entered: 05/06/2021) |
| 05/06/2021 | <u>762</u> | ORDER APPOINTING CLASS COUNSEL. Ordered by Chief Judge Margo K. Brodie on 5/6/2021. (Valentin, Winnethka) (Entered: 05/06/2021) |
| 06/17/2021 | <u>763</u> | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC−14576095. by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> Affidavit of Jacob W. Ogbozo and Certificate of Good Standing) (Ogbozo, Jacob) (Entered: 06/17/2021) |
| 06/18/2021 | | ORDER granting <u>763</u> Motion for Leave to Appear Pro Hac Vice The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 6/18/2021. (Lozar, Ryan) (Entered: 06/18/2021) |
| 06/18/2021 | <u>764</u> | NOTICE of Appearance by Jacob W. Ogbozo on behalf of B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (notification declined or already on case) (Ogbozo, Jacob) (Entered: 06/18/2021) |
| 07/26/2021 | <u>765</u> | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC−14690754. by Visa Inc., Visa U.S.A. Inc,. (Attachments: # <u>1</u> Affidavit AFFIDAVIT OF ROSEMARY SZANYI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, # <u>2</u> Certificate of Good Standing for the Appellate Division of the 1st Judicial Department, # <u>3</u> Certificate of Good Standing of the District of Columbia Court of Appeals) (Szanyi, Rosemary) (Entered: 07/26/2021) |
| 07/27/2021 | | ORDER granting <u>765</u> Motion for Leave to Appear Pro Hac Vice The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic |

| | | |
|---|---|---|
| | | notification of activity in this case. Also, the attorney shall ensure the 150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 7/27/2021. (Lozar, Ryan) (Entered: 07/27/2021) |
| 07/27/2021 | <u>766</u> | NOTICE of Appearance by Rosemary Szanyi on behalf of Visa Inc., Visa U.S.A. Inc, (notification declined or already on case) (Szanyi, Rosemary) (Entered: 07/27/2021) |
| 09/27/2021 | <u>767</u> | MEMORANDUM AND ORDER. For the reasons set forth in the attached Memorandum and Order, the Court denies <u>755</u> Discover's motion to compel as premature. Discover may renew its motion to compel arbitration against the Retained Merchants once the notice and opt–out period for the Class has ended. Ordered by Chief Judge Margo K. Brodie on 9/27/2021. (Carrero, Jacquellena) (Entered: 09/27/2021) |
| 10/05/2021 | | ORDER granting in part and denying in part <u>760</u> Motion to Amend/Correct/Supplement. Expert reply reports must be served by 11/12/2021. All outstanding expert discovery, including depositions, must be completed by 2/28/2022. On or before 2/28/2022, the parties will file a joint letter certifying that expert discovery is complete. Ordered by Magistrate Judge Vera M. Scanlon on 10/5/2021. (Scully, Nicole) (Entered: 10/05/2021) |
| 01/12/2022 | <u>768</u> | Letter MOTION for Discovery by Visa Inc., Visa U.S.A. Inc,. (Attachments: # <u>1</u> Exhibit Excerpts from Transcript of Status Conference) (Vizas, Robert) (Entered: 01/12/2022) |
| 01/18/2022 | <u>769</u> | RESPONSE in Opposition re <u>768</u> Letter MOTION for Discovery filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 01/18/2022) |
| 01/20/2022 | <u>770</u> | NOTICE by Visa Inc., Visa U.S.A. Inc, re <u>768</u> Letter MOTION for Discovery *Notice of withdrawal of letter motion for additional deposition time* (Vizas, Robert) (Entered: 01/20/2022) |
| 01/21/2022 | | ORDER: Based on Defendants' letter at <u>770</u> , the <u>768</u> Letter Motion to Compel is withdrawn. Ordered by Magistrate Judge Vera M. Scanlon on 1/21/2022. (Quinlan, Krista) (Entered: 01/21/2022) |
| 02/01/2022 | <u>771</u> | Notice of MOTION to Withdraw as Attorney by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> Declaration of Robert J. Kuntz, Jr.) (Kuntz, Robert) (Entered: 02/01/2022) |
| 02/02/2022 | | ORDER granting <u>771</u> Motion to Withdraw as Attorney. Attorney Robert J. Kuntz, Jr. terminated. Ordered by Magistrate Judge Vera M. Scanlon on 2/2/2022. (Quinlan, Krista) (Entered: 02/02/2022) |
| 02/09/2022 | <u>772</u> | Consent MOTION for Extension of Time to Complete Discovery by Visa Inc., Visa U.S.A. Inc,. (Eisenstein, Matthew) (Entered: 02/09/2022) |
| 02/10/2022 | | ORDER granting consent <u>772</u> Motion for Extension of Time to Complete Discovery. On or before 3/7/2022, the parties must complete all discovery, including expert depositions, and file a joint letter certifying its close. Ordered by Magistrate Judge Vera M. Scanlon on 2/10/2022. (Quinlan, Krista) (Entered: 02/10/2022) |
| 03/07/2022 | <u>773</u> | Letter *Joint Letter Certifying Close of Discovery* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 03/07/2022) |
| 03/08/2022 | | Order Certifying Discovery is complete. Per the letter at <u>773</u> , discovery is certified as complete. Ordered by Magistrate Judge Vera M. Scanlon on 3/8/2022. (Quinlan, Krista) (Entered: 03/08/2022) |
| 05/19/2022 | <u>774</u> | MOTION to Certify Class *Plaintiffs' Unopposed Motion for Approval of Proposed Class Notice and Notice Plan* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Declaration of George C. Aguilar, # <u>3</u> Ex. A – Postcard Notice, # <u>4</u> Ex. B – Long Online Notice, # <u>5</u> Declaration of Cameron R. Azari, # <u>6</u> |

| | | |
|---|---|---|
| | | Proposed Order) (Aguilar, George) (Entered: 05/19/2022) |
| 06/03/2022 | 775 | ORDER: The Court grants 774 Class Plaintiffs' Unopposed Motion for Approval of Proposed Class Notice and Notice Plan, except that the Postcard notice must be edited to include the information that class members may enter an appearance through an attorney. Ordered by Chief Judge Margo K. Brodie on 6/3/2022. (Collins, Natalie) (Entered: 06/03/2022) |
| 06/07/2022 | 776 | Letter *re: Joint Proposed Schedule for Motions* by Visa Inc., Visa U.S.A. Inc, (Attachments: # 1 Proposed Order) (Eisenstein, Matthew) (Entered: 06/07/2022) |
| 07/08/2022 | 777 | ORDER granting 776 Proposed Briefing Schedule. The Court adopts the parties' proposed briefing schedule for summary judgment, Daubert, arbitration, and/or class–related motions. The deadline for such motions is 45 days after the deadline for Plaintiffs to provide Defendants a report on class exclusion requests; oppositions shall be served within 60 days of the deadline for motions to be filed; and replies shall be served within 60 days of the deadline for oppositions to be filed. The requirement of filing pre–motion letters before submitting these motions is waived. Ordered by Chief Judge Margo K. Brodie on 7/8/2022. (Collins, Natalie) (Entered: 07/08/2022) |
| 10/10/2022 | 778 | Joint MOTION for Extension of Time to File Response/Reply as to 777 Order,, by Visa Inc., Visa U.S.A. Inc,. (Attachments: # 1 Proposed Order) (Eisenstein, Matthew) (Entered: 10/10/2022) |
| 10/11/2022 | | ORDER granting 778 Motion for Extension of Time to File. The Court grants the joint motion to extend the deadline for the parties to file their respective motions, responses and replies. Parties will serve: motions on or before November 30, 2022; oppositions on or before January 30, 2023; and any replies on or before March 31, 2023. Ordered by Chief Judge Margo K. Brodie on 10/11/2022. (AB) Modified on 10/13/2022 (WV). (Entered: 10/11/2022) |
| 10/28/2022 | 779 | NOTICE of Change of Firm Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Aguilar, George) (Entered: 10/28/2022) |
| 11/18/2022 | 780 | Consent MOTION for Leave to File Excess Pages by Visa Inc., Visa U.S.A. Inc,. (Eisenstein, Matthew) (Entered: 11/18/2022) |
| 11/22/2022 | 781 | NOTICE of Appearance by Yahonnes Sadiki Cleary on behalf of Mastercard International Incorporated (aty to be noticed) (Cleary, Yahonnes) (Entered: 11/22/2022) |
| 11/22/2022 | 782 | NOTICE of Appearance by Brette Morgan Tannenbaum on behalf of Mastercard International Incorporated (aty to be noticed) (Tannenbaum, Brette) (Entered: 11/22/2022) |
| 11/27/2022 | | ORDER granting consent 780 Motion for Leave to File Excess Pages. Moving Defendants may file a single memorandum, no longer than 75 pages, in support of their summary judgment motion. Moving Defendants may file memoranda, no longer than 40 pages each, in support of their *Daubert* motions directed at Plaintiffs' two merit experts. Ordered by Magistrate Judge Vera M. Scanlon on 11/27/2022. (JR) (Entered: 11/27/2022) |
| 11/30/2022 | 783 | Letter by Visa Inc., Visa U.S.A. Inc, (Rubin, Michael) (Entered: 11/30/2022) |
| 11/30/2022 | 784 | Letter *re: Service of Mot to Exclude Testimony of Julie Conroy* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Nicoud, Michael) (Entered: 11/30/2022) |
| 11/30/2022 | 785 | Letter *re: Service of Motion for Summary Judgment and Renewed Motion to Compel Arbitration* by Discover Financial Services (Herbison, James) (Entered: 11/30/2022) |
| 11/30/2022 | 786 | Letter *of Service* by American Express Company (Barbur, Peter) (Entered: 11/30/2022) |
| 12/15/2022 | 787 | Consent MOTION for Extension of Time to File Response/Reply as to Order, , Consent MOTION for Leave to File Excess Pages by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Proposed Order) (Aguilar, George) (Entered: 12/15/2022) |

| 01/23/2023 | 788 | ORDER granting 787 consent motion for extension of time to file responses and replies and 787 consent motion for leave to file excess pages. Parties will serve: oppositions on or before April 28, 2023; and any replies on or before July 23, 2023. Plaintiffs' brief in response to Visa and Mastercard's motion for summary judgment may be up to 75 pages, and Plaintiffs' briefs in response to Visa and Mastercard's Daubert motions may be up to 40 pages for each expert. Ordered by Chief Judge Margo K. Brodie on 1/23/2023. (AB) (Entered: 01/23/2023) |
|---|---|---|
| 03/31/2023 | | ORDER terminating 778 Motion for Extension of Time to File Response/Reply. See Order dated October 11, 2022. Ordered by Chief Judge Margo K. Brodie on 3/31/2023. (WV) (Entered: 03/31/2023) |
| 04/28/2023 | 789 | Letter *re: Service of Opposition to Motion to Exclude Testimony of Julie Conroy* by Mastercard International Incorporated (Tannenbaum, Brette) (Entered: 04/28/2023) |
| 06/01/2023 | 790 | Consent MOTION for Leave to File Excess Pages by Visa Inc.. (Eisenstein, Matthew) (Entered: 06/01/2023) |
| 06/02/2023 | | ORDER granting 790 Motion for Leave to File Excess Pages. Visa and Mastercard may file a single reply memorandum, not to exceed 30 pages, in support of their joint motion for summary judgment. Visa and Mastercard may also file a single reply memorandum, not to exceed 16 pages, in support of the Daubert motion as to Dr. Abrantes–Metz, and to file reply memoranda, not to exceed a combined 16 pages, in support of Daubert motions as to Dr. Officer. In addition, American Express and Discover may each file reply memoranda, not to exceed 20 pages each, in support of their separate motions for summary judgment. Ordered by Chief Judge Margo K. Brodie on 6/2/2023. (AB) (Entered: 06/02/2023) |
| 06/15/2023 | 791 | Letter *MOTION regarding filing, service, and courtesy copies of Motion Papers* by Visa Inc., Visa U.S.A, Inc, (Eisenstein, Matthew) (Entered: 06/15/2023) |
| 07/10/2023 | 792 | MOTION to Withdraw as Attorney *Robert C. Mason* by Visa Inc., Visa U.S.A, Inc,. (Attachments: # 1 Declaration of Robert C. Mason in Support) (Eisenstein, Matthew) (Entered: 07/10/2023) |
| 07/11/2023 | | ORDER granting 792 Motion to Withdraw as Attorney. Attorney Robert C. Mason terminated as counsel of record for Defendants Visa Inc. and Visa U.S.A. Inc. Ordered by Magistrate Judge Vera M. Scanlon on 7/11/2023. (MG) (Entered: 07/11/2023) |
| 07/19/2023 | | ORDER re 791 Letter Regarding Filing, Service and Courtesy Copies of Motion Papers. The parties' summary judgment, Daubert, arbitration, and class–related motions are due on or before July 27, 2023. Three business days after the reply papers are served, the parties shall file on ECF all notices of motions, memoranda of law (under seal), 56.1 statements (under seal), declarations (under seal), and exhibits (some under seal), and proposed orders. The parties should not send hard drives containing electronic copies of the documents, but should instead send printed courtesy copies of the memoranda of law and 56.1 statements. Sixty days after service of reply papers, the parties shall file the public redacted versions of the memoranda of law, 56.1 statements and declarations previously filed under seal and link them to the restricted entries. The parties should contact the August Marziliano Chief Deputy Clerk at (718)613–2332 for further instructions. Ordered by Chief Judge Margo K. Brodie on 7/19/2023. (AB) (Entered: 07/19/2023) |
| 07/27/2023 | 793 | Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services,* by Discover Financial Services. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Dana L. Cook–Milligan in Support, # 3 Exhibit A – Part 1, # 4 Exhibit A – Part 2, # 5 Exhibit A – Part 3, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D – Part 1, # 9 Exhibit D – Part 2, # 10 Exhibit D – Part 3, # 11 Exhibit D – Part 4, # 12 Exhibit D – Part 5, # 13 Exhibit D – Part 6, # 14 Exhibit D – Part 7, # 15 Exhibit D – Part 8, # 16 Exhibit D – Part 9, # 17 Exhibit D – Part 10, # 18 Exhibit D – Part 11, # 19 Exhibit D – Part 12, # 20 Exhibit D – Part 13, # 21 Memorandum in Opposition, # 22 Reply in Support) (Herbison, James) (Entered: 07/27/2023) |
| 07/27/2023 | 794 | Letter by Visa Inc., Visa U.S.A, Inc, (Rubin, Michael) (Entered: 07/27/2023) |
| 07/27/2023 | 795 | Notice of MOTION for Summary Judgment by Discover Financial Services. (Attachments: # 1 Memorandum in Support, # 2 Rule 56.1 Statement – Defendant Discover Financial Services' Statement of Undisputed Material Facts Pursuant to Local |

| | | |
|---|---|---|
| | | Rule 56.1, # 3 Memorandum in Opposition, # 4 Plaintiffs' Response to Defendant Discover Financial Services' Statement Of Undisputed Material Facts Pursuant to Local Rule 56.1 and Additional Statements of Disputed Material Facts, # 5 Reply in Support, # 6 Discover Financial Services' Response to Plaintiffs' Additional Statements of Disputed Facts) (Herbison, James) (Entered: 07/27/2023) |
| 07/27/2023 | 796 | Letter *re: Service of Replies for Motion for Summary Judgment and Motion to Compel Arbitration,* by Discover Financial Services (Herbison, James) (Entered: 07/27/2023) |
| 07/27/2023 | 797 | Letter *of Service* by American Express Company (Barbur, Peter) (Entered: 07/27/2023) |
| 07/31/2023 | 798 | Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]* by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 799 | MEMORANDUM in Support re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 800 | MEMORANDUM in Opposition re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Plaintiffs' Opposition to Visa and Mastercard Defendants' Motion for Summary Judgment]* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 801 | REPLY in Support re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 802 | RULE 56.1 STATEMENT re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 803 | RULE 56.1 STATEMENT re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Plaintiffs' Response to Visa and Mastercard Defendants' 56.1 Statement and Additional Statements of Material Facts]* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 804 | RULE 56.1 STATEMENT re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Visa and Mastercard Defendants' Response to Plaintiffs' Additional Statements of Material Fact]* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 805 | RULE 56.1 STATEMENT re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Reply in Support of Visa and Mastercard Defendants' Statement of Undisputed Material Facts]* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 806 | Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class]* by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 807 | MEMORANDUM in Support re 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 808 | MEMORANDUM in Opposition re 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class] [Plaintiffs' Memorandum in Opposition to Defendants Visa and MasterCard's Motion to Decertify Class]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 809 | REPLY in Support re 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |

| 07/31/2023 | 810 | Notice of MOTION in Limine *[Defendants Visa and Mastercard's Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial]* by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
|---|---|---|
| 07/31/2023 | 811 | MEMORANDUM in Support re 810 Notice of MOTION in Limine *[Defendants Visa and Mastercard's Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 812 | MEMORANDUM in Opposition re 810 Notice of MOTION in Limine *[Defendants Visa and Mastercard's Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial] [Plaintiffs' Memorandum in Opposition to Defendants Visa and MasterCard's Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 814 | Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz]* by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 815 | MEMORANDUM in Support re 814 Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 816 | MEMORANDUM in Opposition re 814 Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz] [Plaintiffs Memorandum in Opposition to Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 817 | REPLY in Support re 814 Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 818 | Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer]* by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 819 | Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)* by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 820 | MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Nicoud, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 821 | MEMORANDUM in Support re 820 MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy Memorandum in Support of Plaintiffs' Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Nicoud, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 823 | MEMORANDUM in Opposition re 820 MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy Defendants Visa and Mastercard's Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude the Testimony of Julie Conroy* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Nicoud, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 824 | MEMORANDUM in Support re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)* filed by |

| | | |
|---|---|---|
| | | American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 825 | REPLY in Support re 820 MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy Reply Memorandum in Support of Plaintiffs' Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Nicoud, Michael) (Entered: 07/31/2023) |
| 07/31/2023 | 826 | Letter *re: Courtesy Copies of Briefing on Plaintiffs' Motion to Exclude the Testimony of Expert Julie Conroy* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 07/31/2023) |
| 07/31/2023 | 827 | RULE 56.1 STATEMENT re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 828 | Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz)* by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 829 | REPLY in Support re 810 Notice of MOTION in Limine *[Defendants Visa and Mastercard's Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 830 | MEMORANDUM in Support re 818 Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 831 | MEMORANDUM in Opposition re 818 Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer] [Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer] [Plaintiffs Memorandum in Opposition to Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 832 | MEMORANDUM in Support re 828 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz)* filed by American Express Company. (Attachments: # 1 Appendix A to American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz) (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 833 | REPLY in Support re 818 Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer]* filed by Mastercard International Incorporated. (Gallo, Kenneth) (Entered: 07/31/2023) |
| 07/31/2023 | 834 | MEMORANDUM in Opposition re 828 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz) (Plaintiffs' Opposition to American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 835 | REPLY in Support re 828 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz) (Reply in Support of American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 836 | MEMORANDUM in Opposition re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Plaintiffs' Opposition to American Express Company's Motion for Summary Judgment)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |

| | | |
|---|---|---|
| 07/31/2023 | 837 | RULE 56.1 STATEMENT re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Plaintiffs' Response to American Express Company's 56.1 Statement and Additional Statements of Disputed Material Facts)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 838 | REPLY in Support re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Reply in Support of American Express Company's Motion for Summary Judgment)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 839 | RULE 56.1 STATEMENT re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (American Express Company's Response to Plaintiffs' Additional Statements of Disputed Material Facts)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 840 | Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer)* by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 841 | MEMORANDUM in Support re 840 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 842 | MEMORANDUM in Opposition re 840 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer) (Plaintiffs' Opposition to American Express Company's Motion to Exclude the Testimony of Dr. Micah Officer)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 843 | REPLY in Support re 840 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer) (Reply in Support of American Express Company's Motion to Exclude the Testimony of Dr. Micah Officer)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 844 | Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration)* by American Express Company. (Barbur, Peter) Modified on 8/14/2024 (WV). (Entered: 07/31/2023) |
| 07/31/2023 | 845 | MEMORANDUM in Support re 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 846 | MEMORANDUM in Opposition re 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration) (Plaintiffs' Opposition to American Express Company's Motion to Compel Arbitration)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 847 | REPLY in Support re 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration) (Reply in Support of American Express Company's Motion to Compel Arbitration)* filed by American Express Company. (Barbur, Peter) (Entered: 07/31/2023) |
| 07/31/2023 | 848 | AFFIDAVIT/DECLARATION in Support re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [First Transmittal Declaration of Michael Rubin]* filed by Visa Inc., Visa U.S.A. Inc,. (Attachments: # 1 Exhibit DSJX2–A, # 2 Exhibit DSJX2–B, # 3 Exhibit DSJX2–C, # 4 Exhibit DSJX3, # 5 Exhibit DSJX4, # 6 Exhibit DSJX5, # 7 Exhibit DSJX6, # 8 Exhibit DSJX7, # 9 Exhibit DSJX8, # 10 Exhibit DSJX9, # 11 Exhibit DSJX10, # 12 Exhibit DSJX11, # 13 Exhibit DSJX12, # 14 Exhibit DSJX13, # 15 Exhibit DSJX14, # 16 Exhibit DSJX15, # 17 Exhibit DSJX16, # 18 Exhibit DSJX17, # 19 Exhibit DSJX18, # 20 Exhibit DSJX19, # 21 Exhibit DSJX20, # 22 Exhibit DSJX21, # 23 Exhibit DSJX22, # 24 Exhibit DSJX23, # 25 Exhibit DSJX24, # 26 Exhibit DSJX25, # 27 Exhibit DSJX26, # 28 Exhibit DSJX27, # 29 Exhibit DSJX28, # 30 Exhibit DSJX29, # 31 Exhibit DSJX30, # 32 Exhibit DSJX31, # 33 Exhibit DSJX32, # 34 Exhibit DSJX33, # 35 Exhibit DSJX34, # 36 Exhibit DSJX35, # 37 Exhibit DSJX36, # 38 Exhibit DSJX37, # 39 Exhibit DSJX38, # 40 Exhibit DSJX39, # |

| | | |
|---|---|---|
| | | 41 Exhibit DSJX40, # 42 Exhibit DSJX42, # 43 Exhibit DSJX43, # 44 Exhibit DSJX44, # 45 Exhibit DSJX45, # 46 Exhibit DSJX46, # 47 Exhibit DSJX47, # 48 Exhibit DSJX48, # 49 Exhibit DSJX49, # 50 Exhibit DSJX50, # 51 Exhibit DSJX53, # 52 Exhibit DSJX54, # 53 Exhibit DSJX55, # 54 Exhibit DSJX56, # 55 Exhibit DSJX57, # 56 Exhibit DSJX58, # 57 Exhibit DSJX59, # 58 Exhibit DSJX60, # 59 Exhibit DSJX61, # 60 Exhibit DSJX62, # 61 Exhibit DSJX63, # 62 Exhibit DSJX64, # 63 Exhibit DSJX65, # 64 Exhibit DSJX66, # 65 Exhibit DSJX67, # 66 Exhibit DSJX68, # 67 Exhibit DSJX69, # 68 Exhibit DSJX70, # 69 Exhibit DSJX71, # 70 Exhibit DSJX72, # 71 Exhibit DSJX73, # 72 Exhibit DSJX74, # 73 Exhibit DSJX75, # 74 Exhibit DSJX76, # 75 Exhibit DSJX77, # 76 Exhibit DSJX78, # 77 Exhibit DSJX79, # 78 Exhibit DSJX80, # 79 Exhibit DSJX81, # 80 Exhibit DSJX82, # 81 Exhibit DSJX83, # 82 Exhibit DSJX84, # 83 Exhibit DSJX85, # 84 Exhibit DSJX86, # 85 Exhibit DSJX87, # 86 Exhibit DSJX88, # 87 Exhibit DSJX89, # 88 Exhibit DSJX90, # 89 Exhibit DSJX91, # 90 Exhibit DSJX92, # 91 Exhibit DSJX93, # 92 Exhibit DSJX94, # 93 Exhibit DSJX95, # 94 Exhibit DSJX96, # 95 Exhibit DSJX97, # 96 Exhibit DSJX99, # 97 Exhibit DSJX100, # 98 Exhibit DSJX101, # 99 Exhibit DSJX102, # 100 Exhibit DSJX103, # 101 Exhibit DSJX104, # 102 Exhibit DSJX105, # 103 Exhibit DSJX106, # 104 Exhibit DSJX107, # 105 Exhibit DSJX108, # 106 Exhibit DSJX109, # 107 Exhibit DSJX110, # 108 Exhibit DSJX111, # 109 Exhibit DSJX112, # 110 Exhibit DSJX113) (Rubin, Michael) (Entered: 07/31/2023) |
| 08/01/2023 | 849 | EXHIBIT *[Notice of Filing of Exhibits Under Seal]* by Visa Inc., Visa U.S.A. Inc,. Related document: 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]* filed by Visa U.S.A. Inc,, Visa Inc.. (Attachments: # 1 Exhibit DSJX114, # 2 Exhibit DSJX115, # 3 Exhibit DSJX116, # 4 Exhibit DSJX117, # 5 Exhibit DSJX118, # 6 Exhibit DSJX119, # 7 Exhibit DSJX120, # 8 Exhibit DSJX121, # 9 Exhibit DSJX122, # 10 Exhibit DSJX123, # 11 Exhibit DSJX124, # 12 Exhibit DSJX125, # 13 Exhibit DSJX127, # 14 Exhibit DSJX128, # 15 Exhibit DSJX130, # 16 Exhibit DSJX131, # 17 Exhibit DSJX132, # 18 Exhibit DSJX133, # 19 Exhibit DSJX134, # 20 Exhibit DSJX135, # 21 Exhibit DSJX136, # 22 Exhibit DSJX137, # 23 Exhibit DSJX138, # 24 Exhibit DSJX139, # 25 Exhibit DSJX140, # 26 Exhibit DSJX141, # 27 Exhibit DSJX142, # 28 Exhibit DSJX145, # 29 Exhibit DSJX146, # 30 Exhibit DSJX147, # 31 Exhibit DSJX149, # 32 Exhibit DSJX150, # 33 Exhibit DSJX151, # 34 Exhibit DSJX152, # 35 Exhibit DSJX153, # 36 Exhibit DSJX154, # 37 Exhibit DSJX155, # 38 Exhibit DSJX156, # 39 Exhibit DSJX157, # 40 Exhibit DSJX158, # 41 Exhibit DSJX159, # 42 Exhibit DSJX160, # 43 Exhibit DSJX161, # 44 Exhibit DSJX162, # 45 Exhibit DSJX163, # 46 Exhibit DSJX164, # 47 Exhibit DSJX165, # 48 Exhibit DSJX166, # 49 Exhibit DSJX167, # 50 Exhibit DSJX168, # 51 Exhibit DSJX169, # 52 Exhibit DSJX170, # 53 Exhibit DSJX171, # 54 Exhibit DSJX172, # 55 Exhibit DSJX173, # 56 Exhibit DSJX175, # 57 Exhibit DSJX176, # 58 Exhibit DSJX177, # 59 Exhibit DSJX178, # 60 Exhibit DSJX179, # 61 Exhibit DSJX180, # 62 Exhibit DSJX181, # 63 Exhibit DSJX182, # 64 Exhibit DSJX183, # 65 Exhibit DSJX184, # 66 Exhibit DSJX185, # 67 Exhibit DSJX186, # 68 Exhibit DSJX187, # 69 Exhibit DSJX188, # 70 Exhibit DSJX190, # 71 Exhibit DSJX191, # 72 Exhibit DSJX192, # 73 Exhibit DSJX193, # 74 Exhibit DSJX194, # 75 Exhibit DSJX195, # 76 Exhibit DSJX196, # 77 Exhibit DSJX197, # 78 Exhibit DSJX198, # 79 Exhibit DSJX199, # 80 Exhibit DSJX200, # 81 Exhibit DSJX201, # 82 Exhibit DSJX202, # 83 Exhibit DSJX203, # 84 Exhibit DSJX204, # 85 Exhibit DSJX205, # 86 Exhibit DSJX206, # 87 Exhibit DSJX207, # 88 Exhibit DSJX208, # 89 Exhibit DSJX209–A, # 90 Exhibit DSJX209–B, # 91 Exhibit DSJX210, # 92 Exhibit DSJX212, # 93 Exhibit DSJX213, # 94 Exhibit DSJX214, # 95 Exhibit DSJX215, # 96 Exhibit DSJX216, # 97 Exhibit DSJX217, # 98 Exhibit DSJX219, # 99 Exhibit DSJX220, # 100 Exhibit DSJX221, # 101 Exhibit DSJX222, # 102 Exhibit DSJX223, # 103 Exhibit DSJX224, # 104 Exhibit DSJX225, # 105 Exhibit DSJX226, # 106 Exhibit DSJX227, # 107 Exhibit DSJX230, # 108 Exhibit DSJX231, # 109 Exhibit DSJX148, # 110 Exhibit DSJX189) (Rubin, Michael) (Entered: 08/01/2023) |
| 08/01/2023 | 850 | EXHIBIT *[Notice of Filing of Exhibits]* by Visa Inc., Visa U.S.A. Inc,. Related document: 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]* filed by Visa U.S.A. Inc,, Visa Inc.. (Attachments: # 1 Exhibit DSJX1, # 2 Exhibit DSJX41–A, # 3 Exhibit DSJX41–B, # 4 Exhibit DSJX51, # 5 Exhibit DSJX52, # 6 Exhibit DSJX98, # 7 Exhibit DSJX126, # 8 Exhibit DSJX129, # 9 Exhibit DSJX144, # 10 Exhibit DSJX174, # 11 Exhibit DSJX211, # 12 Exhibit DSJX218, # 13 Exhibit DSJX228, # 14 |

| | | |
|---|---|---|
| | | Exhibit DSJX229, # 15 Exhibit DSJX232, # 16 Exhibit DSJX233, # 17 Exhibit DSJX234, # 18 Exhibit DSJX235, # 19 Exhibit DSJX236, # 20 Exhibit DSJX237, # 21 Exhibit DSJX238, # 22 Exhibit DSJX239, # 23 Exhibit DSJX240, # 24 Exhibit DSJX241, # 25 Exhibit DSJX242, # 26 Exhibit DSJX243, # 27 Exhibit DSJX244, # 28 Exhibit DSJX245, # 29 Exhibit DSJX246, # 30 Exhibit DSJX247, # 31 Exhibit DSJX248, # 32 Exhibit DSJX249, # 33 Exhibit DSJX250, # 34 Exhibit DSJX251, # 35 Exhibit DSJX252, # 36 Exhibit DSJX253, # 37 Exhibit DSJX254, # 38 Exhibit DSJX255, # 39 Exhibit DSJX256, # 40 Exhibit DSJX257, # 41 Exhibit DSJX258, # 42 Exhibit DSJX259, # 43 Exhibit DSJX260, # 44 Exhibit DSJX261, # 45 Exhibit DSJX262, # 46 Exhibit DSJX263, # 47 Exhibit DSJX264, # 48 Exhibit DSJX265, # 49 Exhibit DSJX266, # 50 Exhibit DSJX267, # 51 Exhibit DSJX268, # 52 Exhibit DSJX269, # 53 Exhibit DSJX270, # 54 Exhibit DSJX271, # 55 Exhibit DSJX272) (Rubin, Michael) (Entered: 08/01/2023) |
| 08/01/2023 | 851 | AFFIDAVIT/DECLARATION in Support re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Second Transmittal Declaration of Michael Rubin]* filed by Visa Inc., Visa U.S.A. Inc,. (Attachments: # 1 Exhibit DSJX273, # 2 Exhibit DSJX275) (Rubin, Michael) (Entered: 08/01/2023) |
| 08/01/2023 | 852 | EXHIBIT *[Notice of Filing of Exhibit]* by Visa Inc., Visa U.S.A. Inc,. Related document: 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]* filed by Visa U.S.A. Inc,, Visa Inc.. (Attachments: # 1 Exhibit DSJX274) (Rubin, Michael) (Entered: 08/01/2023) |
| 08/01/2023 | 853 | AFFIDAVIT/DECLARATION in Support re 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration) (Declaration of Radhika Nanda in Support of American Express Company's Motion to Compel Arbitration)* filed by American Express Company. (Barbur, Peter) (Entered: 08/01/2023) |
| 08/01/2023 | 854 | AFFIDAVIT/DECLARATION in Support re 795 Notice of MOTION for Summary Judgment *(Declaration of James F. Herbison)* filed by Discover Financial Services. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, # 93 Exhibit 93, # 94 Exhibit 94, # 95 Exhibit 95, # 96 Exhibit 96, # 97 Exhibit 97, # 98 Exhibit 98, # 99 Exhibit 99, # 100 Exhibit 100, # 101 Exhibit 101, # 102 Exhibit 102, # 103 Exhibit 103, # 104 Exhibit 104, # 105 Exhibit 105, # 106 Exhibit 106, # 107 Exhibit 107, # 108 Exhibit 108, # 109 Exhibit 109, # 110 Exhibit 110, # 111 Exhibit 111, # 112 Exhibit 112, # 113 Exhibit 113, # 114 Exhibit 114, # 115 Exhibit 115, # 116 Exhibit 116, # 117 Exhibit 117, # 118 Exhibit 118, # 119 Exhibit 119, # 120 Exhibit 120, # 121 Exhibit 121, # 122 Exhibit 122, # 123 Exhibit 123, # 124 Exhibit 124, # 125 Exhibit 125, # 126 Exhibit 126, # 127 Exhibit 127, # 128 Exhibit 128, # 129 Exhibit 129, # 130 Exhibit 130, # 131 Exhibit 131, # 132 Exhibit 132, # 133 Exhibit 133, # 134 Exhibit 134, # 135 Exhibit 135, # 136 Exhibit 136, # 137 Exhibit 137, # 138 Exhibit 138, # 139 Exhibit 139, # 140 Exhibit 140, # 141 Exhibit 141, # 142 Exhibit 142, # 143 Exhibit 143) (Herbison, James) (Entered: 08/01/2023) |

| | | |
|---|---|---|
| 08/01/2023 | 855 | AFFIDAVIT/DECLARATION in Support re 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class]* , *810 Notice of MOTION in Limine [Defendants Visa and Mastercard's Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial], 814 Notice of MOTION in Limine [Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz], 818 Notice of MOTION in Limine [Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer]. [Transmittal Declaration of Rosemary Szanyi]* filed by Mastercard International Incorporated. (Attachments: # 1 Exhibit DDX1, # 2 Exhibit DDX2, # 3 Exhibit DDX3, # 4 Exhibit DDX4, # 5 Exhibit DDX5, # 6 Exhibit DDX6, # 7 Exhibit DDX7, # 8 Exhibit DDX8, # 9 Exhibit DDX9, # 10 Exhibit DDX10, # 11 Exhibit DDX11, # 12 Exhibit DDX12, # 13 Exhibit DDX13, # 14 Exhibit DDX14, # 15 Exhibit DDX15, # 16 Exhibit DDX16, # 17 Exhibit DDX17, # 18 Exhibit DDX18, # 19 Exhibit DDX19, # 20 Exhibit DDX20, # 21 Exhibit DDX21, # 22 Exhibit DDX22, # 23 Exhibit DDX23, # 24 Exhibit DDX24, # 25 Exhibit DDX25, # 26 Exhibit DDX26, # 27 Exhibit DDX27, # 28 Exhibit DDX28, # 29 Exhibit DDX29, # 30 Exhibit DDX30, # 31 Exhibit DDX31, # 32 Exhibit DDX32, # 33 Exhibit DDX33, # 34 Exhibit DDX34, # 35 Exhibit DDX35, # 36 Exhibit DDX42) (Gallo, Kenneth) (Entered: 08/01/2023) |
| 08/01/2023 | 856 | EXHIBIT *[Notice of Filing of Certain Exhibits to Transmittal Declaration of Rosemary Szanyi in Connection with Certain Defendant's Motions to Decertify Class and to Exclude Opinions of Drs. Micah Officer and Rosa Abrantes−Metz]. Related documents: 806 Notice of MOTION to Certify Class [Defendants Visa and Mastercard's Notice of Motion to Decertify Class], 810 Notice of MOTION in Limine [Defendants Visa and Mastercard's Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial], 814 Notice of MOTION in Limine [Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz], 818 Notice of MOTION in Limine [Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer]* by Mastercard International Incorporated. (Attachments: # 1 Exhibit DDX36, # 2 Exhibit DDX37, # 3 Exhibit DDX38, # 4 Exhibit DDX39−A, # 5 Exhibit DDX39−B, # 6 Exhibit DDX39−C, # 7 Exhibit DDX40, # 8 Exhibit DDX41, # 9 Exhibit DDX43, # 10 Exhibit DDX44, # 11 Exhibit DDX45, # 12 Exhibit DDX46, # 13 Exhibit DDX47, # 14 Exhibit DDX48) (Tannenbaum, Brette) (Entered: 08/01/2023) |
| 08/01/2023 | 857 | AFFIDAVIT/DECLARATION in Opposition re 840 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer)*, 818 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Micah Officer]*, 810 Notice of MOTION in Limine *[Defendants Visa and Mastercards Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial]*, 795 Notice of MOTION for Summary Judgment , 828 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz)*, 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)*, 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]*, 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration)*, 793 Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services,*, 814 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz]*, 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class] [Transmittal Declaration of George C. Aguilar in Connection with Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment, Motions to Exclude, Motions to Compel Arbitration, and Motion to Decertify (Sealed Exhibits)]* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 PX1−PX20, # 2 PX21−PX40, # 3 PX41− PX60, # 4 PX61− PX69, # 5 PX70, # 6 PX71, # 7 PX72− PX73, # 8 PX74− PX75, # 9 PX76− PX77, # 10 PX78− PX90, # 11 PX91− PX93, # 12 PX94− PX100, # 13 PX101 Part 1, # 14 PX101 Part 2, # 15 PX102− PX120, # 16 PX121− PX135, # 17 PX136− PX149, # 18 PX150− PX170, # 19 PX171− PX173, # 20 PX174− PX186, # 21 PX187− PX200, # 22 PX201− PX225, # 23 PX226− PX245, # 24 PX246− PX254, # 25 PX255− PX256, # 26 PX257− |

| | | |
|---|---|---|
| | | PX276, # <u>27</u> PX277– PX287, # <u>28</u> PX288– PX294, # <u>29</u> PX295– PX307, # <u>30</u> PX308– PX310, # <u>31</u> PX313, # <u>32</u> PX323) (Aguilar, George) (Entered: 08/01/2023) |
| 08/01/2023 | <u>858</u> | AFFIDAVIT in Opposition re <u>820</u> MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy [Transmittal Declaration of Brette Tannenbaum]* filed by Mastercard International Incorporated. (Attachments: # <u>1</u> Exhibit CDO2, # <u>2</u> Exhibit CDO3, # <u>3</u> Exhibit CDO4, # <u>4</u> Exhibit CDO5, # <u>5</u> Exhibit CDO6, # <u>6</u> Exhibit CDO7, # <u>7</u> Exhibit CDO8, # <u>8</u> Exhibit CDO9, # <u>9</u> Exhibit CDO10, # <u>10</u> Exhibit CDO11, # <u>11</u> Exhibit CDO12) (Tannenbaum, Brette) (Entered: 08/01/2023) |
| 08/01/2023 | <u>859</u> | AFFIDAVIT/DECLARATION in Opposition re <u>798</u> Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]*, <u>840</u> Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer)*, <u>818</u> Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Micah Officer]*, <u>810</u> Notice of MOTION in Limine *[Defendants Visa and Mastercards Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial]*, <u>844</u> Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration)*, <u>795</u> Notice of MOTION for Summary Judgment , <u>828</u> Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz)*, <u>793</u> Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services*, <u>814</u> Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes–Metz]*, <u>806</u> Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class]*, <u>819</u> Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) [Transmittal Declaration of George C. Aguilar in Connection with Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment, Motions to Exclude, Motions to Compel Arbitration, and Motion to Decertify (Public Exhibits)]* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> PX311–PX312, # <u>2</u> PX314–PX322, # <u>3</u> PX324–PX340, # <u>4</u> PX341–PX355) (Aguilar, George) (Entered: 08/01/2023) |
| 08/01/2023 | <u>860</u> | EXHIBIT *[Notice of Filing of Certain Exhibits to Transmittal Declaration of Brette Tannenbaum in Support of Defendants Visa and Mastercard's Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude the Testimony of Julie Conroy]*. Related document: <u>820</u> MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy* by Mastercard International Incorporated. (Attachments: # <u>1</u> Exhibit CDO1, # <u>2</u> Exhibit CDO13) (Cleary, Yahonnes) (Entered: 08/01/2023) |
| 08/01/2023 | <u>861</u> | AFFIDAVIT/DECLARATION in Support re <u>820</u> MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy [Declaration of Michael J. Nicoud in Support of Plaintiffs' Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy]* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11) (Nicoud, Michael) (Entered: 08/01/2023) |
| 08/01/2023 | <u>862</u> | AFFIDAVIT/DECLARATION in Support re <u>819</u> Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Declaration of Peter T. Barbur in Support of American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz and Appendix A Thereto, Motion to Exclude the Testimony of Dr. Micah Officer, Motion to Compel Arbitration and Motion for Summary Judgment and Local Rule 56.1 Statement)* filed by American Express Company. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 10(a), # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 11(a), # <u>14</u> Exhibit 11(b), # <u>15</u> Exhibit 11(c), # <u>16</u> Exhibit 11(d), # <u>17</u> Exhibit 11(e), # <u>18</u> Exhibit 12, # <u>19</u> Exhibit 13, # <u>20</u> Exhibit 14, # <u>21</u> Exhibit 15, # <u>22</u> Exhibit 16, # <u>23</u> Exhibit 17, # <u>24</u> Exhibit 18, # <u>25</u> Exhibit 19, # <u>26</u> Exhibit 20, # <u>27</u> Exhibit 21, # <u>28</u> Exhibit 22, # <u>29</u> |

| | | |
|---|---|---|
| | | Exhibit 23, # 30 Exhibit 24, # 31 Exhibit 25, # 32 Exhibit 26, # 33 Exhibit 27, # 34 Exhibit 28, # 35 Exhibit 29, # 36 Exhibit 30, # 37 Exhibit 31, # 38 Exhibit 32, # 39 Exhibit 33, # 40 Exhibit 34, # 41 Exhibit 35, # 42 Exhibit 36, # 43 Exhibit 37, # 44 Exhibit 38, # 45 Exhibit 39, # 46 Exhibit 40, # 47 Exhibit 41, # 48 Exhibit 42, # 49 Exhibit 43, # 50 Exhibit 44) (Barbur, Peter) (Entered: 08/01/2023) |
| 08/01/2023 | 863 | EXHIBIT *(Exhibits 45–94 to the Declaration of Peter T. Barbur in Support of American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz, Motion to Exclude the Testimony of Dr. Micah Officer, Motion to Compel Arbitration and Motion for Summary Judgment and Local Rule 56.1 Statement)* by American Express Company. Related document: 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)* filed by American Express Company. (Attachments: # 1 Exhibit 45, # 2 Exhibit 46, # 3 Exhibit 47, # 4 Exhibit 48, # 5 Exhibit 49, # 6 Exhibit 50, # 7 Exhibit 51, # 8 Exhibit 52, # 9 Exhibit 53, # 10 Exhibit 54, # 11 Exhibit 55, # 12 Exhibit 56, # 13 Exhibit 57, # 14 Exhibit 58, # 15 Exhibit 59, # 16 Exhibit 60, # 17 Exhibit 61, # 18 Exhibit 62, # 19 Exhibit 63, # 20 Exhibit 64, # 21 Exhibit 65, # 22 Exhibit 66, # 23 Exhibit 67, # 24 Exhibit 68, # 25 Exhibit 69, # 26 Exhibit 70, # 27 Exhibit 71, # 28 Exhibit 72, # 29 Exhibit 73, # 30 Exhibit 74, # 31 Exhibit 75, # 32 Exhibit 76, # 33 Exhibit 77, # 34 Exhibit 78, # 35 Exhibit 79, # 36 Exhibit 80, # 37 Exhibit 81, # 38 Exhibit 82, # 39 Exhibit 83, # 40 Exhibit 84, # 41 Exhibit 85, # 42 Exhibit 86, # 43 Exhibit 87, # 44 Exhibit 88, # 45 Exhibit 89, # 46 Exhibit 90, # 47 Exhibit 91, # 48 Exhibit 92, # 49 Exhibit 93, # 50 Exhibit 94) (Barbur, Peter) (Entered: 08/01/2023) |
| 08/01/2023 | 864 | EXHIBIT *(Exhibits 95–144 to the Declaration of Peter T. Barbur in Support of American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz, Motion to Exclude the Testimony of Dr. Micah Officer, Motion to Compel Arbitration and Motion for Summary Judgment and Local Rule 56.1 Statement)* by American Express Company. (Attachments: # 1 Exhibit 95, # 2 Exhibit 96, # 3 Exhibit 97, # 4 Exhibit 98, # 5 Exhibit 99, # 6 Exhibit 100, # 7 Exhibit 101, # 8 Exhibit 102, # 9 Exhibit 103, # 10 Exhibit 104, # 11 Exhibit 105, # 12 Exhibit 106, # 13 Exhibit 107, # 14 Exhibit 108, # 15 Exhibit 109, # 16 Exhibit 110, # 17 Exhibit 111, # 18 Exhibit 112, # 19 Exhibit 113, # 20 Exhibit 114, # 21 Exhibit 115, # 22 Exhibit 116, # 23 Exhibit 117, # 24 Exhibit 118, # 25 Exhibit 119, # 26 Exhibit 120, # 27 Exhibit 121, # 28 Exhibit 122, # 29 Exhibit 123, # 30 Exhibit 124, # 31 Exhibit 125, # 32 Exhibit 126, # 33 Exhibit 127, # 34 Exhibit 128, # 35 Exhibit 129, # 36 Exhibit 130, # 37 Exhibit 131, # 38 Exhibit 132, # 39 Exhibit 133, # 40 Exhibit 134, # 41 Exhibit 135, # 42 Exhibit 136, # 43 Exhibit 137, # 44 Exhibit 138, # 45 Exhibit 139, # 46 Exhibit 140, # 47 Exhibit 141, # 48 Exhibit 142, # 49 Exhibit 143, # 50 Exhibit 144) (Barbur, Peter) (Entered: 08/01/2023) |
| 08/01/2023 | 865 | EXHIBIT *(Exhibits 145–194 to the Declaration of Peter T. Barbur in Support of American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz, Motion to Exclude the Testimony of Dr. Micah Officer, Motion to Compel Arbitration and Motion for Summary Judgment and Local Rule 56.1 Statement)* by American Express Company. Related document: 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)* filed by American Express Company. (Attachments: # 1 Exhibit 145, # 2 Exhibit 146, # 3 Exhibit 147, # 4 Exhibit 148, # 5 Exhibit 149, # 6 Exhibit 150, # 7 Exhibit 151, # 8 Exhibit 152, # 9 Exhibit 153, # 10 Exhibit 154, # 11 Exhibit 155, # 12 Exhibit 156, # 13 Exhibit 157, # 14 Exhibit 158, # 15 Exhibit 159, # 16 Exhibit 160, # 17 Exhibit 161, # 18 Exhibit 162, # 19 Exhibit 163, # 20 Exhibit 164, # 21 Exhibit 165, # 22 Exhibit 166, # 23 Exhibit 167, # 24 Exhibit 168, # 25 Exhibit 169, # 26 Exhibit 170, # 27 Exhibit 171, # 28 Exhibit 172, # 29 Exhibit 173, # 30 Exhibit 174, # 31 Exhibit 175, # 32 Exhibit 176, # 33 Exhibit 177, # 34 Exhibit 178, # 35 Exhibit 179, # 36 Exhibit 180, # 37 Exhibit 181, # 38 Exhibit 182, # 39 Exhibit 183, # 40 Exhibit 184, # 41 Exhibit 185, # 42 Exhibit 186, # 43 Exhibit 187, # 44 Exhibit 188, # 45 Exhibit 189, # 46 Exhibit 190, # 47 Exhibit 191, # 48 Exhibit 192, # 49 Exhibit 193, # 50 Exhibit 194) (Barbur, Peter) (Entered: 08/01/2023) |
| 08/01/2023 | 866 | EXHIBIT *(Exhibits 195–233 to the Declaration of Peter T. Barbur in Support of American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz, Motion to Exclude the Testimony of Dr. Micah Officer, Motion to Compel Arbitration and Motion for Summary Judgment and Local Rule 56.1* |

| | | |
|---|---|---|
| | | *Statement)* by American Express Company. Related document: <u>819</u> Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)* filed by American Express Company. (Attachments: # <u>1</u> Exhibit 195, # <u>2</u> Exhibit 196, # <u>3</u> Exhibit 197, # <u>4</u> Exhibit 198, # <u>5</u> Exhibit 199, # <u>6</u> Exhibit 200, # <u>7</u> Exhibit 201, # <u>8</u> Exhibit 202, # <u>9</u> Exhibit 203, # <u>10</u> Exhibit 204, # <u>11</u> Exhibit 205, # <u>12</u> Exhibit 206, # <u>13</u> Exhibit 207, # <u>14</u> Exhibit 208, # <u>15</u> Exhibit 209, # <u>16</u> Exhibit 210, # <u>17</u> Exhibit 211, # <u>18</u> Exhibit 212, # <u>19</u> Exhibit 213, # <u>20</u> Exhibit 214, # <u>21</u> Exhibit 215, # <u>22</u> Exhibit 216, # <u>23</u> Exhibit 217, # <u>24</u> Exhibit 218, # <u>25</u> Exhibit 219, # <u>26</u> Exhibit 220, # <u>27</u> Exhibit 221, # <u>28</u> Exhibit 222, # <u>29</u> Exhibit 223, # <u>30</u> Exhibit 224, # <u>31</u> Exhibit 225, # <u>32</u> Exhibit 226, # <u>33</u> Exhibit 227, # <u>34</u> Exhibit 228, # <u>35</u> Exhibit 229, # <u>36</u> Exhibit 230, # <u>37</u> Exhibit 231, # <u>38</u> Exhibit 232, # <u>39</u> Exhibit 233) (Barbur, Peter) (Entered: 08/01/2023) |
| 08/01/2023 | <u>867</u> | AFFIDAVIT/DECLARATION in Support re <u>819</u> Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Declaration of Peter T. Barbur in Support of American Express Company's Reply in Support of American Express Company's Motion for Summary Judgment and American Express Company's Response to Plaintiffs' Additional Statements of Disputed Material Facts)* filed by American Express Company. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24) (Barbur, Peter) (Entered: 08/01/2023) |
| 08/01/2023 | <u>868</u> | EXHIBIT *(Notice of Public Filing of Certain Exhibits)* by American Express Company. Related document: <u>819</u> Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)* filed by American Express Company. (Attachments: # <u>1</u> Exhibit 95, # <u>2</u> Exhibit 96, # <u>3</u> Exhibit 99, # <u>4</u> Exhibit 100, # <u>5</u> Exhibit 101, # <u>6</u> Exhibit 103, # <u>7</u> Exhibit 104, # <u>8</u> Exhibit 106, # <u>9</u> Exhibit 109, # <u>10</u> Exhibit 112, # <u>11</u> Exhibit 114, # <u>12</u> Exhibit 125, # <u>13</u> Exhibit 130, # <u>14</u> Exhibit 133, # <u>15</u> Exhibit 134, # <u>16</u> Exhibit 135, # <u>17</u> Exhibit 136, # <u>18</u> Exhibit 137, # <u>19</u> Exhibit 144, # <u>20</u> Exhibit 149, # <u>21</u> Exhibit 152, # <u>22</u> Exhibit 157, # <u>23</u> Exhibit 158, # <u>24</u> Exhibit 206, # <u>25</u> Exhibit 230) (Barbur, Peter) (Entered: 08/01/2023) |
| 08/18/2023 | <u>869</u> | AFFIDAVIT/DECLARATION in Support re <u>844</u> Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration) Declaration of Radhika Nanda in Support of American Express Company's Motion to Compel Arbitration* filed by American Express Company. (Attachments: # <u>1</u> Exhibit A – 2014 Standard CAA, # <u>2</u> Exhibit B – 2015 Standard CAA, # <u>3</u> Exhibit C – 2016 Standard CAA, # <u>4</u> Exhibit D – 2017 Standard CAA, # <u>5</u> Exhibit E – 2018 Standard CAA, # <u>6</u> Exhibit F – 2019 Standard CAA, # <u>7</u> Exhibit G – 2020 Standard CAA, # <u>8</u> Exhibit H – 2021 Standard CAA, # <u>9</u> Exhibit I – 2022 Standard CAA, # <u>10</u> Proof of Service) (Barbur, Peter) (Entered: 08/18/2023) |
| 09/25/2023 | <u>870</u> | MEMORANDUM in Support re <u>798</u> Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] previously filed under seal at Dkt. no 799* filed by Visa Inc., Visa U.S.A, Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | <u>871</u> | REPLY in Support re <u>798</u> Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] previously filed under seal at Dkt No. 801* filed by Visa Inc., Visa U.S.A, Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | <u>872</u> | RULE 56.1 STATEMENT re <u>798</u> Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] previously filed under seal at Dkt no. 802* filed by Visa Inc., Visa U.S.A, Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | <u>873</u> | RULE 56.1 STATEMENT re <u>798</u> Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Reply in Support of Visa and Mastercard Defendants' Statement of Undisputed Material Facts] previously filed under seal at Dkt no. 805* filed by Visa Inc., Visa U.S.A, Inc,. (Rubin, Michael) (Entered: 09/25/2023) |

| | | |
|---|---|---|
| 09/25/2023 | 874 | MEMORANDUM in Support re 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class] previously filed under seal at Dkt no. 807* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 875 | REPLY in Support re 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class] previously filed under seal at Dkt no. 809* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 876 | MEMORANDUM in Support re 814 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz] previously filed under seal at Dkt no. 815* by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 877 | REPLY in Support re 814 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz] previously filed under seal at Dkt no. 817* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 878 | AFFIDAVIT/DECLARATION in Support re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [First Transmittal Declaration of Michael Rubin] previously filed under seal at Dkt no. 848* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 879 | AFFIDAVIT/DECLARATION in Support re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Second Transmittal Declaration of Michael Rubin] previously filed under seal at Dkt no. 851* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 880 | AFFIDAVIT/DECLARATION in Support re 818 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Micah Officer]*, 814 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz]*, 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class]*, 810 Notice of MOTION in Limine *[Defendants Visa and Mastercards Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial] [Transmittal Declaration of Rosemary Szanyi] previously filed under seal at Dkt no. 855* filed by Visa Inc., Visa U.S.A. Inc,. (Rubin, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 881 | RULE 56.1 STATEMENT re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Defendants Visa and Mastercard's Response to Plaintiffs' Additional Statements of Material Facts] REDACTED previously filed under seal as 804* filed by Mastercard International Incorporated, Visa Inc., Visa U.S.A. Inc,. (Gallo, Kenneth) (Entered: 09/25/2023) |
| 09/25/2023 | 882 | MEMORANDUM in Support re 810 Notice of MOTION in Limine *[Defendants Visa and Mastercard's Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial] REDACTED previously filed under seal as 811* filed by Mastercard International Incorporated, Visa Inc., Visa U.S.A. Inc,. (Gallo, Kenneth). Modified event text on 9/25/2023 per phone request by counsel. (ML) (Entered: 09/25/2023) |
| 09/25/2023 | 883 | REPLY in Support re 810 Notice of MOTION in Limine *[Defendants Visa and Mastercard's Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial]* REDACTED previously filed under seal as 829 filed by Mastercard International Incorporated, Visa Inc., Visa U.S.A. Inc,. (Gallo, Kenneth) Corrected docket text per phone request by atty. on 9/25/2023 (ML). (Entered: 09/25/2023) |
| 09/25/2023 | 884 | MEMORANDUM in Support re 818 Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer]* REDACTED previously filed as 830 filed by Discover Financial Services, Mastercard International Incorporated, Visa Inc., Visa U.S.A. Inc,. (Gallo, Kenneth). |

| | | |
|---|---|---|
| | | Corrected docket text per phone request by atty. on 9/25/2023 (ML). (Entered: 09/25/2023) |
| 09/25/2023 | 885 | REPLY in Support re 818 Notice of MOTION in Limine *[Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer]* REDACTED previously filed as 833 filed by Discover Financial Services, Mastercard International Incorporated, Visa Inc., Visa U.S.A. Inc,. (Gallo, Kenneth) Corrected docket text per phone request by atty. on 9/25/2023 (ML). (Entered: 09/25/2023) |
| 09/25/2023 | 886 | MEMORANDUM in Opposition re 820 MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy* REDACTED previously filed as 823 filed by Mastercard International Incorporated, Visa Inc., Visa U.S.A. Inc,. (Gallo, Kenneth) (Entered: 09/25/2023) |
| 09/25/2023 | 887 | AFFIDAVIT/DECLARATION in Opposition re 820 MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy* previously filed as 858 filed by Mastercard International Incorporated, Visa Inc., Visa U.S.A. Inc,. (Gallo, Kenneth) (Entered: 09/25/2023) |
| 09/25/2023 | 888 | MEMORANDUM in Support re 795 Notice of MOTION for Summary Judgment *(Redacted – previously filed under seal at ECF No. 795−1)* filed by Discover Financial Services. (Herbison, James) (Entered: 09/25/2023) |
| 09/25/2023 | 889 | RULE 56.1 STATEMENT re 795 Notice of MOTION for Summary Judgment *(Redacted – previously filed under seal at ECF No. 795−2)* filed by Discover Financial Services. (Herbison, James) (Entered: 09/25/2023) |
| 09/25/2023 | 890 | REPLY in Support re 795 Notice of MOTION for Summary Judgment *(Redacted – previously filed under seal at ECF No. 795−5)* filed by Discover Financial Services. (Herbison, James) (Entered: 09/25/2023) |
| 09/25/2023 | 891 | MEMORANDUM in Support re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)* previously filed under seal at Dkt. No. 824 filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 892 | RULE 56.1 STATEMENT re 795 Notice of MOTION for Summary Judgment *(Redacted Discover Financial Services' Response to Plaintiffs' Additional Statements of Disputed Facts – previously filed under seal at ECF No. 795−6)* filed by Discover Financial Services. (Herbison, James) (Entered: 09/25/2023) |
| 09/25/2023 | 893 | MEMORANDUM in Support re 793 Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services, (Redacted – previously filed under seal at ECF No. 793−1)* filed by Discover Financial Services. (Herbison, James) (Entered: 09/25/2023) |
| 09/25/2023 | 894 | MEMORANDUM in Opposition re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Plaintiffs' Opposition to American Express Company's Motion for Summary Judgment)* REDACTED previously filed under seal at Dkt no. 836 filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 895 | RULE 56.1 STATEMENT re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment)* previously filed under seal at Dkt. No. 827 filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 896 | RULE 56.1 STATEMENT re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Plaintiffs' Response to American Express Company's 56.1 Statement and Additional Statements of Disputed Material Facts)* REDACTED previously filed under seal at Dkt no. 837 filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 897 | MEMORANDUM in Opposition re 828 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa* |

| | | |
|---|---|---|
| | | *Abrantes–Metz) (Plaintiffs' Opposition to American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz) REDACTED previously filed under seal at Dkt no. 834* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 898 | MEMORANDUM in Opposition re 840 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer) (Plaintiffs' Opposition to American Express Company's Motion to Exclude the Testimony of Dr. Micah Officer) previously filed under seal at Dkt no. 842* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 899 | REPLY in Support re 793 Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services, (Redacted – previously filed under seal at ECF No. 793–22)* filed by Discover Financial Services. (Herbison, James) (Entered: 09/25/2023) |
| 09/25/2023 | 900 | MEMORANDUM in Opposition re 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration) (Plaintiffs' Opposition to American Express Company's Motion to Compel Arbitration) previously filed under seal at Dkt no. 846* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 901 | MEMORANDUM in Opposition re 795 Notice of MOTION for Summary Judgment *[Plaintiffs' Opposition to Discover's Motion for Summary Judgment] REDACTED previously filed under seal at Dkt no. 795–3* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 902 | RULE 56.1 STATEMENT re 795 Notice of MOTION for Summary Judgment *[Plaintiffs' Response to Discover's 56.1 Statement and Additional Statements of Disputed Material Fact] REDACTED previously filed under seal at Dkt no. 795–4* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 903 | MEMORANDUM in Opposition re 793 Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services, [Plaintiffs' Opposition to Discover's Motion to Compel Arbitration] REDACTED previously filed under seal at Dkt no. 793–21* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 904 | MEMORANDUM in Opposition re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Plaintiffs' Opposition to Visa and Mastercard Defendants' Motion for Summary Judgment] REDACTED previously filed under seal at Dkt no. 800* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 905 | MEMORANDUM in Support re 828 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz) previously filed under seal at Dkt. No. 832* filed by American Express Company. (Attachments: # 1 Appendix A to American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz previously filed under seal at Dkt. No. 832–1) (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 906 | RULE 56.1 STATEMENT re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment] [Plaintiffs' Response to Visa and Mastercard Defendants' 56.1 Statement and Additional Statements of Material Facts] REDACTED previously filed under seal at Dkt no. 803* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 907 | AFFIDAVIT/DECLARATION in Support re 793 Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services, (Redacted* |

| | | |
|---|---|---|
| | | *Declaration of Dana L. Cook−Milligan in Support of Discover Financial Services' Renewed MOTION To Compel Arbitration − previously filed under seal at ECF No. 793−2) filed by Discover Financial Services. (Cook−Milligan, Dana) (Entered: 09/25/2023)* |
| 09/25/2023 | 908 | MEMORANDUM in Opposition re 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class] [Plaintiffs' Memorandum in Opposition to Defendants Visa and MasterCard's Motion to Decertify Class] REDACTED previously filed under seal at Dkt no. 808* filed by B & R Supermarket, Inc., Palero Liquors, Inc. Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 909 | MEMORANDUM in Opposition re 818 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Micah Officer] [Plaintiffs Memorandum in Opposition to Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Micah Officer] REDACTED previously filed under seal at Dkt no. 831* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 910 | MEMORANDUM in Opposition re 810 Notice of MOTION in Limine *[Defendants Visa and Mastercards Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial] [Plaintiffs' Memorandum in Opposition to Defendants Visa and MasterCard's Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial] REDACTED previously filed under seal at Dkt no. 812* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 911 | MEMORANDUM in Opposition re 814 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz] [Plaintiffs Memorandum in Opposition to Defendants Visa, Mastercard, and Discover's Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz] REDACTED previously filed under seal at Dkt no. 816* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 912 | AFFIDAVIT/DECLARATION in Opposition re 798 Notice of MOTION for Summary Judgment *[Visa and Mastercard Defendants' Notice of Motion for Summary Judgment]*, 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration)*, 795 Notice of MOTION for Summary Judgment , 840 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer)*, 828 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz)*, 793 Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services*,, 818 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Micah Officer]*, 814 Notice of MOTION in Limine *[Defendants Vias, Mastercard, and Discovers Notice of Motion to Exclude the Opinions of Dr. Rosa Abrantes−Metz]*, 806 Notice of MOTION to Certify Class *[Defendants Visa and Mastercard's Notice of Motion to Decertify Class]*, 810 Notice of MOTION in Limine *[Defendants Visa and Mastercards Notice of Renewed Daubert Motion to Exclude the AFD Benchmark Opinions of Dr. Micah Officer for Purposes of Summary Judgment and Trial]*, 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) [Transmittal Declaration of George C. Aguilar in Connection with Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment, Motions to Exclude, Motions to Compel Arbitration, and Motion to Decertify (Sealed Exhibits)]* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Exhibit PX313 Declaration of Jerrad Juanich REDACTED previously filed under seal at Dkt no. 857−31) (Aguilar, George) (Entered: 09/25/2023) |
| 09/25/2023 | 913 | MEMORANDUM in Support re 820 MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy REDACTED previously filed under seal at Dkt no. 821* filed by B & R Supermarket, |

| | | |
|---|---|---|
| | | Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Nicoud, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 914 | REPLY in Support re 828 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz) (Reply in Support of American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes−Metz) previously filed under seal at Dkt. No. 835* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 915 | REPLY in Support re 820 MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy previously filed under seal at Dkt no. 825* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Nicoud, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 916 | AFFIDAVIT/DECLARATION in Support re 820 MOTION in Limine *Plaintiffs' Notice of Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy Declaration of Michael J. Nicoud in Support of Plaintiffs' Motion to Exclude the Testimony of Defendants Visa and Mastercard's Expert Julie Conroy previously filed under seal at Dkt no. 861* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Nicoud, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 917 | REPLY in Support re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Reply in Support of American Express Company's Motion for Summary Judgment) previously filed under seal at Dkt. No. 838* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 918 | RULE 56.1 STATEMENT re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (American Express Company's Response to Plaintiffs' Additional Statements of Disputed Material Facts) previously filed under seal at Dkt. No. 839* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 919 | MEMORANDUM in Support re 840 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer) previously filed under seal at Dkt. No. 841* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 920 | AFFIDAVIT/DECLARATION in Support re 793 Notice of MOTION to Compel *Arbitration and To Stay Claims against Discover Financial Services, (Redacted Declaration of Amy L. Parsons in Support of Discover Financial Services' Motion To Compel Arbitration − previously filed under seal at ECF No. 793−3)* filed by Discover Financial Services. (Herbison, James) (Entered: 09/25/2023) |
| 09/25/2023 | 921 | REPLY in Support re 840 Notice of MOTION in Limine *(American Express Company's Notice of Motion to Exclude the Testimony of Dr. Micah Officer) (Reply in Support of American Express Company's Motion to Exclude the Testimony of Dr. Micah Officer) previously filed under seal at Dkt. No. 843* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 922 | AFFIDAVIT/DECLARATION in Support re 795 Notice of MOTION for Summary Judgment *(Declaration of James F. Herbison − previously filed under seal at ECF No. 854)* filed by Discover Financial Services. (Herbison, James) (Entered: 09/25/2023) |
| 09/25/2023 | 923 | MEMORANDUM in Support re 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration) previously filed under seal at Dkt. No. 845* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 924 | REPLY in Support re 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration) (Reply in Support of American Express Company's Motion to Compel Arbitration) previously filed under seal at Dkt. No. 847* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 925 | AFFIDAVIT/DECLARATION in Support re 844 Notice of MOTION to Compel *(American Express Company's Notice of Motion to Compel Arbitration) (Declaration* |

| | | |
|---|---|---|
| | | *of Radhika Nanda in Support of American Express Company's Motion to Compel Arbitration) previously filed under seal at Dkt. No. 853* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 926 | AFFIDAVIT/DECLARATION in Support re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Declaration of Peter T. Barbur in Support of American Express Company's Motion to Exclude the Testimony of Dr. Rosa Abrantes–Metz and Appendix A Thereto, Motion to Exclude the Testimony of Dr. Micah Officer, Motion to Compel Arbitration and Motion for Summary Judgment and Local Rule 56.1 Statement) previously filed under seal at Dkt. No. 862* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 09/25/2023 | 927 | AFFIDAVIT/DECLARATION in Support re 819 Notice of MOTION for Summary Judgment *(American Express Company's Notice of Motion for Summary Judgment) (Declaration of Peter T. Barbur in Support of American Express Company's Reply in Support of American Express Company's Motion for Summary Judgment and American Express Company's Response to Plaintiffs' Additional Statements of Disputed Material Facts) previously filed under seal at Dkt. No. 867* filed by American Express Company. (Barbur, Peter) (Entered: 09/25/2023) |
| 10/25/2023 | 928 | Letter *from Visa and Mastercard Defendants providing Supplemental Authority* by Visa Inc., Visa U.S.A. Inc, (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Eisenstein, Matthew) (Entered: 10/25/2023) |
| 10/26/2023 | | ORDER directing Plaintiffs to respond to 928 Defendants' October 25, 2023 letter providing supplemental authority. Plaintiffs are directed to respond to Defendants' letter regarding supplemental authority in no more than 3 pages on or before November 3, 2023. Ordered by Judge Margo K. Brodie on 10/26/2023. (TSR) (Entered: 10/26/2023) |
| 11/03/2023 | 929 | Letter *re Plaintiffs' Response to Letter from Visa and Mastercard Defendants providing Supplemental Authority* by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC (Aguilar, George) (Entered: 11/03/2023) |
| 11/30/2023 | | Case Reassigned to Magistrate Judge Joseph A. Marutollo. Magistrate Judge Vera M. Scanlon no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (BBM) (Entered: 11/30/2023) |
| 04/23/2024 | | ORDER re 793 Discover's motion to compel arbitration and 844 American Express' motion to compel arbitration. In light of the Second Circuit's decision in *Local Union 97, International Brotherhood of Electrical Workers v. Niagara Mohawk Power Corp.*, 67 F.4th 107 (2d Cir. 2023), the parties are directed to file supplemental briefing on or before May 7, 2024. The parties are directed to address the effect of *Local Union 97* on their memoranda in support of and in opposition to the motions to compel arbitration. In addition, the parties are directed to specifically address the following:<br><br>(1) The Second Circuit clarified that "[u]nder *Granite Rock*, the presumption of arbitrability is a court's last, rather than first, resort." *Local Union 97*, 67 F.4th at 114. The parties should address whether the presumption applies in this case. *See id.* at 113 ("In the narrow set of circumstances where a court finds that the parties have entered into a valid and enforceable agreement to arbitrate, but the agreement is 'ambiguous about whether it covers the dispute at hand,' the court may apply a 'presumption of arbitrability.'" (quoting *Granite Rock Co. v. Int'l Bhd. of Teamsters*, 561 U.S. 287 (2010))).<br><br>(2) In addition, the parties should address whether *Local Union 97* casts doubt on other Second Circuit law permitting arbitrators to decide "gateway" questions of arbitrability, such as whether the dispute is covered by the arbitration clause. *See Wells Fargo Advisors, LLC v. Sappington*, 884 F.3d 392 (2d Cir. 2018) (permitting question of arbitrability to be determined by arbitrator where "clear and unmistakable" evidence showed that the parties intended arbitrator to determine |

| | | |
|---|---|---|
| | | arbitrability); *Contec Corp. v. Remote Solution Co.*, 398 F.3d 205, 208 (2d Cir. 2005) (holding that arbitration rule providing arbitrator &ldquo;power to rule on his or her own jurisdiction, including any objections with respect to the existence, scope or validity of the arbitration agreement&rdquo; delegated arbitrability questions to arbitrator (internal quotation marks omitted)).<br><br>Ordered by Judge Margo K. Brodie on 4/23/2024. (TSR, STS)<br><br>(Entered: 04/23/2024) |
| 05/07/2024 | 930 | MEMORANDUM in Support re 793 Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services, DEFENDANT DISCOVER FINANCIAL SERVICES' SUPPLEMENTAL BRIEF IN SUPPORT OF ITS RENEWED MOTION TO COMPEL ARBITRATION* filed by Discover Financial Services. (Herbison, James) (Entered: 05/07/2024) |
| 05/07/2024 | 931 | MEMORANDUM in Support re Order,,,,,,,,, *American Express Company's Supplemental Brief Concerning the Impact of Local Union 97 on its Motion to Compel (Dkt. 844)* filed by American Express Company. (Barbur, Peter) (Entered: 05/07/2024) |
| 05/07/2024 | 932 | Letter MOTION for Leave to Electronically File Document under Seal by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Attachments: # 1 Memorandum in Opposition Plaintiffs' Consolidated Supplemental Opposition to Amex and Discover Motions to Compel Arbitration) (Aguilar, George) (Entered: 05/07/2024) |
| 05/14/2024 | | ORDER granting 932 Motion for Leave to Electronically File Document under Seal. The Court grants 932 B & R Plaintiffs' motion for leave to file under seal. Ordered by Judge Margo K. Brodie on 5/14/2024. (TSR) (Entered: 05/14/2024) |
| 05/14/2024 | 933 | MEMORANDUM in Opposition re 845 1 – Sealed Document CV, Memorandum in Support, 793 Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services, Plaintiffs' Consolidated Supplemental Opposition to Amex and Discover Motions to Compel Arbitration* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 05/14/2024) |
| 05/14/2024 | 934 | MEMORANDUM in Opposition re 845 1 – Sealed Document CV, Memorandum in Support, 793 Notice of MOTION to Compel *Arbitration and To Stay Claims Against Discover Financial Services, (Plaintiffs' Consolidated Supplemental Opposition to Amex and Discover Motions to Compel Arbitration) REDACTED previously filed under seal at Dkt no. 933* filed by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC. (Aguilar, George) (Entered: 05/14/2024) |
| 05/14/2024 | 935 | NOTICE of Change of Address . Once the filing has been made, you must login to www.pacer.gov and update your account. (Barbur, Peter) (Entered: 05/14/2024) |
| 08/14/2024 | 936 | MEMORANDUM AND ORDER re 793 Discover's Renewed Motion to Compel Arbitration and 844 American Express's (Amex) Motion to Compel Arbitration and to Decertify the Class as to American Express. For the reasons stated in the attached Memorandum and Order, the Court denies Discover's motion to compel arbitration; and grants in part and denies in part Amex's motion. The Court grants Amex's motion to the extent that Amex seeks to compel arbitration against CAA–bound merchants, but declines to decertify the class. Ordered by Judge Margo K. Brodie on 8/14/2024. (STS, TSR) (Entered: 08/14/2024) |
| 08/15/2024 | 937 | MEMORANDUM AND ORDER re 806 Visa and Mastercard's Motion to Decertify the Class. For the reasons stated in the attached Memorandum and Order, the Court denies Visa and Mastercard's motion to decertify the Class. The parties are directed to confer and submit proposed redactions on or before Wednesday, August 21, 2024. In addition, the parties are directed to explain why such redactions are warranted. Ordered by Judge Margo K. Brodie on 8/15/2024. (TSR, STS) (Entered: 08/15/2024) |
| 08/21/2024 | 938 | NOTICE by B & R Supermarket, Inc., Grove Liquors LLC, Palero Food Corp. and Cagueyes Food Corp., Strouk Group LLC *Notice of Proposed Redactions to August 15, 2024 Memorandum & Opinion* (Attachments: # 1 Exhibit 1: Proposed Redacted |

| | | |
|---|---|---|
| | | Order) (Aguilar, George) (Entered: 08/21/2024) |
| 08/27/2024 | | ORDER re 937 Memorandum and Order. On August 15, 2024, the Court directed the parties to confer and propose redactions to the Memorandum and Order filed under seal at docket entry 937 . On August 21, 2024, the Court received a proposed redaction from Plaintiffs. Defendants are directed to file proposed redactions, if any, and explain why such redactions are warranted by 5:00pm today, Tuesday, August 27, 2024. Ordered by Judge Margo K. Brodie on 8/27/2024. (TSR) (Entered: 08/27/2024) |
| 08/27/2024 | 939 | Letter *to Honorable Margo K. Brodie re: Proposed Redactions to August 15, 2024 Memorandum and Order* by Visa Inc., Visa U.S.A. Inc, (Eisenstein, Matthew) (Entered: 08/27/2024) |
| 08/27/2024 | 940 | MEMORANDUM AND ORDER (previously filed under seal as 937 ) re 806 Visa and Mastercard's Motion to Decertify the Class. For the reasons stated in the attached Memorandum and Order, the Court denies Visa and Mastercard's motion to decertify the Class. Ordered by Judge Margo K. Brodie on 8/15/2024. (STS, TSR) (Entered: 08/27/2024) |
| 08/27/2024 | 941 | NOTICE OF APPEAL as to 936 Order on Motion to Compel,,,,, by American Express Company. Filing fee $ 605, receipt number ANYEDC–18219816. (Barbur, Peter) (Entered: 08/27/2024) |
| 08/28/2024 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 941 Notice of Interlocutory Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 08/28/2024) |