## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: B & R Supermarket, Inc. v. Visa, Inc.                    Docket No.: 24-2344

Lead Counsel of Record (name/firm) or Pro se Party (name): Peter T. Barbur, Cravath, Swaine & Moore LLP

Appearance for (party/designation): American Express Company, Defendant-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
☑ Correct
☐ Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
☑ Correct
☐ Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____

☐ Incorrect.    Please change the following parties' designations:
Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
☑ Correct
☐ Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Peter T. Barbur
Firm: Cravath, Swaine & Moore LLP
Address: Two Manhattan West, 375 Ninth Ave., New York, NY 10001
Telephone: 212-474-1058                    Fax: 212-474-3700
Email: pbarbur@cravath.com

## RELATED CASES

☐ This case has not been before this Court previously.
☑ This case has been before this Court previously.    The short title, docket number, and citation are:_____
B&R Supermarket Inc. et al. v. American Express Company (2d. Cir. 20-3173 (L); 20-3279 (Con))

☐ Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
12/03/2019 _____ OR that (☐) I applied for admission on_____ or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Peter T. Barbur
Type or Print Name: Peter T. Barbur
          OR
Signature of pro se litigant: _____
Type or Print Name:_____
☐ I am a pro se litigant who is not an attorney.
☐ I am an incarcerated pro se litigant.