**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: September 11, 2024
Docket #: 24-2344
Short Title: B & R Supermarket, Inc. v. Visa, Inc.

DC Docket #: 1:17-cv-2738
DC Court: EDNY (BROOKLYN)
Trial Judge - Margo K. Brodie

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.