## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2344

**Motion for:** to adjourn oral argument and hold appeal in abeyance

**Caption [use short title]**

B & R Supermarket Inc., et al.

v.

American Express Company

**Set forth below precise, complete statement of relief sought:**

Plaintiffs-appellees move to adjourn oral argument and hold the appeal in abeyance pending approval of the parties' settlement by the district court.

**MOVING PARTY:** B & R Supermarket, Inc., et al.
**OPPOSING PARTY:** American Express Company

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ■ Appellee/Respondent

**MOVING ATTORNEY:** Michael J. Nicoud
**OPPOSING ATTORNEY:** Peter T. Barbur

[name of attorney, with firm, address, phone number and e-mail]

Robbins LLP, 5060 Shoreham Place, Suite 300,
San Diego, CA 92122 (619) 525-3990
mnicoud@robbinsllp.com

Cravath, Swaine & Moore LLP, 375 Ninth Avenue,
New York, NY 10001 (212) 474-1000
pbarbur@cravath.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the Eastern District of New York (Margo K. Brodie, C.J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
■ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ✓ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ■ Yes ☐ No If yes, enter date: 05/29/2025

**Signature of Moving Attorney:**
s/ Michael J. Nicoud **Date:** 4/18/2025 **Service:** ■ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 24-2344

## In the United States Court of Appeals for the Second Circuit

B & R SUPERMARKET, INC., doing business as Milam's Market, GROVE LIQUORS LLC, STROUK GROUP LLC, doing business as Monsieur Marcel, PALERO FOOD CORP., doing business as Fine Fare Supermarket, CAGUEYES FOOD CORP., doing business as Fine Fare Supermarket,

*Plaintiffs-Appellees*,

v.

AMERICAN EXPRESS COMPANY,

*Defendant-Appellant.*

**MOTION TO ADJOURN ORAL ARGUMENT AND HOLD APPEAL IN ABEYANCE**

Defendant-Appellant American Express Company ("Amex") appeals the District Court's order on Amex's motion to compel arbitration and to enter a stay. However, Amex and Plaintiffs-Appellees B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), Palero Food Corp. (d/b/a Fine Fare Supermarket), and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) ("Plaintiffs") have now reached a settlement in principle of the underlying action and are working jointly towards finalizing a stipulation of settlement. Once the stipulation of settlement is finalized—which Plaintiffs and Amex expect to be within a few weeks—Plaintiffs will be filing a motion with the District Court for preliminary approval of that settlement. Given this pending settlement and that the Court has set oral argument for May 29, 2025, Plaintiffs and Amex do not wish to waste the resources of the Court, its staff, or the parties. Thus, in the interest of judicial economy and efficiency, Plaintiffs and Amex jointly request that the Court adjourn the oral argument currently scheduled for May 29, 2025. Plaintiffs have conferred with Amex, the parties are in agreement on this requested relief, and Amex does not intend on filing a response to this motion. Plaintiffs respectfully request that the Court grant the motion to adjourn oral argument and hold the appeal in abeyance until the District Court approves the settlement. Plaintiffs propose that the parties submit status reports every sixty days, beginning sixty days from the date of an order granting this requested relief.

Dated: April 18, 2025

Respectfully submitted,

**ROBBINS LLP**

*s/ Michael J. Nicoud*
GEORGE C. AGUILAR
MICHAEL J. NICOUD
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsllp.com
mnicoud@robbinsllp.com

*Counsel for Plaintiffs-Appellees*

## **CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P. 32(g)**

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 250 words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman.

Dated: April 18, 2025

*s/ Michael J. Nicoud*
Michael J. Nicoud
**ROBBINS LLP**
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
mnicoud@robbinsllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I caused the foregoing Motion to Adjourn Oral Argument and Hold Appeal in Abeyance to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS filing system. I further certify that aforementioned was thereby served on all counsel of record in this action through the Court's ACMS filing system.

Dated: April 18, 2025

*s/ Michael J. Nicoud*
Michael J. Nicoud
**ROBBINS LLP**
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
mnicoud@robbinsllp.com